UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :

GUMMYBEAR INTERNATIONAL, INC.,        :

                       Plaintiff,                            :

                                                   :             25-CV-4832 (JMF)

            -v-                                     :

                                                 :                <u>ORDER</u>

SOONOVA, LLC, et al.,                         :

                       Defendants.                     :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On Plaintiff's application, this case is hereby UNSEALED.  Plaintiff shall ensure that all documents filed to date appear on the docket by **July 11, 2025** — whether that is done by filing the documents anew or by working with the Clerk's Office (through the ECF Help Desk). Further, no later than **July 14, 2025**, Plaintiff shall file a proposed Preliminary Injunction order on the docket (and email to the Court a copy of the same in Word format).

      SO ORDERED.

Dated: July 9, 2025
         New York, New York

_____
JESSE M. FURMAN
United States District Judge