## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUMMYBEAR INTERNATIONAL, INC.,<br>Plaintiff,<br><br>v.<br><br>SOONOVA LLC, et al.,<br>Defendants. | Civil Action No.: 1:25-cv-04832 |

### DEFENDANT VERCECO'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Chongqing Diandianxing Shangye Guanli Youxian Gongsi, d/b/a "Verceco Store" on Amazon ("Defendant" or "Verceco"), by and through undersigned counsel, hereby submits this Answer and Affirmative Defenses to Plaintiff Gummybear International, Inc.'s Complaint ("Complaint").

### ANSWER

Defendant answers the allegations in the Complaint by correspondingly numbered paragraphs as follows, and except as expressly admitted herein, Defendant denies each and every remaining allegation of the Complaint.

### NATURE OF THE ACTION

1.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint and therefore denies them.

2.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint and therefore denies them.

3.      Defendant denies the allegations in paragraph 3 to the extent they concern Defendant, and lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 3 regarding other Defendants.

4.  Defendant denies the allegations in paragraph 4 to the extent they concern Defendant, and lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 regarding other Defendants.

5.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint and therefore denies them.

6.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and therefore denies them.

7.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint and therefore denies them.

8.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and therefore denies them.

9.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and therefore denies them.

10.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint and therefore denies them.

11.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and therefore denies them.

12.  Defendant admits only that Plaintiff filed this civil action in this Court and denies the remaining allegations in paragraph 12 of the Complaint.

## THE PARTIES

13.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint and therefore denies them.

14.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and therefore denies them.

15.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint and therefore denies them.

16.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint and therefore denies them.

17.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint and therefore denies them.

18.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint and therefore denies them.

19.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint and therefore denies them.

20.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint and therefore denies them.

21.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint and therefore denies them.

22.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint and therefore denies them.

23.    Defendant admits only that its Defendant number, business name, and e-commerce platform are listed on a schedule attached to the Complaint. Defendant lacks knowledge of the remaining allegations in paragraph 23 of the Complaint and therefore denies them.

24.    Defendant admits only that its Defendant number, business name, and e-commerce

platform are listed on a schedule attached to the Complaint. Defendant lacks knowledge of the remaining allegations in paragraph 24 of the Complaint and therefore denies them.

25.    Defendant admits only that its storefront URL appears on a schedule attached to the Complaint. Defendant lacks knowledge of the remaining allegations in paragraph 25 of the Complaint and therefore denies them.

26.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint and therefore denies them.

27.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and therefore denies them.

## JURISDICTION AND VENUE

28.    Admitted.

29.    Admitted.

30.    Defendant denies that the Court may exercise personal jurisdiction over Defendant and preserves all defenses under Federal Rule of Civil Procedure 12(b)(2).

31.    Defendant denies that venue is proper in this District as to Defendant and preserves all objections under 28 U.S.C. §§ 1391 and 1404.

## COMMON FACTUAL BACKGROUND

### GBI'S Gummibär

32.    Admitted.

33.    Admitted.

34.    Admitted.

35.    Admitted.

36.    Admitted.

37.    Admitted.

38.    Admitted.

39.    Admitted.

40.    Admitted.

41.    Admitted.

42.    Admitted.

43.    Admitted.

44.    Admitted.

45.    Admitted.

46.    Admitted.

47.    Admitted.

48.    Admitted.

49.    Admitted.

50.    Admitted.

51.    Admitted.

52.    Admitted.

53.    Admitted.

54.    Admitted.

55.    Admitted.

56.    Admitted.

57.    Admitted.

58.    Admitted.

59.    Admitted.

*The Counterfeit Products*

60.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the Complaint and therefore denies them.

61.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the Complaint and therefore denies them.

62.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the Complaint and therefore denies them.

63.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the Complaint and therefore denies them.

64.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the Complaint and therefore denies them.

65.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the Complaint and therefore denies them.

66.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the Complaint and therefore denies them.

67.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the Complaint and therefore denies them.

68.     Admitted.

69.     Defendant denies the allegations in paragraph 69 of the Complaint.

70.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the Complaint and therefore denies them.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the Complaint and therefore denies them.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the Complaint and therefore denies them.

