# KAGEN, CASPERSEN & BOGART PLLC
ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

551 MADISON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10022
(212) 880-2045
(646) 304-7879 (FACSIMILE)

September 15, 2025

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24B
New York, NY 10007-1312

    Re:    *Gummybear International, Inc.*
             Case No.: 25-cv-4832

Dear Judge Furman:

      Pursuant to Your Honor's July 17, 2025 letter, Plaintiff Gummybear International, Inc. ("GBI" or "Plaintiff") submits this status letter to update the Court on service of the Summons and Complaint, proposed next steps in the case, and related matters.

**GBI Identified Many of the Foreign Defendants Through An Extensive Investigation.**

      As discussed at the July 16, 2025 Preliminary Injunction Hearing, GBI continued its ongoing investigation to properly identify the foreign Defendants sued in the original Complaint. On August 1, 2025, GBI served upon each Defendant via electronic mail: i) interrogatory and document requests consistent with the Court's July 17, 2025 Order permitting limited expedited discovery for this purpose and ii) a Waiver of the Service of the Summons. In response, the following Defendants executed the Waiver of Service and supplied responses to the Interrogatory and Document Demands ("Appearing Defendants"):

    a. Chongqing Diandianxing ShangyeGuanli YouxianGongsi, a/k/a Vercico Store (Def 19) on July 16, 2025 (DE 25)[1]
    b. Ami Ventures (Def 29) on August 1, 2025 (DE 36)
    c. Everymarket (Def 49) on August 7, 2025 (DE 43)
    d. IB Spot (Def 50) on August 8, 2025 (DE 32)
    e. ToyTooth (Def 51) on August 1, 2025 (DE 37)
    f. Chengdu Hongheng Changchang Crafts Co., Ltd. , A/K/A Piviwn A/K/A Xhtang Brand (DEF 53) on August 12, 2025 (DE 38)

      From these discovery responses, Plaintiff uncovered which current or newly added Defendants allegedly supplied the Counterfeit Products to each of the appearing Defendants. Further, Plaintiff learned which of the other Defendants' storefronts are affiliated with the

---

[1] The Vercico Store filed a motion to sever the claims filed against the sellers of the Verceco Doll from the claims filed against the sellers of the Standard Counterfeit Doll (DE 27), which is now fully submitted before the Court ("Severance Motion").

Appearing Defendants. Other Defendants contacted GBI's counsel for "settlement purposes only," and informally exchanged information about their suppliers, in response to the receipt of the discovery demands.

Additionally, GBI retained Wang Hongxin from the Beijing NTD Law Office to investigate and research the enterprise records of the Administration for Market Regulation in Mainland China to identify those Defendants purportedly located in China. Plaintiff's counsel supplied Wang Hongxin with the screenshots of the homepages and company profiles for forty-three Defendants allegedly based in Mainland China, along with other potential identifying information obtained from the Court ordered expedited discovery.

Attached hereto as **Exhibit A** is Wang Hongxin's September 13, 2025 Declaration identifying the proper corporate name and corresponding registered address for forty-three of the Defendants based upon her investigation of public records in China.

**GBI Filed an Amended Complaint**

On September 11, 2025, Plaintiff filed an Amended Complaint based upon: i) discovery obtained from Third Party payment processors and e-commerce platforms; ii) discovery responses provided by the Appearing Defendants; and iii) Wang Hongxin's investigation. The Amended Complaint added Defendants Numbered 63 through 66 to the case based upon the Appearing Defendants identifying these additional Defendants as the suppliers of the Counterfeit Products offered for sale by the Appearing Defendants.

The Amended Complaint also revised the identification of many of the originally named Defendants based upon information provided by Wang Hongxin. First, for some Defendants, GBI substituted the name of a purported corporate entity based in China for an alias storefront name. Second, GBI corrected the corporate name contained in the caption for some Defendants to match the precise information contained in the public records searched by Wang Hongxin. Third, for most Defendants, GBI corrected the address information contained in Schedule B, or provided completely different address information, based upon information supplied by Wang Hongxin.

