UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
GUMMYBEAR INTERNATION, INC.,                :
:
                  Plaintiff,       :       25-CV-4832 (JMF) (SDA)
:
     -v-                       :
:       ORDER OF REFERENCE
:       TO A MAGISTRATE
SOONOVA, LLC, et al.,                            :       JUDGE
:
                Defendants.     :
:
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                     _____
                                        JESSE M. FURMAN
                                     United States District Judge