# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

**NOTICE OF MOTION**

_____

_____

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _____ _____
                         plaintiff or defendant   name of party who is making the motion

requests that the Court:

_____

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

_____                    /s/ Yen-Yi Anderson
Dated                               Signature

_____                    _____
Name                               Prison Identification # (if incarcerated)

_____     _____     _____     _____
Address             City                State               Zip Code

_____                    _____
Telephone Number (if available)     E-mail Address (if available)

SDNY Rev: 5/24/2016