UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUMMYBEAR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOONOVA, LLC, et al. <br><br> Defendants. | Case No. 1:25-CV-04832 <br><br> Honorable Justice Jesse M. Furman <br><br> **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant No.50 IBSPOT, owned and operated by Ibspot Inc.("Defendant"), by and through its undersigned counsel, hereby requests an extension of time to respond to the Complaint, stating as follows:

1.  Plaintiff Gummybear International, Inc., filed an amended Complaint against Defendant on September 15, 2025 [Dkt. 46] and the summons was issued on September 17, 2025.

2.  Defendant's counsel has reached out to Plaintiff's counsel to request an extension of time to answer or otherwise respond to the amended Complaint; Plaintiff's counsel indicated that Plaintiff does not oppose an extension of time.

3.  Defendant is actively discussing a settlement with Plaintiff through email and phone calls. At the initial stage, both parties have not yet reached an agreement on the terms of the settlement. Defendant needs some time to discuss settlement terms with Plaintiff and execute a settlement agreement if agreed by both parties.

4.  The extension will not cause damage to Plaintiff.

5.  This is the first Motion for an extension of time filed by Defendant, and it has been filed in good faith and is not interposed for purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court give a 21-day extension to October 21, 2025, so that Defendant can execute one settlement or respond to Plaintiff's claims.

Dated: New York, New York
     October 10, 2025

*/s/ Yen-Yi Anderson*
Yen-Yi Anderson
Anderson & Associates Law, P.C
61 Broadway, Suite 2809
New York, NY 10006
Tel.646-452-9982
y.anderson@aalawpc.com
*Counsel for Defendant*
*Ibspot Inc*

**TO:** All counsel of record (by ECF)