UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gummybear International, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Soonova, LLC et al., <br><br> Defendants. | 1:25-cv-04832 (JMF) (SDA) <br><br> ORDER SCHEDULING <br> <u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff and defendant Chongqing Diandianxing Shangye Guanli Youxian Gongsi d/b/a Verceco (collectively, the "parties") shall appear before Magistrate Judge Stewart Aaron for a settlement conference on Thursday, October 16, 2025, at 8:30 a.m. EDT. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Each party shall send a pre-settlement conference letter by 5:00 p.m. EDT on Wednesday, October 15, 2025.

SO ORDERED.

Dated:    New York, New York
          October 14, 2025

_____
STEWART D. AARON
United States Magistrate Judge