UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GUMMYBEAR INTERNATIONAL, INC.,                                          :
:
                        Plaintiff,                                        :
:
                -v-                                                   :          25-CV-4832 (JMF)
:
SOONOVA, LLC, et al.,                                                   :              ORDER
:
                        Defendants.                                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court having been advised by Magistrate Judge Aaron that all claims asserted herein between Plaintiff and Defendant Chongqing Diandianxing Shangye Guanli Youxian Gongsi d/b/a Verceco have been settled in principle, it is ORDERED that the pending motion to sever, *see* ECF No. 26, is DENIED as moot without prejudice to the right to renew the motion **within sixty days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to renew **must** be filed **by the aforementioned deadline**; any application to renew filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to renew are unlikely to be granted.**

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court.  Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       The Clerk of Court is directed to terminate ECF No. 26.

       SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                        _____
                                                            JESSE M. FURMAN
                                                      United States District Judge