**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GUMMYBEAR INTERNATIONAL, INC.,

        Plaintiff,

   v.

(1)   SOONOVA, LLC;

(2)   ANHUI RON.VE.XIN INTERNATIONAL TRADE CO., LTD.;

(3)   JINHUA HAIRONG IMPORT AND EXPORT CO., LTD. A/K/A BELO TEMPO;

(4)   SHANGHAI CHEERON INDUSTRIAL CO., LTD.;

(5)   SHENZHEN DOULUO E-COMMERCE CO., LTD.;

(6)   SHENZHEN JI MI TECHNOLOGY CO., LTD.;

(7)   SHENZHEN LECHI CREATIVE INDUSTRIAL CO., LTD.;

(8)   SHENZHEN LEVIN PLUSH TOYS CO., LTD. A/K/A LEVIN PLUSH TOYS FACTORY;

(9)   SHENZHEN TOYSKING INDUSTRIAL CO., LTD.;

(10)  SHENZHEN TUOYI ELECTRONIC COMMERCE CO., LTD.;

(11)  SUZHOU SHENGBEI ELECTRONIC TECHNOLOGY CO., LTD.;

(12)  YANGZHOU GUAN YUE HOUSEWARE CO., LTD.;

(13)  YIWU ALI TOY CO., LTD.;

(14)  WUHAN XIBAO PURCHASE ELECTRONIC COMMERCE COMPANY, LTD. A/K/A HOUZIME STORE (TRADER);

(15)  YIWU XIAOYA E-COMMERCE FIRM A/K/A KANICE STORE;

(16)  YIWU YUYUE ELECTRONIC COMMERCE CO., LTD. A/K/A LUOYSER LYCG PLUSH-TOY STORE (TRADER);

(17)  ZHENGZHOU PANEN TRADING CO., LTD. A/K/A HAPPY TIME STORE STORE (TRADER);

(18)  HAIKOU YEXINGCHEN E-COMMERCE CO., LTD. A/K/A THE TUMPETY STORE ON AMAZON;

(19)  CHONGQING DIANDIANXING SHANGYEGUANLI YOUXIANGONGSI (VERCICO STORE ON AMAZON);

(20)  OLYLIN DBA SELL WORLDER ON DHGATE.COM;

Case No.
1:25-cv-04832-JMF

<span style="color:red">**SECOND**</span>
**AMENDED**
**COMPLAINT**

**Jury Trial**
**Requested**

(21)   TIME_BROCADEL ON DHGATE.COM;

(22)   CHIURE-BRACELET ON EBAY;

(23)   NEWSMART COMMUNICATION, LIMITED A/K/A
        FANREK.COM and FANREKCOS.COM AS THE SUCCESSOR
        TO FANREK.COM;

(24)   MALAKA KARUNARATHANA D/B/A HOVERKARU_STORE
        ON EBAY;

(25)   SERGIU JOLEA D/B/A TOPQUALITYHUB ON EBAY;

(26)   TUMPETY - GOGAILEN ON RETAILMARKET.NET;

(27)   YANGZHOU ROUND TOY CO., LTD.;

(28)   DONGGUAN JUN OU TOYS CO., LTD.;

(29)   AMI VENTURES INC;

(30)   TIANDI ON WAREHOUSES OVERSTOCK;

(31)   XEFUU ON WAREHOUSE OVERSTOCK;

(32)   TUMPETY ON WAREHOUSES OVERSTOCK;

(33)   YAOQI;

(34)    HEFEI JINGMAI E-COMMERCE CO., LTD.  A/K/A YAOQI
        BRAND;

(35)   YIWU SHIJIAYANG ELECTRONIC COMMERCE CO., LTD.,
        A/K/A BIG TIPPER A/K/A YAOQI BRAND;

(36)   XI'AN YINGMAOFEI TRADING COMPANY, LTD. , A/K/A
        HARBROT TOYS CO., LTD;

(37)   EIOYUMY;

(38)   SHENZHEN LELEPAI TECHNOLOGY CO., LTD. A/K/A
        SEIOYUMY BRAND;

(39)   FTZOIIYV;

(40)   SHENZHEN A'NUOSI TECHNOLOGY COMPANY, LTD. ,
        A/K/A SHARP COW A/K/A FTZOIIYV BRAND;

(41)   XIANGYANG ZHENJIA TRADING COMPANY, LTD., A/K/A
        PPWOUU A/K/A (756HUYTG BRAND);

(42)   SHENZHEN SUSHENG CROSS-BORDER TRADE CO., LTD.
        A/K/A DISNEY MONOPOLY STORE;

(43)   SHENZHEN JUN YE TRADING CO., LTD. A/K/A
        SHOP1104339520 STORE ON ALIEXPRESS;

(44)   FOSHAN MAIGU ELECTRONIC COMMERCE CO., LTD.
        A/K/A SHOP1103939481 STORE AND SHOP1103953201
        STORE ON ALIEXPRESS;

(45) FOSHAN FENGSHOU E-COMMERCE CO., LTD.. A/K/A SHOP1104033050 STORE ON ALIEXPRESS;

(46) GUANGZHOU ~~ZHONGLIAMUSEMENT EQUIPMENT CO., LTD~~ ZHONGLI AMUSEMENT EQUIPMENT GROUP CO. LTD.;

(47) ONLINE MEGA STORES D/B/A PLUSHSTORE.COM;

(48) QIN LI, A/K/A MOXE STORE ON WISH.COM;

(49) EVERYMARKET, INC. – VERCECO DOLL;

(50) IBSPOT;

(51) TOYTOOTH - VERCECO DOLL;

(52) XHTANG (BRAND MANUFACTURER)

(53) CHENGDU HONGHENG CHANGCHANG CRAFTS CO., LTD. , A/K/A PIVIWN A/K/A XHTANG BRAND;

(54) SHENZHEN BOLAN TONGXIN TECHNOLOGY CO., LTD. A/K/A BLEAHEART

(55) CHENGYU (BRAND MANUFACTURER);

(56) XUANQINGHUYU (QUANZHOU) CULTURAL MEDIA CO., LIMITED, A/K/A FLORASUN ~~A/K/A XUANQINGHUYU(QUANZHOU)WENHUACHUANMEIYOU XIANGONGSI~~;

(57) DONGGUAN PULMAN TOYS CO., LTD A/K/A PULEMAN07 STORE;

(58) YIWU ALLO TRADING CO., LTD;

(59) FOSHAN QUANYI INTELLIGENT HOME CO., LTD.;

(60) DHGATE - CONG08;

(61) XIANYOU COUNTY WEICAI TRADING CO., LTD. A/K/A MR. LINTAO ON WALMART;

(62) HAILE COZZIE SOLES LLC,

(63) SHENZHEN LONGGANG DISTRICT FUJINGRUI TOY PROCESSING FACTORY

(64) DONGGUAN GUOTONG TOYS COMPANY, LIMITED

(65) SHENZHEN TIANZHIHENG TRADING COMPANY LIMITED, A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD.

(66) HAIKOU YEXINGCHEN E-COMMERCE CO., LTD, A/K/A FANRK SHOP,

(67) YONG WOO LEE

~~(66)~~

Defendants.

Plaintiff Gummy Bear International, Inc. (hereinafter "GBI" or Plaintiff), by its undersigned counsel, hereby files this Complaint for, *inter alia*, copyright infringement, trademark counterfeiting, trademark infringement, and related claims against Defendants, as follows:

## NATURE OF THE ACTION

1.    GBI is a content production company that created Gummibär, a singing and dancing animated gummy bear character. In 2006, the song "*I am a Gummy Bear (The Gummy Bear Song)*," and then a music video of the same name, became viral internet sensations first in Europe and then throughout the United States and the world. The video for the *Gummy Bear Song* and its Spanish version has 3.2 billion and 1.2 billion views on YouTube respectively. GBI also produces an animated web series titled *Gummibär and Friends* which is available on the official Gummibär YouTube channel along with other videos and content. In May 2021, GBI's content on YouTube surpassed 20 billion content views.

2.    In addition to producing video and music content, GBI manufactures and sells Gummibär merchandise, including but not limited to plush Gummibär toys.

3.    This lawsuit arises out of the Defendants' infringement and misappropriation of GBI's intellectual property, specifically, its copyrighted, trademarked and highly popular Gummibär character and the copyrighted *Gummy Bear Song*. Defendants are selling counterfeit Gummibär plush toys that play a recording of the copyrighted *Gummy Bear Song* ("Counterfeit Products"). The Counterfeit Products are nearly identical in appearance to the Gummibär character as it appears in GBI's federally registered trademark.

4.    By using an exact replica of the Gummibär character in combination with the playing of the *Gummy Bear Song*, Defendants unambiguously are misleading the consumers into believing that the Counterfeit Products are licensed, authorized or sponsored by GBI.

5.      As explained more fully below, many of the Defendants are E-commerce sellers ("Sellers"), who are selling the Counterfeit Products directly to consumers in the United States through different internet stores, which are accessible on the major e-commerce platforms such as Amazon.com ("Amazon"), Walmart.com ("Walmart"), eBay.com ("eBay"), and AliExpress.com ("AliExpress").

6.      Additional Defendants consist of manufacturers and wholesalers, who are selling the Counterfeit Products in bulk to Sellers and who do not sell the Counterfeit Products directly to individual consumers ("Manufacturers").  These Manufacturers advertise their bulk sale of the Counterfeit Products to other businesses on business-to-business e-commerce platforms such as Alibaba.com ("Alibaba") or MadeInChina.Com ("MadeInChina").  Often these Manufacturers advertise their earning of millions of dollars per year, if not tens of millions of dollars per year, through selling products that are delivered throughout the United States.

7.      Although each Seller appears as an independent e-commerce storefront on an e-commerce platform, almost all the Sellers sell the identical Counterfeit Products and often use the same product images and videos to advertise the Counterfeit Products.

8.      All Counterfeit Products play the same 37-second long bootleg of the *Gummy Bear Song*.

9.      All Counterfeit Products use the same battery, chip and speaker – which are commonly accessible through a zipper in the doll's back - to enable the playing of the same version of the *Gummy Bear Song*.

10.      During Plaintiff's investigation, many of the Sellers' store fronts became inoperable, to only be replaced by purportedly different Sellers on the same E-Commerce platform selling the Identical Counterfeit Product.

11.     On this basis, Plaintiff alleges that many of the Sellers and Manufacturers are conspiring with each other to sell the identical Counterfeit Products throughout the United States.

12.     Accordingly, GBI brings this civil action for claims of copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*; trademark infringement and counterfeiting of Plaintiffs' federally registered trademarks in violation of Section 32 of the Federal Trademark (Lanham) Act, 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d) and 1117(b)-(c); false designation of origin, passing off and unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (15 U.S.C. § 1125(a)) and related state and common law claims.

## PARTIES

13.     Plaintiff GBI is a corporation duly organized and existing under the laws of the State of New Jersey, with its principal place of business located in New Jersey.

14.     Defendants sell the "Counterfeit Products" on e-commerce platforms such as Walmart, Amazon, and AliExpress, which target their sales towards the United States.

15.     For the reasons explained below, GBI believes that the Defendants – who consist of e-commerce stores ("Sellers"), wholesalers ("Wholesalers") and manufacturers ("Manufacturers") – have conspired with each other to sell identical Counterfeit Products throughout the United States via multiple e-commerce platforms.

16.     **Soonova, LLC** is a Limited Liability Company organized under the laws of California which maintains a principal place of business at 1890 E. Miraloma Avenue, Suite C, Placentia California 92870.  According to Articles of Organization filed with the California Secretary of State, an individual named Yong Woo Lee formed Soonova on July 23, 2024.  Three different "internet stores" on Walmart, which purported to constitute independent store fronts, sold identical Counterfeit Products, and all identified Soonova as the company that sold and shipped the Counterfeit Products.

3

17.    **EveryMarket, Inc.,** upon information and belief, is a corporation organized under the laws of the State of Missouri, and maintains a principal place of business at 2101 E Terra Ln, O'Fallon, Missouri 63366.  EveryMarket operates the e-commerce platform everymarket.com at which it lists for sale a Counterfeit Product manufactured by Verceco.  At the sales listing, EveryMarket indicates that the Counterfeit Product is: "Sold by: EveryMarket" and that it "Ships from U.S."  Hence, Everymarket itself is the Seller of the ~~Counterfeit and~~ infringing ~~P~~product. Everymarket is a very sophisticated Defendant as evidenced by its overall total sales of approximately $100 million.

18.    **IBSpot, Inc.,** upon information and belief, is a corporation organized under the laws of Wyoming, which maintains its principal place of business at 1414 Willow Ave, Elkins Park, Pennsylvania 19027.  IBSpot operates the ecommerce platform ibspot.com.  IBSpot sells a Counterfeit Product manufactured by Tumpety.  However, instead of listing Tumpety or another entity as the Seller of the Counterfeit Product, IBSpot represents on the product listing that the Counterfeit Product is "Sold by IBSPOT, Fulfilled by IBSPOT, ships from the United States." Hence, IBSPot is the Seller itself of the Tumpety Counterfeit Product.  IBSpot also sells the identical Counterfeit Product in two separate listings, but there identifies the "Brand" as either Xefuu or Unbranded.  IBSPot is an extremely sophisticated merchant that according to records obtained from payment processors has collected hundreds of millions of dollars in sales.

19.    **Ami Ventures, Inc.,** upon information and belief, is a corporation organized under the laws of Texas, which maintains a Registered Office with the Texas Secretary of State at 14932 Kuykendahl Road, Houston, Texas, 77090.  As set forth in Exhibit 31, Ami Ventures, Inc. maintained a storefront on Sears.com through with its sold the Counterfeit Product.

20.    **Toytooth.com** is an online retailer of baby and children's products.  On its websites, Toytooth.com refers to the name of the business operating the websites as Toytooth.com. Upon information and belief, Toytooth.com is an unincorporated business or alter ego for the anonymous individuals or entity operating the website of the same name.  Significantly, the website directs all correspondence to the same address used by Ami Ventures, Inc: 14932 Kuykendahl Road, Houston, TX 77090.    See https://toytooth.com/pages/terms-conditions. Accordingly, Plaintiff sues Toytooth.com as the d/b/a of the currently unknown operator of the Toytooth website who shares offices with Ami Ventures, Inc.

