**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GUMMIBEAR INTERNATIONAL, INC.,

       Plaintiff,

          v.

Soonova, LLC, et al.

       Defendants.

Case No.: 25-cv-4832

Hon. Jesse M. Furman

**JURY TRIAL DEMANDED**

---

**DEFENDANT TOYTOOTH'S ANSWER TO PLAINTIFF'S SECOND AMENDED**
**COMPLAINT**

Defendant ToyTooth ("ToyTooth" or "Defendant"), by and through its undersigned counsel, for its Answer to the Second Amended Complaint filed by Plaintiff Gummibear International, Inc. ("Plaintiff"), responds as follows:

1.    This paragraph of the Second Amended Complaint contains Plaintiff's characterization of this action. It contains narratives and calls for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

2.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

3.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, Defendant lacks sufficient knowledge

or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

4.      This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, Defendant denies the allegations as to ToyTooth.

5.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth admits that it sells products on Amazon.com and Walmart.com.

6.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

7.      This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, Defendant denies the allegations in this paragraph of the Second Amended Complaint as to ToyTooth.

8.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

9.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis,

denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

10.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

11.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, Defendant denies the allegations in this paragraph of the Second Amended Complaint as to ToyTooth.

12.    This paragraph of the Second Amended Complaint contains Plaintiff's characterization of this action. It contains narratives and calls for legal conclusions to which no response is required. To the extent a response is required, Defendant denies any implication that ToyTooth is liable for the stated causes of action.

13.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

14.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit Products" to bona fide consumers.

15.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or

information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies conspiring with any other defendants and denies selling the "counterfeit products" to any bona fide consumers.

16.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

17.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

18.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

19.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

20.     ToyTooth admits that its website purports to direct correspondence to the same address as AMI Ventures, Inc. ToyTooth denies that it is "an unincorporated business or alter ego for the anonymous individuals or entity operating the website of the same name" as untrue.

21.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

22.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

23.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

24.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

25.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

26.     This paragraph of Plaintiff's Second Amended Complaint identifies an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations

in v of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in v of the Second Amended Complaint.

27.     This paragraph of Plaintiff's Second Amended Complaint identifies an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation this paragraph of the Second Amended Complaint.

28.     This paragraph of Plaintiff's Second Amended Complaint identifies an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

29.     This paragraph of the Second Amended Complaint contains Plaintiff's characterization of its efforts in this action. It contains narratives and calls for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

30.     This paragraph of Plaintiff's Second Amended Complaint identifies an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

31.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

32.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

33.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

34.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

35.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

## JURISDICTION AND VENUE

36.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, ToyTooth admits the allegations.

37.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, ToyTooth admits the allegations, in part. As to Plaintiff's claims brought under New York, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies those allegations in this paragraph of the Second Amended Complaint.

38.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required, ToyTooth admits to doing some business in New York. ToyTooth denies the allegations that is sold the "Counterfeit Product" to bona fide consumers.

39.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

## **COMMON FACTUAL BACKGROUND**

40.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

41.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis,

denies generally and specifically each and every allegation in v of the Second Amended Complaint.

42.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

43.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

44.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

45.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

46.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

47.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

48.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

49.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

50.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

51.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

52.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis,

denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

53.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

54.    This paragraph of Plaintiff's Second Amended Complaint identifies copyright registrations that speak for themselves and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

55.    This paragraph of Plaintiff's Second Amended Complaint identifies an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

56.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

57.     This paragraph of Plaintiff's Second Amended Complaint identifies trademark registrations that speak for themselves and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

58.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

59.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

60.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

61.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis,

denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

62.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

63.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

64.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

65.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

66.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

67.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

68.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

69.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

70.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

71.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

72.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

73.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

74.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

75.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

76.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

77.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

78.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

79.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

80.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph  of the Second Amended Complaint.

81.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

82.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that

basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

83.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

84.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

85.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

86.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

87.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that

basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

88.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

89.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

90.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

91.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

92.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

93.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

94.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

95.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

96.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

97.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

98.     This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

99.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

100.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that

basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

101.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

102.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth admits that it accepts US dollars and payment via select third party processors.

