UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

**NOTICE OF MOTION**

_____

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _____ _____
plaintiff or defendant    name of party who is making the motion

requests that the Court:

_____

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☐ my own declaration, affirmation, or affidavit
☐ the following additional documents:

/s/Yenyi Anderson

_____              _____
Dated                                   Signature

_____              _____
Name                                    Prison Identification # (if incarcerated)

_____              _____
Address          City                   State          Zip Code

_____              _____
Telephone Number (if available)         E-mail Address (if available)

SDNY Rev: 5/24/2016