# EXHIBIT 1

# Declaration iso Motion to Dismiss -Def Ibspot Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GUMMYBEAR INTERNATIONAL, INC.,**          ) | |
|                                                                         ) | |
|           **Plaintiff,**                                          ) | |
|                                                                         ) | |
| **v.**                                                                ) | |
|                                                                         ) | **No.  3:25-cv-04832** |
| **SOONOVA, LLC, ANHUI RON.VE.XIN**      ) | |
| **INTERNATIONAL TRADE CO., LTD., etc.**  ) | |
| **LISTED ON SCHEDULE A,**                        ) | |
|                                                                         ) | |
|           **Defendants.**                                      ) | |

---

### DECLARATION OF DANIELLE WHITE
---

I, Danielle White, under penalty of perjury, states as follows:

1.     I am over the age of eighteen (18) years and am competent to provide this testimony.  I have personal knowledge of the facts set forth herein.

2.     I am the CEO of Defendant Ibspot Inc.(Ibspot).

3.     Ibspot owns and operates an online store at https://ibspot.com. Ibspot is a corporation incorporated in New York with its principal place of business in New York.

4.     Totally one unit of the product at issue in this litigation was sold and shipped to New York.

5.     The product at issue in this case was a TUMPETY-branded doll product manufactured and distributed by a third party which is an Amazon retailer named "TUMPETY" Store(TUMPETY). This means that if one of the products had sold, Ibspot would have obtained the product from TUMPETY and then would have shipped the product to the consumer. Again, one unit of the product at issue was ever sold.

1

6. Ibspot does not share profits and losses with TUMPETY. TUMPETY has no joint control and management over the business of Ibspot. Ibspot has no partnership agreement with TUMPETY.

7. As soon as Ibspot received notice of Plaintiff's alleged infringement claim, it immediately took down each listing.

8. Ibspot does not manufacture any goods or products of the involved product in New York or the U.S.

9. Ibspot does not have any stock of the involved product in New York or the U.S.

**FURTHER AFFIANT SAITH NOT**.

I declare under penalty of perjury that the foregoing is true and correct.

_____

10/31/2025

_____
Date