# EXHIBIT 2

# Webpage of Defendant's Product Sale listing





**ibspot** SINCE 2006

Search for anything from ibspot.com

Orders / Track Your Orders     Sign In / Create an Account

All Departments  Best Sellers  Today's Deals  New Arrivals  Customer Service

IbspotGlobal  Mexico  Canada  United Kingdom  Germany  France  Italy  Japan  Korea  Southeast Asia

TUMPETY Gummy Bear Plush Green Singing Bear Toy Christmas Celebration Props Accompanying Toys Before Going to Bed (A5-JZ0167)

Brand: TUMPETY

- Quality service-if you have any questions, we will do our best to solve your problems and ensure you get the best shopping experience
- Material-high-quality gummy bear plush are made of high-quality PP cotton; This is a cute singing bear toy; It has a unique design and cute shape; The whole body is green fur, plus two big eyes, it makes people take a look; When I arrived, I couldn't help but hug! Pictures are from-EAGRI
- Operation method- Open the zipper, find the movement box, pull out the transparent insulating strip from the bear's belly button, and click (TRY ME)
- Versatility-Gummy bear toys can help boys and girls develop language and awaken their feelings of music, shaking and dancing when they sing; This gummy bear who can only sing will definitely bring more fun to boys and girls; You can also give him as a gift to your friends, they love it

| Brand: | TUMPETY |
|---|---|
| Size: | 12 Inch |
| Color: | Green |
| Manufacturer: | TUMPETY |
| Part Number: | A5-JZ0167 |
| Model: | A5-JZ0167 |
| Material Type: | Plush, Polypropylene |
| Product Dimensions: | 11.8 x 10.0 x 5.0 inches 7.84 ounces |
| Isin: | IWW0IRBL1IAV |

**$49.80**

Free shipping in US

Arrives: Tue, Nov 18 - Tue, Nov 25

Free 30-Day Returns

In Stock

Quantity   - 1 +

**Add to Cart**

Ships from United States

**IBspot Buyer Protection**
Shop confidently on IBspot, receive your item as described or your money back for eligible orders. Learn Program Terms

VISA  MASTERCARD  DISCOVER  AMEX  Pay  GPay

GUARANTEED SAFE CHECKOUT

**MONEY BACK GUARANTEE**
30 days money back guarantee, no additional fee charged.

**EXCELLENT SUPPORT**
We provide 24/7 online customer support via email.

**FAST SHIPPING**
One week domestic shipping. Global delivery to the US in 2 weeks.

**Item Description**

Operation method: Open the zipper, find the movement box, pull out the transparent insulating strip from the belly button of the bear, and click (TRY ME)