# EXHIBIT 3

# Trademark registration certificate for TUMPETY

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.31 04:13:32 -04'00'

# United States of America
## United States Patent and Trademark Office

# TUMPETY

**Reg. No. 6,819,995**
**Registered Aug. 16, 2022**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Shen Zhen Shi Sheng Shi De Ke Ji Co., Ltd  (CHINA limited company (ltd.) )
No.2E057,F2,bldg 2, Wuliuqu,Huananguoji
No.1,Huanan Ave,pinghu St,Longgang Dist.
Shenzhen, CHINA 518000

CLASS 28: Action figure toys; Dolls in sitting posture (osuwari dolls); Electronic action toys; Finger puppets; Inflatable toys; Pet toys; Plastic character toys; Plush dolls; Plush toys; Pop up toys; PVC toy figures; Stress relief exercise toys; Stuffed dolls; Stuffed puppets; Stuffed toys; Stuffed and plush toys; Toy animals; Toy figures; Toy jewelry; Toy models

FIRST USE 6-1-2021; IN COMMERCE 6-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording TUMPETY has no meaning in a foreign language.

SER. NO. 90-854,448, FILED 07-29-2021



Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office