74.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the Complaint and therefore denies them.

75.    Defendant denies the allegations in paragraph 75 of the Complaint.

76.    Defendant denies the allegations in paragraph 76 of the Complaint.

77.    Defendant denies the allegations in paragraph 77 of the Complaint.

***The E-Commerce Sellers***

78.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 78 directed at Defendant.

79.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 79 directed at Defendant.

80.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 80 directed at Defendant.

81.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 81 directed at Defendant.

82.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 82 directed at Defendant.

***The Manufacturing Defendants***

83.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 83 directed at Defendant.

84.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 84 directed at Defendant.

85.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 85 directed at Defendant.

86.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 of the Complaint concerning other entities or platforms and

therefore denies them, and Defendant denies any allegations in paragraph 86 directed at Defendant.

87.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 87 directed at Defendant.

88.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 88 directed at Defendant.

89.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 89 directed at Defendant.

90.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 90 directed at Defendant.

91.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 91 directed at Defendant.

92.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 92 directed at Defendant.

93.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 93 directed at Defendant.

### FIRST CAUSE OF ACTION
### Trademark Counterfeiting
### [15 U.S.C. §§ 1114–1117]

94.    Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 94 of the Complaint to the extent they are inconsistent with those responses.

95.    Admitted.

96.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 of the Complaint and therefore denies them.

97.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 97 directed at Defendant.

98.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98 of the Complaint concerning other entities or platforms and

therefore denies them, and Defendant denies any allegations in paragraph 98 directed at Defendant.

99.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 99 directed at Defendant.

100.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 100 directed at Defendant.

101.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 101 directed at Defendant.

102.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 102 directed at Defendant.

103.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 103 directed at Defendant.

104.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 104 directed at Defendant.

105.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 105 directed at Defendant.

**SECOND CAUSE OF ACTION**
**Trademark Infringement**
**(15 U.S.C. § 1114)**

106.  Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 106 of the Complaint to the extent they are inconsistent with those responses.

107.  Admitted.

108.  Admitted.

109.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 109 directed at Defendant.

110.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110.

111.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 of the Complaint concerning other entities or platforms

and therefore denies them, and Defendant denies any allegations in paragraph 111 directed at Defendant.

112.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 112 directed at Defendant.

113.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 113 directed at Defendant.

114.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 114 directed at Defendant.

115.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 115 directed at Defendant.

116.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 116 directed at Defendant.

117. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 117 directed at Defendant.

118. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 118 directed at Defendant.

119. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 119 directed at Defendant.

## THIRD CAUSE OF ACTION — FALSE DESIGNATION OF ORIGIN & UNFAIR COMPETITION (15 U.S.C. § 1125(a))

120. Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 120 of the Complaint to the extent they are inconsistent with those responses.

121. The allegations constitute legal conclusions to which no response is required.

122. Admitted.

123. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 123 directed at Defendant.

124.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 124 directed at Defendant.

125.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 125 directed at Defendant.

126.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 126 directed at Defendant.

127.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 127 directed at Defendant.

128.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 128 directed at Defendant.

129.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129 of the Complaint concerning other entities or platforms

and therefore denies them, and Defendant denies any allegations in paragraph 129 directed at Defendant.

130.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 130 directed at Defendant.

**FOURTH CAUSE OF ACTION**
**(Contributory and Vicarious Trademark Infringement)**

131.  Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 131 of the Complaint to the extent they are inconsistent with those responses.

132.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 132 directed at Defendant.

133.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 133 directed at Defendant.

134.  The allegations constitute legal conclusions to which no response is required.

135.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 135 directed at Defendant.

136.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 136 directed at Defendant.

137.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 137 directed at Defendant.

**FIFTH CAUSE OF ACTION**
**(Copyright Infringement)**
**[17 U.S.C. § 501]**

138.  Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 138 of the Complaint to the extent they are inconsistent with those responses.

139.  Admitted.

140.  Admitted.

141.  Admitted.

142.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 142 directed at Defendant.

143.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143 of the Complaint concerning other entities or platforms

and therefore denies them, and Defendant denies any allegations in paragraph 143 directed at Defendant.

144. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 144 directed at Defendant.

145. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 145 directed at Defendant.

146. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 146 directed at Defendant.

147. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 147 directed at Defendant.

**SIXTH CAUSE OF ACTION**
**(Contributory Copyright Infringement)**

148. Defendant incorporates by reference its responses to the preceding paragraphs as if fully set forth herein and denies the allegations in paragraph 148 of the Complaint to the extent they are inconsistent with those responses.

149.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 149 directed at Defendant.

150.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 150 directed at Defendant.

151.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 151 directed at Defendant.

152.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 152 directed at Defendant.

**SEVENTH CAUSE OF ACTION**
**(Unfair Competition Under New York Law)**

153.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 153 directed at Defendant.

154.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154 of the Complaint concerning other entities or platforms

and therefore denies them, and Defendant denies any allegations in paragraph 154 directed at Defendant.

155.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 155 directed at Defendant.

156.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 156 directed at Defendant.

157.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 157 directed at Defendant.

158.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 158 directed at Defendant.

159.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159 of the Complaint concerning other entities or platforms and therefore denies them, and Defendant denies any allegations in paragraph 159 directed at Defendant.

## **<u>PRAYER FOR RELIEF</u>**

Defendant denies that there is any factual or legal basis for the relief requested in the Complaint's Prayer for Relief, including but not limited to damages, profits, statutory damages, attorneys' fees, costs, or injunctive relief, and Defendant respectfully requests that the Court enter judgment in Defendant's favor and grant such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Defendants asserts the following affirmative defenses without assuming the burden of proof or burden of persuasion on any of these issues, in whole or in part.

1. **No Trademark Use**: the accused product sold by Verceco contains no registered trademark of Plaintiff. Neither did Defendant use any registered mark of Plaintiff in association with the accused product. Plaintiff failed to allege any factual basis for its trademark claims.

2. **Lack of Substantial Similarity**: Defendant's accused product and the copyrighted character of Plaintiff have noticeable differences: (1) the Verceco Doll's facial design features a wider face with pinky blushes; (2) the funny cross eyes of the Gummibär character is one of the most memorable part of Plaintiff's design, whereas Verceco Doll does not have cross eyes; (3) Verceco Doll has a closed smiling mouth, in contrast to the wide-open mouth of the Gummibär character; (4) Verceco Doll's body mixes two shades of green (a dark green and matte grass green), while the Gummibär character applies only one shade of bright green; and (5) the absence of yellow-and-white underwear on Verceco Doll. These differences undermines and even contradicts Plaintiff's assertion of substantial similarity, an essential element for proving copyright infringement.

3. **Failure to Mitigate**: Prior to this lawsuit, Plaintiff had never approached Defendant, directly or through Amazon, to request product takedown or amendment of product description. Such measures could have mitigated any harm or loss alleged by Plaintiff, but Plaintiff let the damages build for years to gather a long defendant list in order to bring a "Schedule A" case in this district. It appears that Plaintiff attempted to inflate the damages, using this litigation as a money-making operation intentionally. Therefore,

Plaintiff's ability to recover damages from Defendant, if any, should be limited in this action.

4. **No Knowledge of Specific Infringement Committed by Other Defendants**: Verceco does not know any other named defendants, and thus, cannot be held contributorily or vicariously liable for any alleged infringing acts committed by unrelated parties when Verceco had no actual knowledge of such acts.

Defendant has yet to avail itself of its right to discovery and does not fully know the circumstances alleged in the Complaint. Therefore, Defendant reserves the right to amend the Answer to add additional defenses consistent with facts discovered over the course of this litigation, to be applied together or in the alternative.

**WHEREFORE,** Defendant respectfully requests this Honorable Court to enter judgment in favor of Defendant and to deny the relief requested by Plaintiff.

Respectfully submitted,

Dated: August 22, 2025
By:/s/ *Zhongyi Huang*
Zhongyi Huang
YoungZeal LLP
30 Wall Street, 8th Floor
New York, New York 10005
Phone: (702) 300-8107
Email: huang@yzlaw.com
*Attorney for Defendant No.19 Verceco*

## <u>CERTIFICATE OF SERVICE</u>

I, Zhongyi Huang, certify that the foregoing was served via the Court's CM/ECF electronic filing system to all parties or counsel of record in this matter on August 22, 2025.