After Plaintiff filed its Amended Complaint, Wang Hongxin provided additional information identifying two Defendants. *First*, for Defendant Number 46, Plaintiff sued "Guangzhou ZhongliAmusement Equipment Co., Ltd." which is the precise spelling contained on the outside of the green Verceco box (*See* Amended Complaint ¶72). Wang Hongxin advised that this company has changed its name to "Guangzhou Zhongli Amusement Equipment **Group** Co., Ltd" and currently maintains a registered address at "Room 03, 13th Floor, Gaosheng Plaza Office Building 3, No. 163 Yingbin Avenue, Huadu District, Guangzhou, Guangdong Province, China". *Second*, Wang Hongxin identified Defendant Number 56, based upon her research, as

**KAGEN, CASPERSEN & BOGART PLLC**

Honorable Jesse M. Furman
September 15, 2025
Page 3

"Xuanqinghuyu (quanzhou) Cultural Media Co., Ltd." which maintains a registered address at "Room 701, Building 7, Baixin Yujiang Dijing Moon Bay, 1333 Binjiang Road, Jinjiang, Fujian Province, China." On its ecommerce store front, Defendant Number 56 improperly identified itself as "Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi."

Plaintiff respectfully requests permission to file a "Corrected Caption" to properly identify these two Defendants or to obtain an alias summons from the Court to use for service of process purposes. Plaintiff seeks to conserve judicial resources by avoiding the filing of unnecessary motions to amend the complaint each time Plaintiff more properly identifies one of the sixty or so foreign defendants particularly given their prejudicial use of false or incomplete names and addresses.

**Service of the Summons and Amended Complaint.**

As set forth above, the Appearing Defendants executed formal Waivers of Service of Process and by virtue of their appearance were served with the Amended Complaint. Additionally, Plaintiff served Defendant Soonova, LLC ("Soonova") through the California Secretary of State, and Soonova has not appeared in the action. Plaintiff will serve the Amended Complaint upon Soonova and then prosecute a motion for Default Judgment if it still fails to appear.

Additionally, Plaintiff has retained Wang Hongxin to translate the Amended Complaint to Chinese and to facilitate service of process of the Amended Complaint and Summons through China's Ministry of Justice upon those Defendants sufficiently identified in her Declaration. Plaintiff anticipates that within two to three weeks Wang Hongxin will have translated the Amended Complaint and filed requests for service of process for more than forty defendants with the Ministry of Justice.

For the remaining ten to fifteen Defendants, Plaintiffs will either serve the Amended Complaint upon them, or file a motion seeking permission to serve them through alternate means, by no later than September 30, 2025. A few of the Defendants in this category have initiated settlement communications with GBI without formally appearing in the case.

Today, at the direction of the Clerk, Plaintiff filed a Request for Issuance of Summons as to the 20 defendants newly added by the Amended Complaint (which includes the 16 defendants whose corporate names Plaintiff corrected to match public records, and four new defendants), and a Request for Issuance of an Amended Summons for parties for whom a summons was previously issued.

KAGEN, CASPERSEN & BOGART PLLC

Honorable Jesse M. Furman
September 15, 2025
Page 4

**Proposed Next Steps**

During the July 16, 2025 Conference, this Court suggested that it will be necessary to proceed with two scheduling tracks given that it could take a year or longer to effectuate service of process through China's Ministry of Justice upon the Defendants located in Mainland China. Plaintiff agrees with the Court's assessment.

Plaintiff respectfully requests that the Court schedule an initial Scheduling Conference to take place on or about November 1, 2025 which will provide sufficient time for the Appearing Defendants to respond to the Amended Complaint and for the Court to resolve the Motion to Sever and Plaintiff's anticipated motion for leave to serve the Amended Complaint by Alternate Means on a limited number of Defendants.

Plaintiff also believes that the Court can facilitate settlement of some of the claims by referring Plaintiff and any willing Defendants to participate in a settlement conference with either the assigned Magistrate Judge or the Court's Mediation program.

Respectfully submitted,

/s/ Russell Bogart
Russell Bogart

To ensure that the record is clear, Plaintiff's request to file "a corrected caption" is DENIED. Plaintiff should, instead, seek leave to file an amended complaint if or when it obtains new, material information about Defendants. That said, to ease the burden on both Plaintiff and the Court, Plaintiff is granted leave to make any such motion by letter motion rather than formal motion. (Plaintiff must still comply with Local Civil Rule 15.1(a) by attaching a redline of the proposed amended pleading.) By separate Order, the Court will refer this case to the assigned magistrate judge for settlement purposes. If any Defendant is willing to engage in settlement negotiations under the magistrate judge's supervision, Plaintiff and that Defendant should contact the magistrate judge's Chambers. Going forward, Plaintiff shall submit the updates on service and its contacts with foreign defendants required by ECF No. 29 on the 1st of every other month beginning with November. Given the various balls in the air, including the pending motion to sever, the Court will refrain from scheduling an initial pretrial conference at this time.

SO ORDERED.

September 19, 2025