21.    **Haile Cozzie Soles LLC**, upon information and belief, is a limited liability company organized under the laws of Illinois and maintains its principal place of business at 24658 George Washington Drive, Plainfield, Illinois, 60544.  Haile Cozzie Soles, LLC maintains a website on shopify.com on which it offers for sale a "30 cm Singing Gummy Bear Plush Toy – Music & Sound Doll."  Thus, Haile Cozzie Soles, LLC is the Seller and importer of the Counterfeit Product.

22.    **NEWSMART COMMUNICATION Hong Kong, LIMITED** ("Newsmart"), Defendant Number 23, upon information is a company organized under the laws of Hong Kong. According to records provided by the payment processor Stripe, Newsmart operated multiple accounts with respect to its conducting business as "SP Fanrek" and which were linked to the domain www.fanrek.com.  Stripe's records reflect the processing of transactions exceeding $112 million in Newsmart's accounts. In interrogatory answers, Fanrek admitted selling the Standard Counterfeit doll which it had obtained from Defendant Dongguan Guotong Toys Company, Limited ("DGTC") (Defendant Number 64), and receiving such payments into the aforementioned Stripe Accounts.

5

23.    Both the Stripe Accounts and the Fanrek.com website provided the same address: UNIT C 9/ F WINNING HOUSE 72-74 WING LOK STREET SHEUNG WAN, CENTRAL AND WESTERN DISTRICT, HONG KONG, 999077.

24.    On October 8, 2025, Fanrek's counsel advised he will be withdrawing from this matter after Plaintiff raised the volume of Fanrek's overall sales and its connection to Newsmart. Shortly thereafter, the Fanrek.com website became inoperable.  However, within the last few days, Plaintiff has located a new website, using the domain FANREKCOS.COM, which represents that it operates out of the same postal address and uses the trade name Fanrek.  Upon information and belief, to defy this Court's preliminary injunction and asset freeze order, Newsmart reconstituted Fanrek.com as Fanrekos.com to capture Halloween sales.

21.

22.25.  Due to the nature of their counterfeiting activities, the other Sellers identified herein employed various tactics to conceal their true identities from GBI.  For example, most Sellers use an alias as the name of their e-commerce stores or provide no or incomplete or inaccurate contact information for their businesses on their e-commerce store fronts.

23.26.  GBI sets forth in **Schedule A** for each Defendant: i) the Defendant Number; ii) the business aliases, online store names, seller account names and other names of foreign business entities as reported on the Seller's home page; iii) the e-commerce platform used; and iv) whether the Defendant is a Seller on the one hand, or a Manufacturer/Wholesaler on the other hand.

24.27.  GBI sets forth in **Schedule B** for each Defendant the Defendant number, the Defendant's business name, the e-commerce platform along with: all email addresses, business addresses and any other contact information for the Defendant obtained from an examination of

the e-commerce store's home page or other information available through the e-commerce platform.

25.28.  GBI identifies in **Schedule C** for each Defendant the corresponding URL(s) of the e-commerce store(s) each Defendant used to sell the Counterfeit Products.

26.29.  Simultaneous with the filing of the original complaint, GBI filedGBI filed an application to the Court seeking an Order that the relevant e-commerce platforms and payment processors must provide "expedited discovery" which, among other things, will require the disclosure of all contact information, addresses and account information pertaining to the Defendants.  Based upon the limited expedited discovery obtained,  Plaintiff has supplemented Schedules A, B and C.

27.30.  For each of the original Defendants (i.e., Defendants Numbered 1-62), GBI provided in Docket Entry 7, Exhibits 13 to 74, screenshots of Defendant's e-commerce storefront, Defendants' offering for sale of the Counterfeit Products as displayed on the Defendant's e-commerce storefront, the sales cart information showing the Defendant's acceptance of payment in U.S. dollars and the Defendant's ability to ship products to the United States and New York, and additional information regarding the Defendant's storefront available on the e-commerce platform which shows the Defendant's sales efforts focused upon the United States.

**28.31.  Defendant Shenzhen Longgang District Fujingrui Toy Processing Factory (Defendant Number 63)**, upon information and belief, is a Wholesale seller and manufacturer of the Counterfeit Products which it sells through a storefront located on 1688.com.  Defendant Big Tipper (Defendant Number 35) indicated that it acquired the Counterfeit Products from Shenzhen Longgang District Fujingrui Toy Processing Factory.  Upon information and belief, this defendant

maintains an address at No. 104 Liyuan Street, Pinghu Community, Pinghu Street, Guangdong, People's Republic of China (Mainland).

29.32.   Defendant **Dongguan Guotong Toys Company, Limited ("DGTC") (Defendant Number 64)**, formerly known as Sheng Zhengshi Guotongwanju Youxiangongsi or Shenzhen Guotong Toys Co., Ltd., upon information and belief, maintains an address at: Room 101, No. 51, Jixiang North Road, Chashan Town, Dongguan, Guangdong Province, People's Republic of China (Mainland).  DGTC supplied the Counterfeit Products, at the very least, to the Verceco Store (Defendant Number 19), Sharp Cow (Defendant Number 40) and to Fanrek.com (Defendant Number 23).  DGTC advertised its sale of the Counterfeit Products on the e-commerce platform 1688.com where it represented that the Counterfeit Product can be shipped to New York.  DGTC sold the Counterfeit Products for more than four years.  DGTC supplied Verceco with a false certification that the Counterfeit Product complied with all copyright and trademark laws.

30.33.   **Defendant Shenzhen Tianzhiheng Trading Company Limited, a/k/a Shenzhen Tianzhiheng Trading Co. Ltd. (Defendant Number 65),** is a toy manufacture located in the People's Republic of China (mainland), that supplied the Counterfeit Product to the Verceco Store along with a false intellectual property compliance certificate.  Upon information, this defendant maintains an address at Room 501, No. 33, Shekou Haowan New Village, Haowan Community, Shekou Subdistrict, Nanshan District, Shenzhen, Guangdong Province, People's Republic of China (Mainland).

34.      Defendant **Fanrk Shop, a/k/a Haikouyexingchendianzishangwuyouxiangongsi**, (Defendant Number 66) represents on Amazon that it is a business entity located in the People's Republic of China (Mainland).   Fanrk sold the Standard Counterfeit Doll on Amazon, which it

referred to as the Tumpety Doll, directly to consumers.  Additionally, Defendants IBSpot.com and Ami Ventures acquired the Standard Counterfeit Doll from Fanrk Shop.

31.35.  Defendant **Yong Woo Lee**, upon information and belief, is an individual residing in California.  According to Articles of Organization filed with the California Secretary of State, Yong Woo Lee formed Soonova (Defendant #1).  Upon information and belief, Mr. Lee owned, operated and controlled Soonova, including with respect to its selling Counterfeit Products connected to three different internet stores.  Thus, Mr. Lee is personally liable for the copyright and trademark infringement perpetrated by Soonova because he participated in, directed, supervised and organized that wrongdoing.  Additionally, upon information and belief, Mr. Lee has left Soonova as an empty shell company, as Soonova has not responded to multiple attempts to effectuate service of process upon it.

## JURISDICTION AND VENUE

32.36.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions).

33.37.  This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121, as it involves federal trademark law under the Lanham Act; under 28 U.S.C. § 1338(a), as it is a civil action arising under an Act of Congress relating to trademarks; under 28 U.S.C. § 1338(b), as it involves unfair competition related to a claim under trademark laws; under 28 U.S.C. § 1331 as it involves a federal question; and under 28 U.S.C. § 1367(a) for the claims that arise under New York law because they are substantially related to the claims that arise under the laws of the United States. Furthermore, this Court has pendent jurisdiction because both the state and federal claims are derived from a common nucleus of operating facts and considerations of judicial economy dictate the state and federal issues be consolidated for a single trial.

34.38.  This Court has personal jurisdiction over Defendants because Defendants regularly conduct business and maintain continuous contacts in the State of New York. Moreover, Defendants have sold or offered to sell goods and services under counterfeit marks in the State of New York.

35.39.  Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) and/or 28 U.S.C. § 1400(a). A substantial part of the acts of infringement complained of herein occur or have occurred in this District.

## COMMON FACTUAL BACKGROUND

### GBI'S Gummibär

36.40.  Gummibär, a singing and dancing animated gummy bear, is one of the most watched animated characters on YouTube, with millions of video views each day and over twenty billion total views.

37.41.  In 2005, Christian Schneider began developing the concept for the Gummibär character, along with the lyrics and sound recordings for Gummibär songs.

38.42.  In 2006, the song "*I am a Gummy Bear*," and then a music video of the same name, became viral internet sensations first in Europe and then throughout the United States and the world.  Schneider then authored a number of other songs to be sung by Gummibär which also became immensely popular.

39.43.  Christian Schneider and his son of the same name (collectively referred to as "the Schneiders") conducted business in Europe under the name of Yazoo Music (GBR) ("Yazoo").

40.44.  In 2007, the Schneiders and Jurgen Korduletsch formed GBI for the purpose of exploiting the copyright and trademark rights to the animated Gummibär character in the United States and in other territories.  The Schneiders and Korduletsch are the owners of GBI and Korduletsch serves as the President of GBI.

41.45.  GBI devoted a considerable amount of time, money and effort in developing an original, animated Gummibär character to be featured in music videos and other media.  GBI also extensively promoted and marketed its original Gummibär character.

42.46.  GBI has produced a series of immensely popular Gummibär music videos. Gummibär's upbeat music and humorous videos have been released in more than forty countries and in over twenty-seven languages.

43.47.  In 2012, GBI released a Gummibär Christmas long-form video titled "*The Yummy Gummy Search for Christmas*" ("Christmas Film").

44.48.  GBI currently operates the Official Gummibär Channel on YouTube which offers 593 Gummibär-themed videos, which have been viewed more than 8.2 billion times.

45.49.  The trailer for the Christmas Film also is available on the Official Gummibär Channel:



https://www.youtube.com/@realgummybear

46.50.  GBI also produces an animated web series titled *Gummibär and Friends* which is available on the official Gummibär YouTube channel along with other videos and content. Season 1 of *Gummibär and Friends* contained 39 episodes which first aired between June 2016 and May 2017.  Season 2 of *Gummibär and Friends* consisted of 39 more episodes which were released between December 2018 and August 2022.

47.51.  In April 2020, *Gummibär and Friends* became available on television channels around the world in various languages, including Germany, the People's Republic of China and Spain.

48.52.  The *Gummibär* music videos, Christmas Film and the *Gummibär and Friends* series also focus upon the *Gummibär* character who appears as an anthropomorphic, fun-loving, singing and pudgy gummy bear with a partially eaten ear wearing yellow shorts and white sneakers.

49.53.  On February 13, 2025, Variety.com, in an article titled, *Gummybear International, Toonz Unveil 'Gummibär and Friends, Operation Cotton Candy' at EFM (EXCLUSIVE)*, announced that an animated full-length feature film based on Gummibär currently is in development.

50.54.  GBI has obtained the following copyrights in the United States pertaining to Gummibär (the "Copyrights" and "Copyrighted Works"):

a.  In 2006, the sound recording and music rights for "Gummibär – Ich Bin Dein Gummibär";

b.  In 2007, the sound and recording music rights for "Gummibär – I Am Your Gummy Bear"; and

c.  In 2012, the motion picture rights for "The Yummy Gummy Search for Christmas."

51.55.  Copies of the relevant Copyright Registrations: SR00000700872 covering the Sound Recording and Music for *Gummibär – I Am Your Gummy Bear*; SR00000700919 covering the Sound Recording and Music for  *Gummibär – Ich Bin Dein Gummibär*; and Pau003658316 covering the Motion Picture *The Yummy Gummy Search for Christmas* are available at Docket Entry 7, Exhibit 11.

52.56.  Among the exclusive rights granted to Plaintiff under the U.S. Copyright Act are the exclusive rights to reproduce, prepare derivative works of, distribute copies of and display copies of the Copyrighted Works to the public.

53.57.  GBI also owns the United States Registration for the Gummibär Mark (Trademark Registration Number 4335076), a copy of which is available at Docket Entry 7, Exhibit 12.  The GBI Trademark Registration covers numerous uses including but not limited to toys and playthings.

54.58.  The Gummibär Mark has been in continuous use in the United States since 2007, and is recognized throughout the United States and internationally.

55.59.  The distinctive Gummibär Mark consists of an anthropomorphic, pudgy gummy bear, with a green torso, one chewed up ear, wearing only yellow and white shorts and white sneakers with yellow stripes, as depicted below:



Reg. No. 4,335,076    GUMMYBEAR INTERNATIONAL INC. (NEW JERSEY CORPORATION)

56.60.  GBI has expended considerable sums each year in advertising and promoting the famous Gummibär Mark and the goods associated therewith and has generated significant publicity with respect to its business operations and brand name.

57.61.  GBI has successfully merchandized the Gummibär character internationally, including throughout the United States. Gummibär merchandise includes but is not limited to t-shirts, plush toys, children's costumes, backpacks, candy and food products, party supplies, school supplies and mouse pads.

58.62.  GBI maintains the website https://www.gummybearshop.com/ ("Gummy Bear Shop") at which consumers can purchase authentic Gummibär merchandise.

59.63.  GBI provides links to the authentic Gummy Bear Shop on its various social media pages such as Facebook, TikTok, Instagram and Twitter.

60.64.  GBI also maintains an official website located at thegummybear.com which contains a link to the Gummy Bear Shop. The official website has been viewed more than 10.8 million times.

61.65.  The Gummy Bear shop presently offers the following plush dolls:



62.66.  For approximately a dozen years, GBI sold a different version of the 12" plush toy that played the *Gummy Bear Song* if the midsection on the doll was pushed.  GBI also previously sold another version of the same doll that played the *Gummy Bear Song* if one of the doll's feet was squeezed, and the doll parroted certain statements spoken to it if the other foot was squeezed.

63.67.  In conjunction with the escalating popularity of the *Gummibär and Friends* television series, and the upcoming domestic theatrical release, GBI has entered a new merchandising deal with new singing *Gummibär* plush toys, and other merchandise, scheduled to hit the market in the forthcoming months.

### The **Standard** Counterfeit Products

64.68.  Defendants have conspired with each other to exploit Gummibär's global fame, and the immense popularity of the *Gummy Bear Song*, to sell Counterfeit Gummibär plush dolls that sing the *Gummy Bear Song*.