103.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

104.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every

allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

105.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint. ToyTooth denies selling the "Counterfeit" plush dolls to bona fide consumers.

106.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

107.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

108.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

109.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

110.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

111.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

112.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

113.    This paragraph of the Second Amended Complaint references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in

this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

114.    This paragraph contains legal conclusions and characterizations of law. No response is required. This paragraph of the Second Amended Complaint also references a website that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

### FIRST CAUSE OF ACTION
### (Trademark Counterfeiting)
### [15 U.S.C. § 1114-1117]

115.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

116.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

117.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

118.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

119.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

120.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

121.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

122.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

123.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

124.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

125.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or

information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

126.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

## SECOND CAUSE OF ACTION
### (Trademark Infringement in Violation of §32(a) of the Lanham Act)
### [15 U.S.C. § 1114]

127.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

128.    This paragraph contains legal conclusions and characterizations of law. No response is required. This paragraph of the Second Amended Complaint also references an attachment that speaks for itself and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

129.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's

Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

130.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

131.    This paragraph contains legal conclusions and characterizations of law. No response is required. This paragraph of the Second Amended Complaint also references a registrations that speak for themselves and no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

132.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

133.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

134.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

135.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

136.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

137.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

138.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

139.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

140.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph the Second Amended Complaint.

### THIRD CAUSE OF ACTION
### (False Designation of Origin and Unfair Competition in Violation of Section 43(A) of the Lanham Act)
### [15 U.S.C. §1125(A)]

141.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

142.    This paragraph quotes a federal statute that speaks for itself and no response is required.

143.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

144.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

145.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

146.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

147.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

148.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

149.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

150.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

151.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

## FOURTH CAUSE OF ACTION
### (Contributory and Vicarious Trademark Infringement)

152.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

153.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

154.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

155.    This paragraph contains legal conclusions and a narrative characterization of the law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

156.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

157.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph  of the Second Amended Complaint.

158.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph  of the Second Amended Complaint.

<div style="text-align:center">

**FIFTH CAUSE OF ACTION**
**(Copyright Infringement)**
**[17 U.S.C. § 501]**

</div>

159.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

160.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

161.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph  of Plaintiff's

Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

162.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

163.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

164.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

165.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

166.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

167.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's

Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

168.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

169.    This paragraph quotes a federal statute that speaks for itself and no response is required.

170.    This paragraph quotes a federal statute that speaks for itself and no response is required. This paragraph also contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

171.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

<div style="text-align:center">

**SIXTH CAUSE OF ACTION**
**(Contributory Copyright Infringement)**

</div>

172.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

173.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

174.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

175.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

176.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

**SEVENTH CAUSE OF ACTION**
**(Unfair Competition Under New York Law)**

177.    Defendant reasserts and incorporates by reference each of the above responses as if more fully set forth herein.

178.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

179.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

180.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

181.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

182.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant lacks sufficient knowledge or information to form a belief as to the truth of the general allegations in this paragraph of Plaintiff's Second Amended Complaint and, on that basis, denies generally and specifically each and every allegation in this paragraph of the Second Amended Complaint.

183.    This paragraph contains legal conclusions and characterizations of law. No response is required. To the extent a response is required Defendant denies the allegations in this paragraph as to ToyTooth.

## AFFIRMATIVE DEFENSES

Without assuming any burden not otherwise imposed by law, and expressly reserving the right to amend, supplement, or add additional defenses, Defendant ToyTooth asserts the following affirmative defenses:

1.    **Lack of Standing:** Plaintiff lacks standing to assert some or all claims.

2.      **Lack of Personal Jurisdiction:** The Court lacks personal jurisdiction over ToyTooth.

3.      **Improper Venue:** Venue is improper in this District as to ToyTooth.

4.      **No Infringement:** ToyTooth has not engaged in any act that constitutes copyright infringement, trademark infringement, or counterfeiting.

5.      **Non-Infringing Goods:** Any products sold by ToyTooth were genuine, lawfully acquired goods, not counterfeit or infringing.

6.      **First Sale Doctrine:** To the extent ToyTooth resold genuine goods, its conduct is protected by the first sale doctrine.