65.69.  Despite the number of e-commerce stores and manufacturers that sell, or have sold, Counterfeit Products, GBI has only identified two different dolls sold by the Counterfeiters.

66.70.  Almost all the E-Commerce stores and Manufacturers sell the identical Counterfeit Product (the "Standard Counterfeit Doll" and "Counterfeit Sellers") as depicted below:



67.71.  The Standard Counterfeit Dolls are near exact replicas of the Gummibär character as it appears in GBI's trademark registration and as it appears in GBI's copyrighted film.

68.72.  Consequently, the Standard Counterfeit dolls are nearly identical to GBI's plush dolls which are exact replicas of the Gummibär character as it appears in GBI's trademark registration and as it appears in the copyrighted Christmas Film.

73.    Both the Gummibär plush dolls and the Counterfeit Products consist of a green anthropomorphic gummy bear, wearing yellow shorts with white stripes in the same configuration, with white shoes with two lines on top constituting laces and yellow patches on the side of the shoes, with a partially eaten left ear, a circular black nose, an open mouth with a small red tongue on the bottom left corner of the mouth next to a single tooth on the bottom of the mouth and to the left of the tongue.

16

74.    The Counterfeit Sellers~~Defendants~~ are not and have never been authorized by Plaintiff to exploit Plaintiff's trademark and copyrights pertaining to Gummibär.

75.    The Counterfeit Sellers~~Defendants~~ at all relevant times knew of Plaintiff's ownership of the Gummibär Mark and Plaintiff's copyright registration for the *Gummy Bear Song* and willfully infringed Plaintiff's intellectual property rights.

_____    The Counterfeit Sellers~~Defendants~~ have engaged in the illegal counterfeiting and infringing actions, as alleged herein, knowingly and intentionally, or with reckless disregard or willful blindness to Plaintiff's rights, or in bad faith, for the purpose of trading on the goodwill of Plaintiff and the Gummibär Mark.

~~69.~~76.

~~70.~~77.  Almost all the Counterfeit Products, as depicted below, use the same or similar product images of the Standard Counterfeit Doll, along with the identical images of the zipper in the back of the doll and the battery located therein, to show the doll's ability to play the *Gummy Bear Song*:

  

~~71.~~78.  Several of the Defendants' storefronts display the same video of the Standard Counterfeit Doll playing the *Gummy Bear Song*:

  

***The Verceco Infringing Products***

72.79.  Plaintiff has identified a second, and slightly different version of the Counterfeit Product, initially sold by a store titled "Verceco," as illustrated below (the "Verceco Doll"):



73.80.  Defendant Guangzhou ZhongliAmusement Equipment Co., Limited is the manufacturer of the Verceco Doll and Chongqing Diandxing Shangye Guanli Youxian Gongsi (the "Verceco Store") is the Distributor of the Verceco Doll.

74.81.  As of April 10, 2025, the Counterfeit Products seized by Plaintiff all consisted of the Standard Counterfeit Doll, except for a single Verceco Doll:



~~75.~~82.  Strikingly, the Standard Counterfeit Doll and the Verceco Doll play the same approximately thirty-seven (37)-second-long bootleg of the *Gummy Bear Song* if a "Try Me" button on the doll's midsection is pressed.



~~76.~~83.  Also, the Verceco ~~Counterfeit Product~~ Doll, and the Standard Counterfeit Product, use the same battery and device (which is accessible by unzipping the doll's back) to play the identical bootleg version of the *Gummy Bear Song* as shown below:



77.84.  By way of comparison, GBI released a "short version" of the *Gummy Bear Song* that was only 30 seconds long and a full English Version that was three minutes and ten seconds long.

85.    As of the filing of this Complaint, two Defendants sold the Verceco Doll on Amazon along with Defendants selling the Verceco Doll on Everymarket.com and Toytooth.com. The different Sellers of the Verceco Doll use the identical green box to ship the doll.

86.    The Verceco Sellers used a video of the Verceco Doll performing the copyrighted *Gummy Bear Song* on their websites, such as the below screenshot:



87.     Everymarket, one of the Verceco Sellers, is a very sophisticated Defendant that has consummated, upon information and belief, hundreds of millions of dollars in e-commerce sales.

88.     Everymarket advertised the Verceco Doll for sale at $41.40 (DE 3-61), or more than twice the $18 price at which the Verceco Store sold the Verceco Doll (DE 3-31).

89.     Everymarket and the Verceco Store used the same images, and same exact product description to sell the Verceco Doll.

90.     For example, Everymarket displayed the following images on its website:



91.     The Verceco Store originally used the same images and product description on the product page accessible on its ecommerce store:



92.    The Verceco Store has represented that it never communicated with the other Verceco Sellers and never provided them with the videos and photographs of the Verceco Doll.

93.    Hence, upon information and belief, Everymarket unilaterally attempted to arbitrage the infringing Verceco Doll by trying to sell it at a higher price by leveraging its much larger consumer base.

94.    Thus, Everymarket, and other Verceco Sellers, unilaterally downloaded images and video(s) of the Verceco Doll from the Verceco Store's e-commerce storefront on Amazon, without engaging in any diligence or investigation whatsoever as to whether the Verceco Doll infringed Plaintiff's copyrighted song.

95.    Everymarket and the other Verceco Sellers attempted to pass off the Verceco Doll as an authorized product sponsored by Plaintiff.

96.    For example, in the product description section, Everymarket states: "signing the song I am a gummy bear" and "Kids will love it. Christmas gift for any little ones who love this bear cartoon."

97.    The Verceco Doll sings out to consumers that it is an authentic Gummibar product by playing the copyrighted Gummy Bear Song.

78.98.  However, the Verceco Doll lacks significant aspects of Gummibar 's appearance such as the partially eaten ear, the yellow shorts, the open mouth with one tooth, the pudgy shape of its torso and the detail on its sneakers. These were all important choices made by GBI when designing Gummibar and developing the character in music videos and in television shows for children. By doing so, Verceco dilutes and tarnishes the originality, creativity and distinctiveness of the Gummibar character.

~~79.~~1.    ~~Defendants are not and have never been authorized by Plaintiff to exploit Plaintiff's trademark and copyrights pertaining to Gummibär.~~

~~80.~~1.    ~~Defendants at all relevant times knew of Plaintiff's ownership of the Gummibär Mark and Plaintiff's copyright registration for the *Gummy Bear Song* and willfully infringed Plaintiff's intellectual property rights.~~

~~81.~~1.    ~~Defendants have engaged in the illegal counterfeiting and infringing actions, as alleged herein, knowingly and intentionally, or with reckless disregard or willful blindness to Plaintiff's rights, or in bad faith, for the purpose of trading on the goodwill of Plaintiff and the Gummibär Mark.~~

### The E-Commerce Sellers

~~82.~~99.  The Sellers use online marketplaces and e-commerce platforms to advertise, distribute, offer for sale, sell and ship their retail products originating from the People's Republic of China and other foreign markets to consumers worldwide and specifically to consumers residing in the United States, including New York.

~~83.~~100.       Defendants offer for sale and/or sell the Counterfeit Products, and other consumer products, through their merchant storefronts located on the various e-commerce platforms, and target and ship such products to consumers located in the United States, including New York.

~~84.~~101.       To exploit the goodwill, reputation and fame of the *Gummibär* Mark and the copyrighted *Gummy Bear* Song and Gummy Bear Character, the Defendants have engaged in the manufacturing, importing, exporting, advertising, marketing, promotion, distributing, offering for sale and/or selling the Counterfeit Products to consumers throughout the United

States, including in the state of New York, through their storefronts on major e-commerce platforms.

85.102.    To facilitate their sale of products throughout the United States, the Sellers accept payment in U.S. dollars and or funds from U.S. bank accounts via credit cards, PayPal, Alipay or Amazon Pay.

86.103.    During the course of Plaintiff's preparation of this suit, Plaintiff has observed a number of fictitious store fronts that once sold the Counterfeit Products disappear from an e-commerce platform only for a new fictitious storefront to appear on the same e-commerce platform that sells the same Counterfeit Products.

### *The Manufacturing Defendants*

87.104.    The Manufacturing Defendants, as identified in Schedule A, consist of: i) operators of e-commerce stores on Alibaba and Made-in-China which exclusively sell large quantities of the Counterfeit Products to Sellers; and ii) those separate Manufacturers identified by Sellers on their e-commerce store listings for the Counterfeit Products.[1]

88.105.    For example, Defendant Dongguan Jun Ou Toys Company, Limited advertises on its website that will only fill orders for 3,000 or more Counterfeit Products. The sale of such a large quantity of dolls establishes that Defendant Dongguan Jun Ou Toys Company, Limited only sells to other Sellers who sell directly to end consumers.

89.106.    The standard home page on Alibaba advertises that the store will deliver to the viewer's zip code in the United States (if the viewer had created an Alibaba account) and that the merchant accepts payments in United States dollars via PayPal, Klarna or Afterpay.

---

[1] For example, the Walmart Store "Aipengry" and the Walmart Store "Big Tipper," both indicate in their sales listing that the Counterfeit Product is manufactured by "Yaoqi."

90.107.    The Manufacturers' sales pages on Alibaba generally provide a link to a separate webpage containing a profile for each Manufacturer which includes information about the Manufacturer's products, certifications, sales, number of employees and factory capabilities.

91.108.    The Company Profiles typically indicate that the Manufacturer speaks English, that North America is its "Main Market," and that it had obtained certifications that its products comply with U.S. safety regulations. The Profiles also provide reviews from prior U.S. customers and identify other United States customers.

92.109.    In their Company Profiles, the Manufacturer Defendants claim to be sophisticated toy manufacturers with years of experience and proven sales of tens of millions of dollars, including in partnership with major U.S. companies.

93.110.    For example, Defendant Shenzhen Levin Plush Toys Co., Ltd. ("Levin") posts a video to its Company Profile in which Levin claims to be "an international big plush toys manufacturer" "with a team of more than 1500 employees."

94.111.    Levin boasts that it employs a research and development team of more than 100 employees who can develop sophisticated toys that play music.

95.112.    Levin advertises the operation of the "largest show room in the industry."

96.113.    Levin claims that it generates $200 million in sales per year, 45% of which (or $90 million of which) occurs in the United States.

97.    Such claims of sophistication preclude Levin, and other Manufacturers, from denying that their blatant counterfeiting and copyright infringement were anything other than willful.

**FIRST CAUSE OF ACTION**
**Against the Counterfeit Sellers**

**(Trademark Counterfeiting)**
**[15 U.S.C. § 1114-1117]**

98.115.      Plaintiff realleges and incorporates by reference each of the above allegations as if more fully set forth herein.

99.116.      Plaintiff is the exclusive owner of all right and title to the Gummibär Mark.

100.117.      GBI has continuously used the Gummibär Mark in interstate commerce since 2007.

101.118.      The Counterfeit Sellers (i.e., the manufacturers, wholesaler and retailers of the Standard Counterfeit Doll)Defendants intentionally reproduced, copied and/or imitated the Gummibär Mark and/or used spurious designations that are identical with, or substantially indistinguishable from the Gummibär Mark on or in connection with the manufacturing, import, export, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of the Counterfeit Products.

102.119.      Defendants have used in commerce marks that are identical to, or substantially indistinguishable from, the federally registered Gummibär Trademark, in connection with goods falling within the scope of Gummibär's federal registration.

103.120.      Defendants engaged in the above-described conduct without GBI's authorization or consent.

104.121.      Defendants engaged in the above-described conduct with knowledge of Plaintiff's well-known and prior rights in the Gummibär Mark and with knowledge that Defendants' Counterfeit Products bear counterfeit marks.

105.122.    Defendants have applied their counterfeit marks to promotions and/or advertisements intended to be used in commerce upon or in connection with the manufacturing, importing, exporting, advertising, marketing, promotion, distributing, displaying, offering for sale and/or selling of Defendants' Counterfeit Products, which is likely to cause confusion, mistake, and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive consumers, the public and the trade into believing that the Counterfeit Products sold by Defendants origin from, are associated with or are otherwise authorized by Plaintiffs, thereby making substantial profits and gains to which they are not entitled in law or equity.

106.123.    Defendants' unauthorized use of the Gummibär Mark on or in connection with the Counterfeit Products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiff and with deliberate intent to unfairly benefit from the enormous goodwill inherent in the Gummibär Mark.

107.124.    Defendants' actions constitute willful counterfeiting of the Gummibär Mark in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d) and 1117(b)-(c).

108.125.    As a direct and proximate result of Defendants' illegal actions alleged herein, Defendants have caused substantial financial loss and irreparable injury and damage to Plaintiff, its business, its reputation and its valuable rights in and to the Gummibär Mark and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendants will continue to cause such substantial and irreparable injury, loss and damage to Plaintiff and its valuable Gummibär Mark.

~~109.~~126.    Accordingly, Plaintiff is entitled to injunctive relief, damages for the irreparable harm that Plaintiff has sustained, and will sustain, as a result of Defendants' unlawful and infringing actions, as alleged herein, and all gains, profits and advantages obtained by Defendants as a result thereof, enhanced discretionary damages, treble damages and/or statutory damages of up to $2,000,000 per counterfeit mark per type of goods sold, offered for sale or distributed and reasonable attorneys' fees and costs.

**SECOND CAUSE OF ACTION**
**Against the Counterfeit Sellers**

**(Trademark Infringement in Violation of §32(a) of the Lanham Act)**
**[15 U.S.C. § 1114]**

~~110.~~127.    Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

~~111.~~128.    Plaintiff has continuously used the Gummibär Mark in interstate commerce since 2007, which is the date of first use of the mark as reflected in the registration certificate attached as **Exhibit 2.**

~~112.~~129.    Plaintiff owns all right, title and interest in the Gummibär Mark and therefore has standing to maintain an action for trademark infringement under 15 U.S.C. § 1114.

~~113.~~130.    Defendants knew that Plaintiff owned all rights in and to the Gummibär Mark when Defendants engaged in their unlawful and infringing actions as described in herein.

~~114.~~131.    Plaintiff's registration of its Gummibär Mark on the United States Patent and Trademark Office's principal register presents conclusive evidence that GBI has the exclusive right to use its Gummibär Mark in and throughout the United States in connection with its claimed goods.