7.      **No Likelihood of Confusion:** Plaintiff cannot show likelihood of consumer confusion as required under the Lanham Act.

8.      **Descriptiveness / Weak Mark:** Plaintiff's marks are descriptive, generic, or otherwise weak and entitled to limited or no protection.

9.      **Fair Use:** Any use of Plaintiff's mark was descriptive, nominative, or otherwise lawful fair use.

10.     **No Willfulness:** ToyTooth did not act willfully, knowingly, or with intent to infringe.

11.     **Innocent Infringer:** To the extent any infringement occurred, it was innocent and without knowledge.

12.     **Good Faith:** ToyTooth acted in good faith at all times.

13.     **No Causation / No Damages:** Plaintiff has not suffered damages caused by ToyTooth.

14.     **De Minimis:** Any alleged infringing use, if proven, was de minimis.

15.      **Unclean Hands:** Plaintiff's claims are barred by the doctrine of unclean hands.

16.      **No bona fide sale:** ToyTooth did not sell any allegedly counterfeit products to bona fide consumers.

17.      **Estoppel:** Plaintiff's claims are barred by equitable estoppel.

18.      **Laches:** Plaintiff's claims are barred by laches.

19.      **Waiver:** Plaintiff has waived its claims.

20.      **Acquiescence:** Plaintiff acquiesced to the conduct it now challenges.

21.      **Misuse of Copyright/Trademark:** Plaintiff has misused its rights in a way that bars enforcement.

22.      **Failure to Mitigate:** Plaintiff failed to mitigate its alleged damages.

23.      **Statute of Limitations:** Some or all claims are barred by applicable statutes of limitation.

24.      **Statutory Bar / Copyright Invalidity:** Plaintiff's asserted copyrights are invalid, unenforceable, or not subject to protection.

25.      **Trademark Invalidity:** Plaintiff's asserted trademarks are invalid, abandoned, or unenforceable.

26.      **Contributory/Third-Party Conduct:** Any infringement was caused by third parties beyond ToyTooth's control, and ToyTooth cannot be held secondarily liable.

27.      **Constitutional Defenses:** To the extent applicable, Plaintiff's claims or requested remedies are barred by the First Amendment and/or due process.

28.      **Excessive Damages / Punitive Damages Bar:** Plaintiff's request for enhanced, treble, statutory, or punitive damages is excessive, unconstitutional, and barred by law.

29.     **Reservation of Defenses:** ToyTooth reserves the right to assert additional defenses as discovery proceeds.

<center>**PRAYER FOR RELIEF**</center>

1.     Defendant ToyTooth ("ToyTooth") denies that Plaintiff Gummybear International, Inc. is entitled to any of the relief requested in its Prayer for Relief, including but not limited to: statutory damages, treble damages, enhanced damages, profits, compensatory damages, punitive damages, attorney's fees, costs, interest, injunctive relief, asset restraints, or any other relief whatsoever.

2.     ToyTooth specifically denies that Plaintiff has suffered any injury, damage, or loss by reason of any act or omission of ToyTooth, and further denies that Plaintiff is entitled to recover any relief of any kind against ToyTooth.

3.     ToyTooth respectfully requests that the Court enter judgment in its favor, dismiss Plaintiff's Second Amended Complaint with prejudice, award ToyTooth its costs and attorneys' fees incurred in defending this action, and grant such further relief as the Court deems just and proper.

<div style="margin-left:40%">Respectfully submitted,</div>

Date: October 28, 2025          */s/ Erik Dykema*
                                Erik Dykema
                                TAYLOR DYKEMA
                                *Attorney for Defendant ToyTooth*
                                28 Wootton Road
                                Essex Fells, NJ 07021
                                erik@taylordykema.com

**Certificate of Service**

The undersigned hereby states that on the date below service was made of the foregoing to the attorneys of record of this case via the Court's ECF system.


Date: October 28, 2025                    <u>/s/ *Erik Dykema*</u>
                                          Erik Dykema
                                          TAYLOR DYKEMA
                                          28 Wootton Road
                                          Essex Fells, NJ 07021
                                          erik@taylordykema.com