115.132.    Defendants knowingly and intentionally manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale and/or sold Counterfeit Products, bearing and/or utilizing marks that are reproductions, counterfeits, copies and/or colorable imitations of the Gummibär Mark and/or which are identical or confusingly similar to the Gummibär Mark.

116.133.    Without GBI's consent, Defendants have used and are using, in connection with the sale, offering for sale, distribution, and or advertising of the Counterfeit Products, marks that are reproductions, counterfeits, copies and/or colorable imitations of the Gummibär Mark and/or which are identical or confusingly similar to the Gummibär Mark.

117.134.    Defendants' egregious and intentional use of the Gummibär Mark in commerce on or in connection with Defendants' Counterfeit Products has caused, and is likely to continue to cause, actual confusion and mistake, and has deceived, and is likely to continue to deceive, the general purchasing public as to the source or origin of the Counterfeit Products, and is likely to deceive the public into believing the Defendants' Counterfeit Products are GBI's products or are otherwise associated with, or authorized by, GBI.

118.135.    Defendants' continued, knowing and intentional use of the Gummibär Mark without Plaintiff's authorization constitutes intentional infringement of Plaintiff's federally registered trademark in violation of 15 U.S.C. § 1114.

119.136.    As a direct and proximate result of Defendants' illegal actions alleged herein, Defendants have caused substantial financial loss and irreparable injury and damage to Plaintiff, its business, its reputation and its valuable rights in and to the Gummibär Mark and the goodwill associated therewith, in an amount as yet unknown, but to be determined at trial, for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendants will

continue to cause such substantial and irreparable injury, loss and damage to Plaintiff and its valuable Gummibär Mark.

120.137.    As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to recover up to treble the amount of Defendants' unlawful profits and Plaintiff's damages and an award of attorneys' fees under 15 U.S.C. § 1117.

121.138.    The Defendants' wrongful acts will continue unless and until enjoined by this Court.

122.139.    The Defendants' acts have caused and will continue to cause irreparable and economic injury to Plaintiff.  Plaintiff has no adequate remedy at law and is thus damaged in an amount yet to be determined.

123.140.    Plaintiff's immediate, irreparable injuries have no remedy at law, and Plaintiff is entitled to injunctive relief and up to three times its actual damages and/or an award of Defendants' profits, as well as costs and Plaintiff's reasonable attorney fees under 15 U.S.C. §§ 1116-1117.

**THIRD CAUSE OF ACTION**
**Against the Counterfeit Sellers and the Verceco Sellers**
**(False Designation of Origin and Unfair Competition in Violation of Section 43(A) of the Lanham Act)**
**[15 U.S.C. §1125(A)]**

124.141.    Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

125.142.    Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), provides, in relevant part, that:

> Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—(1)(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

126.143.    The Gummibär Mark is inherently distinctive and/or has acquired distinctiveness.

127.144.    The Standard Counterfeit Dolls and the Verceco Dolls Products sold and offered for sale by Defendants are of the same nature and type as the Plaintiff's products sold and offered for sale by the Plaintiff and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

128.145.    Defendants knowingly and willfully use in commerce products that are identical or confusingly similar to Plaintiff's products,o, and constitute reproductions of the Gummibär Mark and affixed, applied and used false designations of origin and false and misleading descriptions and representations on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting distributing, displaying, offering for sale

and/or sale of Counterfeit products with the intent to cause confusion, or to cause mistake and to deceive the purchasing public into believing in error that Defendants' ~~Counterfeit P~~products are GBI products or related products, and/or that Defendants' unlawful p~~Counterfeit P~~roducts are authorized, sponsored, approved, endorsed or licensed by Plaintiff and/or that Defendants are affiliated, connected or associated with Plaintiff, thereby creating a likelihood of confusion by consumers as to the source of Defendants'~~such Counterfeit~~ Products.

129.146.    Defendants misrepresent and falsely describe to the general public the origin and source of their ~~Counterfeit P~~products and create a likelihood of confusion by consumers as to the source of such merchandise.

130.147.    Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of their ~~Counterfeit P~~products creates express and implied misrepresentations that their ~~Counterfeit P~~products were created, authorized or approved by the Plaintiff, all to Defendants' profit and to Plaintiff's great damage and injury.

131.148.    Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that Defendants' use of the Plaintiff's mark, genuine product images and trade names, in connection with their goods and services in interstate commerce, constitutes a false designation of origin and unfair competition.

132.149.    The Defendants' wrongful acts will continue unless and until enjoined by this Court.

133.150.    The Defendants' acts have caused and will continue to cause irreparable and economic injury to Plaintiffs.  Plaintiffs have no adequate remedy at law and are thus damaged in an amount yet to be determined.

33

134.151.    Plaintiffs' immediate, irreparable injuries have no remedy at law, and Plaintiffs are entitled to injunctive relief and up to three times their actual damages and/or an award of Defendants' profits, as well as costs and Plaintiffs' reasonable attorney fees under 15 U.S.C. §§ 1116-1117.

**FOURTH CAUSE OF ACTION**
**Against the Counterfeit Sellers and the Verceco Sellers**
**(Contributory and Vicarious Trademark Infringement)**

135.152.    Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

136.153.    To the extent that any of the Defendants are not directly liable for the above-described violations of the Lanham Act, then each Defendant is vicariously and/or contributorily liable for the infringement.

137.154.    The Defendants are contributorily liable for the trademark infringement and counterfeiting because the Defendants had knowledge of the infringement, or were willfully blind to it while enabling it to occur.

138.155.    Vicarious liability for trademark infringement arises when the defendant and the infringer have an apparent or actual partnership, have authority to bind one another in transactions with third parties or exercise joint ownership or control over the infringing product.

139.156.    Upon information and belief, where a single e-commerce storefront identifies the name of the purported e-commerce store, a manufacturer of the counterfeit product and the importer/seller of the Counterfeit Product, the relevant defendants exercise joint ownership or control over the infringing product and have the authority to bind one another in transactions with third parties.

140.157.    Defendants' violations have harmed Plaintiff.  As a result of Defendants' violations, Plaintiff has suffered and will continue to suffer damage to its business and goodwill.

141.158.    Plaintiff's immediate, irreparable injuries have no remedy at law, and Plaintiff is entitled to injunctive relief and up to three times their actual damages and/or an award of Defendants' profits, as well as costs and Plaintiff's reasonable attorney fees.

**FIFTH CAUSE OF ACTION**
**Against All Defendants**
**(Copyright Infringement)**
**[17 U.S.C. § 501]**

142.159.    Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

143.160.    Plaintiff has complied with the registration requirements of 17 U.S.C. § 411(a) in obtaining the Copyrights for the *Gummy Bear Song* and the Gummibär character.

144.161.    At all relevant times, Plaintiff has been the producers and copyright owner of the *Gummy Bear Song* and the Gummibär character.

145.162.    Under the Copyright Act, Plaintiff possesses the exclusive rights to reproduce, distribute, display, market and license the *Gummy Bear Song* and the Gummibär character.

163.    Without Plaintiffs' permission or consent, all Defendants have misappropriated the copyrighted *Gummy Bear Song* and the Gummibär character to sell infringing singing Gummy Bear plush dolls.

146.164.    Without Plaintiffs' permission or consent, the Counterfeit Sellers have misappropriated the Gummibär character to sell infringing singing Gummy Bear plush dolls.

147.    Defendants' actions constitute infringement of Plaintiffs'

165.    copyrights and exclusive rights under the Copyright Act.

148.166.    The Defendants' foregoing acts of infringement were willful and intentional.

149.167.    Due to the Defendants' unlawful actions, the Plaintiff has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

168.    As a result of the Defendants' infringement of Plaintiffs' copyrights and exclusive rights under the Copyright Act, Plaintiff is entitled to either actual or statutory damages pursuant to 17 U.S.C. § 504(c), and to their attorneys' fees pursuant to 17 U.S.C. § 505.

169.    Under 17 U.S.C. §504(b), actual damages can be determined by computing "lost profits."

150.170.    Under 17 U.S.C. §504(b), actual damages can be based upon the reasonable license fee on which a willing buyer and a willing seller would have agreed for the use taken by the infringer.

151.171.    Upon information and belief, the Defendants' conduct is causing and will continue to cause Plaintiff to suffer great and irreparable injury. Such harm will continue unless the Court enjoins the Defendants from such infringing conduct. Plaintiffs has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting the Defendants from further infringing Plaintiff's copyrights, and ordering the Defendants to destroy all copies of works made in violation of Plaintiff's exclusive rights under the Copyright Act.

**SIXTH CAUSE OF ACTION**
**All Defendants**
**(Contributory Copyright Infringement)**

36

152.172.　　Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

153.173.　　Each of the Defendants, to the extent that it is not held to be directly liable for the copyright infringement, is contributorily liable for the infringement because they materially and substantially assisted the direct copyright infringement and/or induced the copyright infringement.

154.174.　　Upon information and belief, the Manufacturer Defendants sold Counterfeit Products in large quantities to various online retailers, who sold the Counterfeit Products throughout the United States.  Each of these dolls violated Plaintiff's copyright to the *Gummy Bear Song*.

155.175.　　The Manufacturer Defendants knowingly induced, participated in, aided and abetted, and profited from the sale by the online merchants of the Counterfeit Products which violated Plaintiff's copyrights.

156.176.　　As a direct and proximate result of Defendants' contributory copyright infringement, Plaintiff is entitled to either actual or statutory damages pursuant to 17 U.S.C. § 504(c).

**SEVENTH CAUSE OF ACTION**
**All Defendants**
**(Unfair Competition Under New York Law)**

157.177.　　Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

158.178.　　The Counterfeit Products sold and offered for sale by Defendants are of the same nature and type as Plaintiff's Products sold and offered for sale by Plaintiff and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

159.179.    By misappropriating and using the Plaintiff's Marks, Defendants misrepresent and falsely describe to the general public the origin and source of the Counterfeit Products and create a likelihood of confusion by consumers as to the source of such merchandise.

160.180.    Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of the Counterfeit Products creates express and implied misrepresentations that the Counterfeit Products were created, authorized or approved by Plaintiff, all to Defendants' profit and to Plaintiff's great damage and injury.

161.181.    Defendants have traded off the extensive goodwill of Plaintiff to induce customers to purchase the Counterfeit Products thereby directly competing with Plaintiff.

162.182.    Plaintiff has no adequate remedy at law and, if the Defendants' activities are not enjoined, Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation.

163.183.    Defendants shall be liable to Plaintiff for all damages, directly or indirectly caused by Defendants' unfair competition, which damages should be trebled in the discretion of the Court.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgment against Defendants in favor of the Plaintiff on all counts as follows:

1.    That Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons in active concert with them be temporarily, preliminarily and permanently enjoined and restrained from:

(i)    Using the Plaintiff's mark or any reproduction, counterfeit, copy or colorable imitation of the Plaintiff's mark in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of the Plaintiff;

(ii)    passing off, inducing or enabling others to sell or pass off any Counterfeit Products as genuine products made and/or sold by the Plaintiff;

(iii)    committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

(iv)    further infringing the Plaintiff's mark and damaging Plaintiff's goodwill;

(v)    competing unfairly with Plaintiff in any manner; or

(vi)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and that bear the Gummibär Mark or any reproductions, counterfeit copies, or colorable imitations thereof.

2.    That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

(i) displaying images protected by the Plaintiff's Copyright in connection with the distribution, advertising, offer for sale and/or sale of any product that is not a genuine Plaintiff Product or is not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyright;  or

(ii) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and protected by the Plaintiff's Copyright or any reproductions, counterfeit copies, or colorable imitations thereof.

3.    That Defendants, within ten days after service of judgment with notice of entry thereof upon them, be required to file with the Court and serve upon the Plaintiff a written report under oath setting forth in detail the manner in which Defendants have complied with any and all injunctive relief ordered by this Court.

4.    That Defendants account for and pay over to Plaintiff any and all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged, and that the amount of damages for infringement of the Gummibär Mark be increased by a sum not exceeding three times the amount thereof as provided by law as provided by 15 U.S.C. § 1117;

5.    In the alternative, that Plaintiff be awarded statutory damages of Two Million Dollars (U.S.) and No Cents ($2,000,000.00) for each and every use of the Plaintiff's mark counterfeited by each Defendant;

6.    That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all plush toys and other merchandise which infringe Plaintiff's copyrighted *Gummy Bear Song* and the Gummibär character protected by the Copyright, which are in Defendants' possession or under its control;

7.    That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that Defendants hold in trust, as constructive trustees for the benefit of Plaintiff, all profits received by Defendants from their reproduction, distribution, display or other infringing uses of the

copyrighted *Gummy Bear Song* and the Gummibär character protected by the Plaintiff's

Copyrights, and requiring Defendants to provide Plaintiff a full and complete accounting of all

profits received by Defendants;

8.      In the alternative to Plaintiff's actual damages and Defendants' profits for

copyright infringement of the copyrighted *Gummy Bear Song* and the separately copyrighted

Gummibär character pursuant to 17 U.S.C.§ 504(b), for statutory damages of up to $150,000 per

infringement pursuant to 17 U.S.C. § 504(c) for willful copyright infringement, which Plaintiff

may elect prior to the rendering of final judgment;

9.      For Plaintiff's reasonable attorneys' fees;

10.     For all costs of suit; and

11.     For such other and further relief as the Court may deem just and equitable.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury in this action for all issues so triable.


Dated: October 21September 11, 2025


                                    Respectfully submitted,

                                    **KAGEN, CASPERSEN & BOGART PLLC**

                                    /s/ Russell Bogart
                                    Russell Bogart
                                    rbogart@kcbfirm.com
                                    Stuart Kagen
                                    skagen@kcbfirm.com
                                    Joshua C. Gillette

jgillette@kcbfirm.com
551 Madison Avenue, 12th Fl.
New York, NY  10022
Telephone:     (212) 880-2045
Facsimile:     (646) 304-7879
*Attorneys for Plaintiff*
*Gummy Bear International, Inc.*

# SCHEDULE A

**For each Defendant: i) the Defendant Number; ii) the business aliases, online store names, seller account names and other names of foreign business entities as reported on the Seller's home page; iii) the e-commerce platform used; and iv) whether the Defendant is a Seller on the one hand, or a Manufacturer/Wholesaler on the other hand.**

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 1 | Soonova, LLC | Walmart | Seller |
| 2 | Anhui Ron.Ve.Xin International Trade Co., Ltd. | Alibaba | Man. |
| 3 | Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo | Alibaba | Man. |
| 4 | Shanghai Cheeron Industrial Co., Ltd. | Alibaba | Man. |
| 5 | Shenzhen Douluo E-Commerce Co., Ltd. | Alibaba | Man. |
| 6 | Shenzhen Ji Mi Technology Co., Ltd. | Alibaba | Man. |
| 7 | Shenzhen Lechi Creative Industrial Co., Ltd. | Alibaba | Man. |
| 8 | Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory | Alibaba | Man. |
| 9 | Shenzhen Toysking Industrial Co., Ltd. | Alibaba | Man. |
| 10 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | Alibaba | Man. |
| 11 | Suzhou Shengbei Electronic Technology Co., Ltd. | Alibaba | Man. |
| 12 | Yangzhou Guan Yue Houseware Co., Ltd. | Alibaba | Man. |
| 13 | Yiwu Ali Toy Co., Ltd. | Alibaba | Man. |

SCHEDULE A

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 14 | Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader) | Aliexpress | Seller |
| 15 | Yiwu Xiaoya e-commerce firm a/k/a KANICE Store | Aliexpress | Seller |
| 16 | Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader) | Aliexpress | Seller |
| 17 | Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader) | Aliexpress | Seller |
| 18 | Haikou Yexingchen E-commerce Co., Ltd a/k/a the Tumpety store on Amazon | Amazon | Seller |
| 19 | Chongqing Diandianxing ShangyeGuanli YouxianGongsi (Vercico Store on Amazon) | Amazon | Seller |
| 20 | olylin dba Sell Worlder on DHgate.com | dhgate.com | Seller |
| 21 | time_brocadel on DHgate.com | dhgate.com | Seller |
| 22 | CHIURE-Bracelet on eBay.com | Ebay | Seller |
| 23 | NEWSMART COMMUNICATION, LIMITED A/K/A Fanrek.com | fanreck.com | Seller |
| 24 | MALAKA KARUNARATHANA D/B/A Hoverkaru_Store on eBay | Ebay | Seller |
| 25 | SERGIU JOLEA D/B/A topqualityhub on eBay | Ebay | Seller |
| 26 | Tumpety - Gogailen on RetailMarket.net | Retailmarket.net | Seller |

**SCHEDULE A**

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 27 | Yangzhou Round Toy Co., Ltd. | made-in-china | Man. |
| 28 | Dongguan Jun Ou Toys Co., Ltd. | made-in-china | Man. |
| 29 | Ami Ventures Inc | Sears | Seller |
| 30 | Tiandi on Warehouses Overstock | Warehouses Overstock | Seller |
| 31 | Xefuu on Warehouses Overstock | Warehouses Overstock | Seller |
| 32 | Tumpety on Warehouses Overstock | Warehouses Overstock | Seller |
| 33 | Yaoqi | Walmart | Man. |
| 34 | HEFEI JINGMAI E-COMMERCE CO., LTD.  a/k/a YAOQI BRAND | Walmart | Seller |
| 35 | YIWU SHIJIAYANG ELECTRONIC COMMERCE CO., LTD., A/K/A BIG TIPPER A/K/A YIWUSHIJIAYANGDIANZISHANGWUYOUXIANGONGSI (YAOQI BRAND) | Walmart | Seller |
| 36 | XI'AN YINGMAOFEI TRADING COMPANY, LTD., A/K/A HARBROT TOYS CO., LTD | Walmart | Man. |
| 37 | Eioyumy | Walmart | Man. |
| 38 | SHENZHEN LELEPAI TECHNOLOGY CO., LTD. A/K/A EIOYUMY BRAND; | Walmart | Seller |

SCHEDULE A

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 39 | FTZOIIYV | Walmart | Man. |
| 40 | SHENZHEN A'NUOSI TECHNOLOGY COMPANY, LTD., A/K/A SHARP COW A/K/A FTZOIIYV BRAND; | Walmart | Seller |
| 41 | XIANGYANG ZHENJIA TRADING COMPANY, LTD., A/K/A PPWOUU A/K/A 756HUYTG BRAND | Walmart | Seller |
| 42 | Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store | Aliexpress | Seller |
| 43 | Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104339520 Store on Aliexpress | Aliexpress | Seller |
| 44 | Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress | Aliexpress | Seller |
| 45 | Foshan Fengshou Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress | Aliexpress | Seller |
| 46 | Guangzhou ZhongliAmusement Equipment Co., Ltd | Amazon | Man. |
| 47 | Online Mega Stores d/b/a PlushStore.com | Plushstore.com | Seller |
| 48 | Qin Li, a/k/a Moxe Store on Wish.com | Wish.Com | Seller |
| 49 | EveryMarket, Inc. - Verceco Doll | Everymarket | Man. |
| 50 | IBSpot | IBSpot.com | Seller |
| 51 | Toytooth  - Verceco Doll | Toytooth.com | Seller |

**SCHEDULE A**

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 52 | Xhtang (Brand Manufacturer) | Walmart | Manufacturer |
| 53 | CHENGDU HONGHENG CHANGCHANG CRAFTS CO., LTD. , A/K/A PIVIWN A/K/A XHTANG BRAND | Walmart | Seller |
| 54 | SHENZHEN BOLAN TONGXIN TECHNOLOGY CO., LTD. A/K/A BLEAHEART | Walmart | Seller |
| 55 | Chengyu (Brand Manufacturer) | Walmart | Manufacturer |
| 56 | Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi | Walmart | Seller |
| 57 | Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store | AliExpress | Seller |
| 58 | Yiwu Allo Trading Co., Ltd | Alibaba | Manufacturer |
| 59 | FOSHAN QUANYI INTELLIGENT HOME CO., LTD. | Walmart | Seller |
| 60 | cong08 on DHgate | DHgate.com | Seller |
| 61 | XIANYOU COUNTY WEICAI TRADING CO., LTD. A/K/A MR. LINTAO ON– WALMART | Walmart | Seller |
| 62 | Haile Cozzie Soles LLC | Shop.com | Seller |
| 63 | Shenzhen Longgang District Fujingrui Toy Processing Factory | 1688.com | Manufacturer |
| 64 | Dongguan Guotong Toys Company, Limited | 1688.com | Manufacturer |

**SCHEDULE A**

| Defendant Number | Defendant Business Name | E-Commerce Platform | Seller or Manufacturer |
|---|---|---|---|
| 65 | Shenzhen Tianzhiheng Trading Company Limited A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD. | 1688.com | Manufacturer |
| 66 | HAIKOU YEXINGCHEN E-COMMERCE CO., LTD, A/K/A FANRK SHOP | Amazon | Seller |

**SCHEDULE A**

# SCHEDULE B

**For each Defendant: the Defendant number, the Defendant's business name, the e-commerce platform, along with: all email addresses, business addresses and any other contact information for the Defendant obtained from an examination of the e-commerce store's home page or other information available through the e-commerce platform.**

| Defendant Number | Defendant Business Name | Business Address For Service | Email Address for Seller For Service | E-Commerce Platform |
|---|---|---|---|---|
| 1 | Soonova, LLC | Soonova LLC, 1890 E. Miraloma Ave. Placenta, California 92870 | can email through the ecommerce platform | Walmart |
| 2 | Anhui Ron.Ve.Xin International Trade Co., Ltd. | Luying Village, Shiliang Town, Tianchang City, Anhui Province, People's Republic of China | ronvexin@163.com | Alibaba |
| 3 | Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo | Room 1039, 10th Floor, Zone 3, Cross-border Park, No. 328 Wangdao Road, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province (self declared), People's Republic of China | xinghuo@belo-tempo.com | Alibaba |
| 4 | Shanghai Cheeron Industrial Co., Ltd. | Room 122, Building 1, No. 3421 Shangnan Road, Pudong New Area, Shanghai, People's Republic of China | Chat Through E-Commerce Platform | Alibaba |
| 5 | Shenzhen Douluo E-Commerce Co., Ltd. | 415-1, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | dihao@szdih.com | Alibaba |
| 6 | Shenzhen Ji Mi Technology Co., Ltd. | 415-2, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | joymore11@163.com | Alibaba |
| 7 | Shenzhen Lechi Creative Industrial Co., Ltd. | Room 301, Factory Building (G1) , No. 173 Gushu 1st Road, Guxing Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, People's Republic of China | sales@toyskings.com | Alibaba |
| 8 | Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory | 4th Floor, Building B, No. 48 Baonan Road, Nanlian Sixth Industrial Zone, Longgang Street, Longgang District, Shenzhen City, People's Republic of China | sales_joany@levincrafts.com.cn | Alibaba |
| 9 | Shenzhen Toysking Industrial Co., Ltd. | Room 301, Factory Building (G1) , No. 173 Gushu 1st Road, Guxing Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, People's Republic of China | Chat with Ms. Lynn Lin Oversea Sales Manager | Alibaba |
| 10 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | Room 505, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | eileenpeng@aliyun.com | Alibaba |
| 11 | Suzhou Shengbei Electronic Technology Co., Ltd. | Room 607 A43, Building 1, Lejiahui Business Plaza, Suzhou High tech Zone, Jiangsu Province, People's Republic of China | Chat Through E-Commerce Platform | Alibaba |
| 12 | Yangzhou Guan Yue Houseware Co., Ltd. | Room 601, 6th Floor, Building 1, No. 20 Xiaoguanqiao Road, Hanjiang District, Yangzhou, Jiangsu Province, People's Republic of China | esther@homekacrafts.com | Alibaba |
| 13 | Yiwu Ali Toy Co., Ltd. | Floor 1, Unit 1, Building 31, Honghua Community, Houzhai Street, Yiwu , Jinhua, Zhejiang Province , People's Republic of China | Chat Through E-Commerce Platform | Alibaba |
| 14 | Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader) | No. 06 New Factory Building, Floor 20, Building 1, Phase II, Industrial Project No. 2, Huanglongshan South Road, Buddha Ridge Street, Wuhan East Lake New Technology Development Zone, Jiangxia District, Wuhan City, Hubei Province, People's Republic of China (Optics Valley Optoelectronic Information Industry Innovation and Entrepreneurship Base) -15 | Contact through e-commerce platform | Aliexpress |
| 15 | Yiwu Xiaoya e-commerce firm a/k/a KANICE Store | Room 406, No. 305 Huangyangmei Road, Xingfu Community, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 16 | Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader) | Room 301, Unit 1, Building 29, Jizhai District 2, Yiwu City, Jinhua City, Zhejiang Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 17 | Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader) | Room 2111, 21st Floor, Unit 1, Building 5, Nanzhaozhuang Street North, Qiliyan West Road, Erqi District, Zhengzhou City, Henan Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 18 | Haikou Yexingchen E-commerce Co., Ltd a/k/a the Tumpety store on Amazon | No. 101, Building 4, Yuxiang Garden, Longhua District, Haikou City, Hainan Province, People's Republic of China | Contact through e-commerce platform | Amazon |
| 19 | Chongqing Diandianxing ShangyeGuanli YouxianGongsi (Vercico Store on Amazon) | Counsel of Record | Counsel of Record | Amazon |
| 20 | olylin dba Sell Worlder on DHgate.com | Not provided | Can contact through the e-commerce platform | dhgate.com |
| 21 | time_brocadel on DHgate.com | Not provided | Can contact through the e-commerce platform | dhgate.com |
| 22 | CHIURE-Bracelet on eBay.com | Not Provided | hoverkarustore@gmail.com and jssj2013@bk.ru | Ebay |
| 23 | NEWSMART COMMUNICATION, LIMITED A/K/A Fanrek.com | UNIT C 9/F, WINNING HOUSE 72-74 WING LOK STREET SHEUNG WAN, CENTRAL AND WESTERN DISTRICT, HONG KONG SAR China | support@fanrek.com | fanrek.com |
| 24 | MALAKA KARUNARATHANA D/B/A Hoverkaru_Store on eBay | Malaka Karunarathana at 191 D Mampitiya Rajagiriya Handessa, Kandy Sri Lanka 20400 | hoverkarustore@gmail.com and jssj2013@bk.ru | Ebay |
| 25 | SERGIU JOLEA D/B/A topqualityhub on eBay | Sergiu Jolea at Mircea cel Batrin 10a, Cahul Moldova 3907 | hoverkarustore@gmail.com and jssj2013@bk.ru | Ebay |
| 26 | Tumpety - Gogailen on RetailMarket.net | Not Provided | can email through the ecommerce platform | Retailmarket.net |
| 27 | Yangzhou Round Toy Co., Ltd. | 138-2 Shugang East Road, Yangzhou City, Jiangsu Province, People's Republic of China | online chat available through e-commerce platform | made-in-china |
| 28 | Dongguan Jun Ou Toys Co., Ltd. | No. 3, Ma'an Road, Chashan Town, Dongguan, Guangdong Province, People's Republic of China, 523378 | online chat available through e-commerce platform | made-in-china |
| 29 | Ami Ventures Inc | Counsel of Record | Counsel of Record | Sears |

SCHEDULE B

| Defendant Number | Defendant Business Name | Business Address For Service | Email Address for Seller For Service | E-Commerce Platform |
|---|---|---|---|---|
| 30 | Tiandi on Warehouses Overstock | Not Provided | can email through the e-commerce platform | Warehouses Overstock |
| 31 | Xefuu on Warehouses Overstock | Not Provided | can email through the e-commerce platform | Warehouses Overstock |
| 32 | Tumpety on Warehouses Overstock | Not Provided | can email through the e-commerce platform | Warehouses Overstock |
| 33 | Yaoqi | Not provided | can email through the ecommerce platform | Walmart |
| 34 | HEFEI JINGMAI E-COMMERCE CO., LTD.  a/k/a YAOQI BRAND | yuexiuquzhongshanliulu100hao301fan, guangzhoushi, GD 510180 | can email through the ecommerce platform | Walmart |
| 35 | YIWU SHIJIAYANG ELECTRONIC COMMERCE CO., LTD., A/K/A BIG TIPPER A/K/A YIWUSHIJIAYANGDIANZISHANGWUYOUXIANGONGSI (YAOQI BRAND) | Yiwu Shijiayang Electronic Commerce Co., Ltd. with an address at - Zhejiang Province, Yiwu City, Jiangdong Street, Xuzhai, Building 25, Unit 1, People's Republic of China | can email through the ecommerce platform | Walmart |
| 36 | XI'AN YINGMAOFEI TRADING COMPANY, LTD., A/K/A HARBROT TOYS CO., LTD | Xi'an Yingmaofei Trading Company, Ltd. with address of Room 502, 5th Floor, Jinxin International Building, No. 99 Heping Road, Beilin District, Xi'an, Shanxi Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 37 | Eioyumy | Not provided | can email through the ecommerce platform | Walmart |
| 38 | SHENZHEN LELEPAI TECHNOLOGY CO., LTD. A/K/A EIOYUMY BRAND; | 4A414, Building 1, No. 309 Ping'an Avenue, Liang'antian Community, Pinghu Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 39 | FTZOIIYV | Not provided | can email through the ecommerce platform | Walmart |
| 40 | SHENZHEN A'NUOSI TECHNOLOGY COMPANY, LTD., A/K/A SHARP COW A/K/A FTZOIIYV BRAND; | Shenzhen A'nuosi Technology Company, Ltd. with address of Unit 3, No. 77 Xinhe Road, Baolai Industrial Area, Shangmugu Community, Pinghu Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 41 | XIANGYANG ZHENJIA TRADING COMPANY, LTD., A/K/A PPWOUU A/K/A 756HUYTG BRAND | Xiangyang Zhenjia Trading Company, Ltd. with address of Room 206, 2nd Floor, Unit 5, International Innovation Industrial Area, No. 49 Dengcheng Ave., High-Tech Development Zone, Xiangyang, Hubei Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 42 | Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store | Room 609, Block C, Huafeng Smart Innovation Port, Gushu Second Road, Gushu Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 43 | Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104359520 Store on Aliexpress | 205-1, Building M-7, Zhonggang Building, Sparrow Ridge Industrial Zone, Maling community, Yuehai Street, Nanshan District, Shenzhen, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 44 | Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress | Room 801-9, Building 6, East U Valley Phase I, Shilong North Road West, Guicheng Street, Nanhai District, Foshan City, Guangdong Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 45 | Foshan Fengshou Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress | Room 801, Building 6, East U Valley Phase I, Shilong North Road West, Guicheng Street, Nanhai District, Foshan City, Guangdong Province, People's Republic of China | Contact through e-commerce platform | Aliexpress |
| 46 | Guangzhou ZhongliAmusement Equipment Co., Ltd | Not provided | vercecohelp@gmail.com | Amazon |
| 47 | Online Mega Stores d/b/a PlushStore.com | Online Mega Stores Zbigniew Orlowski Street: Aleksandry Gabrysiak 23A/1 City: Gdansk State: Pomorskie Country: Poland | support@plushstore.com | plushstore.com |
| 48 | Qin Li, a/k/a Moxe Store on Wish.com | 吉祥北路51号101 茶山镇 东莞市, 广东省 Mainland China (CN), 523380 | not provided | wish.com |
| 49 | EveryMarket, Inc. - Verceco Doll | Counsel of Record | Counsel of Record | everymarket.com |
| 50 | IBSpot | Counsel of Record | Counsel of Record | ibspot.com |
| 51 | Toytooth  - Verceco Doll | Counsel of Record | Counsel of Record | Toytooth.com |
| 52 | Xhtang (Brand Manufacturer) | Not Provided | can email through the ecommerce platform | Walmart.com |
| 53 | CHENGDU HONGHENG CHANGCHANG CRAFTS CO., LTD. , A/K/A PIVIWN A/K/A XHTANG BRAND | Counsel of Record | Counsel of Record | Walmart.com |
| 54 | SHENZHEN BOLAN TONGXIN TECHNOLOGY CO., LTD. A/K/A BLEAHEART | Room 504, Building 11, Zhaodong Community, Shekou, Zhaoshang Street, Nanshan District, Shenzhen, Guangdong Province, People's Republic of China | can email through the ecommerce platform | Walmart.com |
| 55 | Chengyu (Brand Manufacturer) | Not Provided | can email through the ecommerce platform | Walmart.com |
| 56 | Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi | null, null null, | can email through the ecommerce platform | Walmart.com |
| 57 | Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store | Room 602, No. 3, Lane 5, Jiexia Nanyuan, Chang'an Town, Dongguan City, Guangdong Province, People's Republic of China | can email through the ecommerce platform | AliExpress |
| 58 | Yiwu Allo Trading Co., Ltd | Room 2022, Chouzhou Building, Cross border Park, No. F8 Xinke Road, Choujiang Street, Yiwu City, (Zhejiang) Pilot Free Trade Zone, People's Republic of China  (self declared) | alex@allotrade.cn | Alibaba |

SCHEDULE B

| Defendant Number | Defendant Business Name | Business Address For Service | Email Address for Seller For Service | E-Commerce Platform |
|---|---|---|---|---|
| 59 | FOSHAN QUANYI INTELLIGENT HOME CO., LTD. | Second and third floors of the south end of Building D, Taiqin Industrial New City Phase II, Xintian Industrial Zone, Xintian Village, Xiqiao Town, Nanhai District, Foshan City, Guangdong Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 60 | cong08 on DHgate | Not provided | can email through the ecommerce platform | DHgate.com |
| 61 | XIANYOU COUNTY WEICAI TRADING CO., LTD. A/K/A MR. LINTAO ON– WALMART | Room 904, 2nd floor, No. 3223 Xuefu East Road, Licheng Street, Xianyou County, Fujian Province, People's Republic of China | can email through the ecommerce platform | Walmart |
| 62 | Haile Cozzie Soles LLC | 24658 George Washington Drive, Plainfield Illinois 60544 | customerservice@hailecozziesoles.com | Shop.com (and hailecozziesoles.com) |
| 63 | Shenzhen Longgang District Fujingrui Toy Processing Factory | 2nd Floor, Building 5, Qiushuiling Industrial Zone, Egongling, Pinghu Street, Longgang District, Shenzhen, Guangdong Province, People's Republic of China | | 1688.com |
| 64 | Dongguan Guotong Toys Company, Limited | Room 101, No. 51, Jixiang North Road, Chashan Town, Dongguan, Guangdong Province, People's Republic of China | | 1688.com |
| 65 | Shenzhen Tianzhiheng Trading Company Limited A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD. | Room 501, No. 33, Shekou Haiwan New Village, Haiwan Community, Shekou Street, Nanshan District, Shenzhen, Guangdong Province, People's Republic of China | | 1688.com |
| 66 | HAIKOU YEXINGCHEN E-COMMERCE CO., LTD, A/K/A FANRK SHOP | No. 101, Building 4, Yuxiang Garden, Longhua District, Haikou City, Hainan Province, People's Republic of China | | Amazon |

# SCHEDULE C

**For each Defendant: the corresponding URL(s) of the e-commerce store(s) each Defendant used to sell the Counterfeit Products**

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 1 | Soonova, LLC | https://www.walmart.com/ip/Gummy-Bear-Plush-Toy-Singing-Song-Stuffed-Animal-Doll-Kids-Birthday-Easter-Party-Supplies-30cm-Gift-Children-Friends/10919020215?classType=REGULAR&from=/search | https://www.walmart.com/ip/12-Inch-Gummy-Bear-Plush-Toy-Singing-Bear-Song-Toy-Stuffed-Animal-Doll-for-Kids-Birthday-Easter-Gifts-Christmas-Party-Supplies-Gift-for-Children/10385808061?classType=REGULAR&from=/search | https://www.walmart.com/ip/Amazing-Singing-I-AM-A-Gummy-Bear-Musical-Gummibar-Plush-Best-Gifts-for-Kids-Childrens-12-for-Kids-Cute-Toys/10523000836?classType=REGULAR&from=/search |
| 2 | Anhui Ron.Ve.Xin International Trade Co., Ltd. | https://www.alibaba.com/product-detail/green-Christmas-hat-Gummy-bear-plush_60754843826.html?spm=a2700.galleryofferlist.normal_offer.d_image.125613a0cdvJUS | | |
| 3 | Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo | https://www.alibaba.com/product-detail/Plush-toys-wholesale-soft-doll-bear_1600831810885.html | Google search: "Plush Toys Wholesale Soft Doll Bear Toys Cpc Sleep Bear Doll With Big Mouth With Music Gummy Bear For Children - Buy Custom Plush Toys Wholesale Soft Doll Bear Toys,Plush Toy Plush Toy Bear Custom Made Plush Toy,Plush Toy Doll Bear Doll Sleep Little Bear Doll Product on Alibaba.com" | |
| 4 | Shanghai Cheeron Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Plush-gummy-bear-stuffed-gummy-bear_282851595.html?spm=a2700.galleryofferlist.normal_offer.d_title.782213a0qGUiVX | | |
| 5 | Shenzhen Douluo E-Commerce Co., Ltd. | https://www.alibaba.com/product-detail/DL1174-Green-Plush-Stuffed-Gummy-Bear_1600908923801.html?spm=a2700.galleryofferlist.normal_offer.d_title.51ff13a07KrWjC | https://www.alibaba.com/product-detail/DL374-Gummy-Bear-Voice-Pet-Plush_1600904388698.html?spm=a2700.galleryofferlist.normal_offer.d_title.2fd213a0PuV4Gf | https://www.alibaba.com/product-detail/DL3729-Plush-Gummy-Bear-Toy-Voice_1601215423424.html?spm=a2700.galleryofferlist.normal_offer.d_title.5c4b13a0sPuTIy |
| 6 | Shenzhen Ji Mi Technology Co., Ltd. | https://www.alibaba.com/product-detail/JM-Soft-Standing-Weird-Gummy-Bear_1600895367037.html?spm=a2700.shop_plgr.41413.7.52777121hoOjDJ | https://www.alibaba.com/product-detail/JM-Global-Sale-Gummy-Bear-Lovely_1600895321204.html?spm=a2700.shop_plgr.41413.10.52777121hoOjDJ | |
| 7 | Shenzhen Lechi Creative Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Green-Plush-Stuffed-Gummy-Bear-Toys_1600805794971.html?spm=a2700.galleryofferlist.normal_offer.d_title.51ff13a07KrWjC | | |
| 8 | Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory | https://www.alibaba.com/product-detail/Custom-Gummy-Bear-Plush-Green-Singing_1600511092809.html?spm=a2700.galleryofferlist.normal_offer.d_image.51ff13a07KrWjC | | |
| 9 | Shenzhen Toysking Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Green-Plush-Stuffed-Gummy-Bear-Toys_1600246399360.html?spm=a2700.galleryofferlist.normal_offer.d_image.51ff13a07KrWjC | | |
| 10 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | https://www.alibaba.com/product-detail/TY3133-Green-Plush-Stuffed-Gummy-Bear_1600401428619.html?spm=a2700.galleryofferlist.normal_offer.d_title.51ff13a07KrWjC | | |
| 11 | Suzhou Shengbei Electronic Technology Co., Ltd. | https://www.alibaba.com/product-detail/2024-New-Gummy-Bear-Plush-Green_1601271076792.html?spm=a2700.galleryofferlist.normal_offer.d_image.2f6f13a0q59JHx | | |
| 12 | Yangzhou Guan Yue Houseware Co., Ltd. | https://www.alibaba.com/product-detail/Plush-Gummy-Bear-Toy-Voice-Pet_62302085426.html?spm=a2700.galleryofferlist.normal_offer.d_image.125613a0cdvJUS | | |
| 13 | Yiwu Ali Toy Co., Ltd. | https://www.alibaba.com/product-detail/30cm-Hot-Singing-Music-Bear-Gummy_1601026324911.html?spm=a2700.galleryofferlist.normal_offer.d_title.7db813a0lE2k1q | | |
| 14 | Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader) | Google search "2021 Hot Singing Music Bear Gummy Bear Toy Doll Birthday Gift Selling Popular 30cm Cute High Quality Home Decor - AliExpress 15" | https://www.aliexpress.us/item/3256803648461872.html?spm=a2g0o.productlist.main.29.3ca2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-14&pdp_ext_f=%7B%22order%22%3A%2281%22%2C%22eval%22%3A%221%22%7D&pdp_npi=4%40dis%21USD%217.55%217.55%21%21%217.55%217.55%21%21402101c5b1173739874593123 97eadbe%21121000027302355215%21sea%21US%210%21ABX&curPageLogUid=nITgxxOWo5k5&utparam-url=scene%3Asearch%7Cquery_from%3A | |

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 15 | Yiwu Xiaoya e-commerce firm a/k/a KANICE Store | Google search "30cm Gummy Bear Voice Pet Funny Plush Toys Soft Sounding Stuffed Plushie Toy Baby Doll Children Best Birthday Gift Free Shipping - AliExpress 26" | https://www.aliexpress.us/item/3256801529525604.html?spm=a2g0o.productlist.main.17.3ca2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-8&pdp_ext_f=%7B%22order%22%3A%222%22%2C%22eval%22%3A%221%22%7D&pdp_npi=4%40dis%21USD%2114.49%2110.87%21%21%2114.49%2110.87%21%402101c5b11737398745931 2397eadbe%2112000017302376016%21sea%21US%210%21ABX&curPageLogUid=TD2N9PoFgnLF&utparam-url=scene%3Asearch%7Cquery_from%3A | |
| 16 | Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader) | Google search "Singing Gummy Bear Plush Toys Music Voice Gummy Stuffed Dolls Peluche Sounding Bear Plushie Toys Christmas Baby Toy for Kid 30CM - AliExpress" | https://www.aliexpress.us/item/3256807619183846.html?spm=a2g0o.productlist.main.9.3ca2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-4&pdp_ext_f=%7B%22order%22%3A%2222%22%2C%22eval%22%3A%221%22%7D&pdp_npi=4%40dis%21USD%219.33%216.22%21%21%219.33%216.22%21%402101c5b11737398745931 23 97eadbe%2112000042261681896%21sea%21US%210%21ABX&curPageLogUid=jmZv133qXvIC&utparam-url=scene%3Asearch%7Cquery_from%3A | 30cm Singing Gummy Plush Toys With Music Voice Gummy Bear Stuffed Dolls Peluche Sounding Bear Plushie Toys Baby Toys for Kids - AliExpress 26 |
| 17 | Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader) | https://www.aliexpress.us/item/3256803415090875.html?spm=a2g0o.productlist.main.5.3ca2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-2&pdp_ext_f=%7B%22order%22%3A%2237%22%2C%22eval%22%3A%221%22%7 3A%221%22%7 | | |
| 18 | Haikou Yexingchen E-commerce Co., Ltd a/k/a the Tumpety store on Amazon | Amazon.com: TUMPETY Gummy Bear Plush Green Singing Bear Toy Christmas Celebration Props Accompanying Toys Before to Going to Bed (A5-JZ0167) : Toys & Games | https://www.amazon.com/Singing-Christmas-Celebration-Accompanying-Before/dp/B09J2CT9HZ/ref=sr_1_1?crid=WHA0NHJHWTGD&dib=eyI2IjoiMSJ9.kMPstNFquQN3FWe2xK7lSP5VIjbhIvYlFGepas-qIQyhVGdKho45eAsXWy9V3bNC2pdDNwt--4agYG0IoAjZFKGvX1DyNU_SNnUcAx9nVomYexZOO5qd-c3e-VYsB4EwzwCYOA4vJvg7MZaWYLfwRtysV8BV69dSNiZbjoapnStt-4U3I15U_DLTbdeKvu77ZorLc530sRWx1uHjta1adz68q9Fi-yyAfc98dcIC85udWJJLobBbtODB9qLwRne1n3hNfZE4-rQu7RebUe8aFyJdwUzToYodOX4b9keo7UYdk135d1_nxs_M4usxD3-9lXgbvLUzHqHKkIf7q9ySFH_HKm4zDpYOo-BEOCJjm5xJpxSJb-gITgOwhlk8VYejxOeYp4gMigk4Xln5swM3vxbGSxYSJp6md9y7wiQZiVisIRmR2YOHuJgcjzk3TqXC.IkVAJ18ryenL-4W4UBAJYlMcXrYjrKJVcAhTWIeQtWM&dib_tag=se&keywords=gummy+bear+toy&qid=1737569134&sprefix=gummy+bear+%2Caps%2C169&sr=8-1 | |

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 19 | Chongqing Diandianxing ShangyeGuanli YouxianGongsi (Vercico Store on Amazon) | Amazon.com: Verceco Singing Stuffed Animals Green Bear Music Plush Toys for Toddler 1-3 Stuffed Bear Plushies Toys for Kids Birthday 12" (Bear) : Toys & Games | https://www.amazon.com/Attractive-Singing-Language-Education-Birthday/dp/B098RYNPHL/ref=sr_1_4?crid=WHA0NHJHWTGD&dib=eyI2IjoiMSJ9.kMPstNFquQN3FWe2xK7ISM64_v0fGCh1WZJ1sLlXXdqEav3KlTYvDj9cLthLUoMhlIRz1Hol8ItooeAEjwukjbBmV2mzcGm-K5OGhmUeVJS-0H7vc6VVqhlbpoGjU3gi7lWKPflPwpGEFOf7DinTPnCRQSPOcRz1BpWGTZBY27sulrTKTBL15-SLAyyJKtd-O7tzAa7HvJF-IMxThMsVPr-_TSGgOU3JLlwcQh4m7qNsd92ZEtTzhYuI4l8rCxRoJn3hNfZE4-rQu7RebUe8aFzU3mD-CJ5mTViT_xOhEtaanhBNOM0DCbLS5MC1EhHHc1Kd43_H0ixXaNBbdSDPsb3_HKm4zDpYOo-BEOCJjm5wAOfAvXoRf6hpLPR8sV43xxOeYp4gMigk4XlnSswM3v8eu2iyvyhh8CO019nrAQ-isIRmR2YOHuJgcjzk3TqXC.nn77y8iho36EAThyBC022cBm5X4WewWEPs50yOUvv8s&dib_tag=se&keywords=gummy%2Bbear%2Btoy&qid=17375705 38&prefix=gummy%2Bbear%2B%2Caps%2C169 &sr=8-4&th=1 | |
| 20 | olylin dba Sell Worlder on DHgate.com | Interactive 30cm Gummy Bear Kermit Plush Singing, 'I'm Your Gummies' With 45 Second Playtime Y240814 From Olylin1, $5 \| DHgate.Com | https://www.dhgate.com/product/30cm-gummy-bear-plush-toy-electronic-pets/1011963101.html?f=bm\|GMC\|pla\| 1399795 4059\|US\|\|\|\|\|\|Cj0KCQiA7se8BhCAARIsAKnF3rwErJB7vBS0wB8eleaOCnaTr8oKEICQVO-E7sjUr63Z7MlzPk-u5GgaAI1IEALw_wcB\|\|&utm_source=pla&utm_medium=GMC&utm_campaign=olylin1&utm_term=1011963101&linkPage=channelSale&gad_source=1&gclid=Cj0KCQiA7se8BhCAARIsAKnF3rwErJB7vBS0wB8eleaOCnaTr8oKEICQVO-E7sjUr63Z7MlzPk-u5GgaAI1IEALw_wcB&skuId=1284321423383826 452 | |
| 21 | time_brocadel on DHgate.com | https://www.dhgate.com/product/30cm-singing-gummy-plush-toys-with-music/1017958311.html?f=bm\|GMC\|pla\|1399795 4059\|US\|\|\|\|\|\|Cj0KCQiA7se8BhCAARIsAKnF3ryF2c3IM7GC_LQYN3t0uJ6k09kAIDoTMe6z9Kyct0WYJJDFQQ126noaAIfiEALw_wcB\|\|&utm_source=pla&utm_medium=GMC&utm_campaign=time_brocade1&utm_term=10178 58311&linkPage=channelSale&gad_source=1&gclid=Cj0KCQiA7se8BhCAARIsAKnF3ryF2c3IM7GC_LQYN3t0uJ6k09kAIDoTMe6z9Kyct0WYJJDFQQ126noaAIfiEALw_wcB&skuId=1293064999001903127 | | |
| 22 | CHIURE-Bracelet on eBay.com | 12" Plush Doll Teddy Toy Singing I AM A GUMMY BEAR Musical Gummibar Stuffed Toys \| eBay | | |
| 23 | NEWSMART COMMUNICATION, LIMITED A/K/A Fanrek.com | https://www.fanrek.com/products/gummy-bear-plush-toy-halloween-doll-props?variant=40487567818811&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&srsltid=AfmBOoouB1DAlzGobfiJcVNm0Tx4etJhej7LgSnm18XzD9nHmzutCvAHxo4&com_cvv=8fb3d522dc163aeadb66e08cd7450cbbddc64c6cf2e8891f6d48747c6d56d2 c | |
| 24 | MALAKA KARUNARATHANA D/B/A Hoverkaru_Store on eBay | https://www.ebay.com/itm/385266525719?_skw=gummy+bear+toy&itmmeta=01JJGGRCMG8VYV5WMFSE9Y16BQ&hash=item59b3aca617:g:H1kAAOSwppVg38lf&itmprp=enc%3AAQAJAAAA0HoV3kP08lDx%2BZKZ9MfhVJKmphxpYs2LocmmaapIYZcsLsfp1LZ6qUrLUU5ms9%2BaZmUt52Mos3%2FiPxX9PTTVbwS9LikZkEfstu9uR9WAly1EIOW2sqVqWM7ejvEdTtMxlE9aoMu%2FnWtRYvWCDyRpMTtxxdCyvQtnbxzEsh3CjblJoUkta3eE5KaowQsSVuhq%2BZBhCwLEvahj4X%2BJ%2FzppNuAZ3xnY1oUNtiCVGJe5sib8i2kLZg8IwswTzI69F33nFcJphTF4SBvn6XdNwvbcjeVlGBA%3D%3D7Ctkp%3ABk9SR7TK4ZCUZQ | |

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 25 | SERGIU JOLEA D/B/A topqualityhub on eBay | Google search "Singing Gummy Bear Plush 30cm Music Toy Stuff+C22ed Doll Sounding Bear Kids Gi1ft \| eBay" | https://www.ebay.com/itm/306053700896?_skw=gummy+bear+toy&itmmeta=01JJB8TNV7C8GEFHR9TSGQ7TSZ&hash=item47423Bdd20:g:easAAOSwpGtnjrBP&itmprp=enc%3AAQAJAAAA8HoV3kP08IDx%2BKZ9MfhVJKntj%2BjETqpaXYP8Vz6UTpYwje4%2BOwtQiCtHojeO9Atrc6lA63M7AtowB0O%2FaVQ%2BdbPKfQcH%2BDvkdH7g%2Bok6iO9pbRzKSWiiT7AF%2FYPVc2vZ2PzqpUtPOv1%2Bl3upDnwNsGsbfFB24P23hphkrNnCTQzftMLiirLnCmvkZaxlvltdbcuMIQ3vRgtmf808X0HUJyUY3Q4ePCFgsbtMctwlnaYNMSHgewuAEFTUFVC25j4LQmP8pq0bTzFrtagWyPpP6l6lziF8bT0tk8QhULbn7sHCFknWG6ONcRqfOLXIYrudw%3D%3D%7Ctkp%3ABk9SR-Td6uiSZQ | |
| 26 | Tumpety - Gogailen on RetailMarket.net | https://www.retailmarket.net/products/tumpety-gummy-bear-plush-green-singing-bear-toy-christmas-celebration-props-accompanying-toys-before-going-to-bed-a5-jz0167/?utmsource=mmc-listings | | |
| 27 | Yangzhou Round Toy Co., Ltd. | Music Sounds Gummy Bear Children Plush Animal Stuffed Toys - Soft Toy and Stuffed Toy price https://yzqroundtoy.en.made-in-china.com/product/KvbQdqkYyXco/China-Music-Sounds-Gummy-Bear-Children-Plush-Animal-Stuffed-Toys.html | Fashion Gummy Bear Musical Plush Toy Gummy Bear 12inches - Custom Bear Toy Plush and Plush Teddy Bear Toy  Custom price https://yzqroundtoy.en.made-in-china.com/product/xABYXOkdAfWV/China-Fashion-Gummy-Bear-Musical-Plush-Toy-Gummy-Bear-12inches.html | |
| 28 | Dongguan Jun Ou Toys Co., Ltd. | https://dgyktoys.en.made-in-china.com/product/QNXnsWyHCfkR/China-30cm-Gummy-Bear-Plush-Toy.html | | |
| 29 | Ami Ventures Inc | tumpety gummy bear plush green singing bear toy christmas celebration props accompanying toys before going to bed (a5-jz0167) | | |
| 30 | Tiandi on Warehouses Overstock | TIANDI Singing Music Bear Gummy Bear Plush Toy Doll Birthday Gift 30Cm11.7 Inch Cute Home Decoration - Warehousesoverstock https://www.sears.com/tumpety-gummy-bear-plush-green-singing-bear-toy/p-A113836968 | | |
| 31 | Xefuu on Warehouses Overstock | Xefuu 12 Inch Gummy Bear Plush Toy Singing Bear Song Toy Stuffed Animal Doll for Kids Birthday Valentine's Day Gift Party Supplies - Warehousesoverstock https://warehousesoverstock.com/xefuu-12-inch-gummy-bear-plush-toy-singing-bear-song-toy-stuffed-animal-doll-for-kids-birthday-valentines-day-gift-party-supplies/ | | |
| 32 | Tumpety on Warehouses Overstock | TUMPETY Gummy Bear Plush Green Singing Bear Toy Christmas Celebration Props Accompanying Toys Before Going to Bed (A5-JZ0167) - Warehousesoverstock https://warehousesoverstock.com/tumpety-gummy-bear-plush-green-singing-bear-toy-christmas-celebration-props-accompanying-toys-before-going-to-bed-a5-jz0167/ | | |
| 33 | Yaoqi | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-Toy-Doll-Birthday-Gift-30-5-Cm-Cute-Home-Decoration-Green/202901105?classType=REGULAR&from=/search | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?classType=REGULAR&from=/search | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-Toy-Doll-Birthday-Gift-30-5-Cm-Cute-Home-Decoration-Green/202901105?classType=REGULAR&from=/search |
| 34 | HEFEI JINGMAI E-COMMERCE CO., LTD.  a/k/a YAOQI BRAND | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-Toy-Doll-Birthday-Gift-30-5-Cm-Cute-Home-Decoration-Green/202901105?classType=REGULAR&from=/search | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?classType=REGULAR&from=/search | |
| 35 | YIWU SHIJIAYANG ELECTRONIC COMMERCE CO., LTD., A/K/A BIG TIPPER A/K/A YIWUSHIJIAYANGDIANZISHANGWUYOUXIANGONGSI (YAOQI BRAND) | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-Toy-Doll-Birthday-Gift-30-5-Cm-Cute-Home-Decoration-Green/202901105?classType=REGULAR&from=/search | | |
| 36 | XI'AN YINGMAOFEI TRADING COMPANY, LTD., A/K/A HARBROT TOYS CO., LTD | https://www.walmart.com/ip/Harbrot-Singing-Music-Bear-11-81-Gummy-Bear-Plush-Toy-Green-Stuffed-Animal-Doll-Christmas-Birthday-Gift-Decorations-Gifts-Kids/14322158434?classType=VARIANT&from=/search | | |

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 37 | Eioyumy | https://www.walmart.com/ip/Gummy-Bear-Plush-Green-Singing-Bear-Toy-Christmas-Celebration-Props-Accompanying-Toys-Before-Going-to-Bed-A5-JZ0167/14367371798?classType=REGULAR&from=search | https://business.walmart.com/ip/Gummy-Bear-Plush-Green-Singing-Bear-Toy-Christmas-Celebration-Props-Accompanying-Toys-Before-Going-to-Bed-A5-JZ0167/14367371798?wmlspartner=imp_27795&selectedSellerId=102523844&selectedOfferId=A300D8C5AD4D3B1F9C60F178C299136D&conditionGroupCode=1&clickid=wTySCU2GhxycUo-SfwQdtUDBUksRvQURI2%3ApSs0&irgwc=1&sourceid=imp_wTySCU2GhxycUo-SfwQdtUDBUksRvQURI2%3ApSs0&veh=aff&affiliates_ad_id=612734&campaign_id=9383&sharedid=6080654 | |
| 38 | SHENZHEN LELEPAI TECHNOLOGY CO., LTD. A/K/A EIOYUMY BRAND; | https://www.walmart.com/ip/Gummy-Bear-Plush-Green-Singing-Bear-Toy-Christmas-Celebration-Props-Accompanying-Toys-Before-Going-to-Bed-A5-JZ0167/14367371798?classType=REGULAR&from=search | | |
| 39 | FTZOIIYV | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-toy-green-bear-Doll-Birthday-Gift-Christmas-Decorations-30cm-XD/335767927?classType=REGULAR&from=search | | |
| 40 | SHENZHEN A'NUOSI TECHNOLOGY COMPANY, LTD., A/K/A SHARP COW A/K/A FTZOIIYV BRAND; | https://www.walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-toy-green-bear-Doll-Birthday-Gift-Christmas-Decorations-30cm-XD/335767927?classType=REGULAR&from=search | | |
| 41 | XIANGYANG ZHENJIA TRADING COMPANY, LTD., A/K/A PPWOUU A/K/A 756HUYTG BRAND | https://www.walmart.com/ip/756HUYTG-Singing-Music-Bear-Gummy-Bear-Plush-Toy-Doll-Birthday-Gift-30-5-Cm-Cute-Home-Decoration/6972722310?classType=REGULAR&from=search | | |
| 42 | Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store | https://www.aliexpress.us/item/3256804940511868.html?spm=a2g0o.productlist.main.11.3ca2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-5&pdp_ext_f=%7B%22order%22%3A%229%22%2C%22eval%22%3A%221%22%7 | | |
| 43 | Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104339520 Store on Aliexpress | https://www.aliexpress.us/item/3256808057849280.html?spm=a2g0o.productlist.main.87.3c2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-43&pdp_ext_f=%7B%22order%22%3A%223%22%2C%22eval%22%3A%221%22% | | |
| 44 | Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress | https://www.aliexpress.us/item/3256807565163564.html?spm=a2g0o.productlist.main.57.3c2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-28&pdp_ext_f=%7B%22order%22%3A%224%22%2C%22eval%22%3A%221%22%3A%221%22% | https://www.aliexpress.us/item/3256807565080955.html?spm=a2g0o.productlist.main.27.3c2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-13&pdp_ext_f=%7B%22order%22%3A%2227%22%2C%22eval%22%3A%221%22 | |
| 45 | Foshan Fengshou Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress | https://www.aliexpress.us/item/3256807871085794.html?spm=a2g0o.productlist.main.63.3c2z7wCz7wCZ6&algo_pvid=be6b63fb-fe47-4ab5-a701-50db2ad11905&algo_exp_id=be6b63fb-fe47-4ab5-a701-50db2ad11905-31&pdp_ext_f=%7B%22order%22%3A%2215%22%2C%22eval%22%3A%221%22 | | |
| 46 | Guangzhou ZhongliAmusement Equipment Co., Ltd | Amazon.com: Verceco Singing Stuffed Animals Green Bear Music Plush Toys for Toddler 1-3 Stuffed Bear Plushies Toys for Kids Birthday 12" (Bear) : Toys & Games | | |
| 47 | Online Mega Stores d/b/a PlushStore.com | https://plushstore.com/product/30cm-singing-gummy-with-music-voice-soft-stuffed-toy/ | | |
| 48 | Qin Li, a/k/a Moxe Store on Wish.com | https://www.wish.com/merchant/5ea69d7d2ae5e3403306fa4c/product/5ed1d5e83fe5ca222016c44e?source=merchant&position=37 | | |
| 49 | EveryMarket, Inc. - Verceco Doll | https://everymarket.com/products/verceco-singing-stuffed-animals-green-bear-music-plush-toys-for-toddler-1-3-stuffed-bear-plushies-toys-for-kids-birthday-12-bear | | |
| 50 | IBSpot | https://ibspot.com/products/tumpety-gummy-bear-plush-green-singing-bear-toy-christmas-celebration-props-accompanying-toys-before-going-to-bed-a5-jz0167 | https://ibspot.com/products/xefuu-12-inch-gummy-bear-plush-toy-singing-bear-doll-toy-stuffed-animal-doll-for-kids-birthday-gift-christmas-party-supplies | https://ibspot.com/products/unbranded-singing-i-am-a-gummy-bear-musical-gummibar-soft-plush-doll-toy-kids-xmas-gift |
| 51 | Toytooth - Verceco Doll | Verceco Singing Stuffed Animals Green Bear Music Plush Toys For Toddle – Toytooth https://toytooth.com/products/verceco-singing-stuffed-animals-green-bear-music-plush-toys-for-toddler-1-3-stuffed-bear-plushies-toys-for-kids-birthday-12 | | |

| Defendant Number | Defendant Business Name | URL #1 | URL #2 | URL #3 |
|---|---|---|---|---|
| 52 | Xhtang (Brand Manufacturer) | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?classType=REGULAR | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?wmlspartner=wlpa&selectedSellerId=101666995&selectedOfferId=467A97CFB3E038F1A35870181C932218&conditionGroupCode=1&wmlspartner=wlpa&cn=FY25-ENTP-PMAX_cnv_dps_dsn_dis_ad_entp_e_n&gclsrc=aw.ds&adid=22222222297804649647_101666995_0000000000_21407473164&wl0=&wl1=x&wl2=c&wl3=&wl4=&wl5=9060354&wl6=&wl7=&wl8=&wl9=pla&wl10=5362849232&wl11=online&wl12=804649647_101666995&veh=sem&gad_source=1&gbraid=0AAAAADmfBIrhzsNnrySg0iYi31kvFjLQ3 | |
| 53 | CHENGDU HONGHENG CHANGCHANG CRAFTS CO., LTD. , A/K/A PIVIWN A/K/A XHTANG BRAND | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?classType=REGULAR | | |
| 54 | SHENZHEN BOLAN TONGXIN TECHNOLOGY CO., LTD. A/K/A BLEAHEART | https://www.walmart.com/ip/1pc-30cm-Gummy-Bear-Voice-Plush-Bear-Toys-Cute-Sounding-Plush-Toy-for-Kids-Birthday-Party-Gift/804649647?wmlspartner=wlpa&selectedSellerId=101666995&selectedOfferId=467A97CFB3E038F1A35870181C932218&conditionGroupCode=1&wmlspartner=wlpa&cn=FY25-ENTP-PMAX_cnv_dps_dsn_dis_ad_entp_e_n&gclsrc=aw.ds&adid=22222222297804649647_101666995_0000000000_21407473164&wl0=&wl1=x&wl2=c&wl3=&wl4=&wl5=9060354&wl6=&wl7=&wl8=&wl9=pla&wl10=5362849232&wl11=online&wl12=804649647_101666995&veh=sem&gad_source=1&gbraid=0AAAAADmfBIrhzsNnrySg0iYi31kvFjLQ3 | | |
| 55 | Chengyu (Brand Manufacturer) | https://www.walmart.com/ip/Singing-I-AM-A-GUMMY-BEAR-Musical-Gummibar-Soft-Plush-Doll-Toy-Kids-Gift/16312613395?wmlspartner=wlpa&selectedSellerId=102816260&selectedOfferId=13D8F8B8DE9539A990C5D77D6E477999&conditionGroupCode=1 | | |
| 56 | Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi | https://www.walmart.com/ip/Singing-I-AM-A-GUMMY-BEAR-Musical-Gummibar-Soft-Plush-Doll-Toy-Kids-Gift/16312613395?wmlspartner=wlpa&selectedSellerId=102816260&selectedOfferId=13D8F8B8DE9539A990C5D77D6E477999&conditionGroupCode=1 | | |
| 57 | Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store | https://www.aliexpress.com/item/3256807800064325.html?gatewayAdapt=glo2usa4itemAdapt | | |
| 58 | Yiwu Allo Trading Co., Ltd | https://www.alibaba.com/product-detail/Alloggo-Green-Plush-Stuffed-Gummy-Bear_1601283317243.html?spm=a2700.7724857.0.0.24594cc4KfYZBa | | |
| 59 | FOSHAN QUANYI INTELLIGENT HOME CO., LTD. | https://walmart.com/ip/Singing-Music-Bear-Gummy-Bear-Plush-toy-green-bear-Doll-Birthday-Gift-Christmas-Decorations-30cm-XD/5206198308 | | |
| 60 | cong08 on DHgate | https://dhgate.com/product/singing-music-bear-gummy-bear-toy-doll-birthday/1010449111.html?skuId=1282197560056115227 | | |
| 61 | XIANYOU COUNTY WEICAI TRADING CO., LTD. A/K/A MR. LINTAO ON– WALMART | https://walmart.com/ip/30cm-Singing-Gummy-Plush-Toys-With-Music-Voice-Gummy-Bear-Stuffed-Dolls-Peluche-Sounding-Bear-Plushie-Toys-Baby-Toys-for-Kids/16429702012 | | |
| 62 | Haile Cozzie Soles LLC | https://hailecozziesoles.com/products/30cm-singing-gummy-bear-plush-toy-music-sound-doll?_pos=1&_sid=ab8b81050&_ss=r | https://shop.app/products/9378195734768?variantId=47282132746480&utm_medium=&utm_campaign=2234094302&utm_content=&adgroup=&gad_source=1&gad_campaignid=2233730893&gbraid=0AAAAA9hdXifmUuP-DyjioC4nVIV-H2hFP | |
| 63 | Shenzhen Longgang District Fujingrui Toy Processing Factory | https://fjrtoys.1688.com/page/index.html?spm=a2615.2177701.wp_pc_common_header_comp anyName.0 | https://detail.1688.com/offer/676747766799.htm?spm=a26352.13672862.offerlist.50.62ba1e62GskRsr | |
| 64 | Dongguan Guotong Toys Company, Limited | https://detail.1688.com/offer/596024421896.html?spm=a26352.13672862.offerlist.42.62ba1e62GskRsr | | |
| 65 | Shenzhen Tianzhiheng Trading Company Limited A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD. | | | |
| 66 | HAIKOU YEXINGCHEN E-COMMERCE CO., LTD, A/K/A FANRK SHOP | Amazon.com Seller Profile: fanrk shop | Amazon.com: TUMPETY Gummy Bear Plush Green Singing Bear Toy Christmas Celebration Props Accompanying Toys Before Going to Bed (A5-JZ0167) : Toys & Games | |

**EXHIBITS TO THE ORIGINAL COMPLAINT**
**DOCKET ENTRY 7, EXHIBITS 11-74**

| Exhibit Number | Description/Defendant |
|---|---|
| 1 | GBI's Copyright Registrations |
| 2 | GBI's Trademark Registrations |
| 3 | Soonova, LLC |
| 4 | Anhui Ron.Ve.Xin International Trade Co., Ltd. |
| 5 | Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo |
| 6 | Shanghai Cheeron Industrial Co., Ltd. |
| 7 | Shenzhen Douluo E-Commerce Co., Ltd. |
| 8 | Shenzhen Ji Mi Technology Co., Ltd. |
| 9 | Shenzhen Lechi Creative Industrial Co., Ltd. |
| 10 | Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory |
| 11 | Shenzhen Toysking Industrial Co., Ltd. |
| 12 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. |
| 13 | Suzhou Shengbei Electronic Technology Co., Ltd. |
| 14 | Yangzhou Guan Yue Houseware Co., Ltd. |
| 15 | Yiwu Ali Toy Co., Ltd. |
| 16 | Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader) |
| 17 | Yiwu Xiaoya e-commerce firm a/k/a KANICE Store |
| 18 | Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader) |
| 19 | Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader) |
| 20 | haikouyexingchendianzishangwuyouxiangongsi (Tumpety store on Amazon) |
| 21 | Chongqing Diandianxing ShangyeGuanli YouxianGongsi (Vercico Store on Amazon) |
| 22 | olylin dba Sell Worlder on DHgate.com |
| 23 | time_brocadel on DHgate.com |
| 24 | CHIURE-Bracelet on eBay.com |
| 25 | Fanrek.com |
| 26 | Hoverkaru  Store on eBay |
| 27 | topqualityhub on eBay |
| 28 | Tumpety - Gogailen on RetailMarket.net |
| 29 | Yangzhou Round Toy Co., Ltd. |
| 30 | Dongguan Jun Ou Toys Co., Ltd. |
| 31 | Ami Ventures Inc |
| 32 | Tiandi on Warehouses Overstock |
| 33 | Xefuu on Warehouses Overstock |
| 34 | Tumpety on Warehouses Overstock |
| 35 | Yaoqi |
| 36 | Aipengry a/k/a HeFeiJingMaiDianZiShangWuYouXianGongSi (Yaoqi Brand) |
| 37 | Big Tipper a/k/a Yiwushijiayangdianzishangwuyouxiangongsi (Yaoqi Brand) |

| Exhibit Number | Description/Defendant |
|---|---|
| 38 | Harbrot Toys Co., Ltd |
| 39 | Eioyumy |
| 40 | lelepai a/k/a Shenzhenshilelepaikejiyouxiangongsi (Eioyumy Brand) |
| 41 | FTZOIIYV |
| 42 | Sharp Cow a/k/a  Shenzhenshi anuosikejiyouxiangongsi (FTZOIIYV Brand) |
| 43 | PPWOUU A/K/A XiangYangShiZhenJiaMaoYiYouXianGongSi  (756HUYTG Brand) |
| 44 | Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store |
| 45 | Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104339520 Store on Aliexpress |
| 46 | Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress |
| 47 | Foshan Fengshao Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress |
| 48 | Guangzhou ZhongliAmusement Equipment Co., Ltd |
| 49 | Online Mega Stores d/b/a PlushStore.com |
| 50 | Moxe Store on Wish.com |
| 51 | EveryMarket, Inc. - Verceco Doll |
| 52 | IBSpot |
| 53 | Toytooth  - Verceco Doll |
| 54 | Xhtang (Brand Manufacturer) |
| 55 | Piviwn a/k/a chengdoushihonghengchangchanggongyipinyouxiangongsi (Xhtang Brand) |
| 56 | BLeaheart a/k/a shenzhenbolantongxinkejiyouxiangongsi |
| 57 | Chengyu (Brand Manufacturer) |
| 58 | Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi |
| 59 | Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store |
| 60 | Yiwu Allo Trading Co., Ltd |
| 61 | anyizhineng a/k/a foshanquanyizhinengjia juyouxiangongsi |
| 62 | cong08 on DHgate |
| 63 | Mr. Lintao on Walmart |
| 64 | Haile Cozzie Soles LLC |