# EXHIBIT 5

# Office Action for Gummy Bear

| | |
|---|---|
| **To:** | Gummybear International Inc. (jsk1@radikal.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77548079 - GUMMY BEAR - N/A |
| **Sent:** | 11/26/2008 2:13:27 PM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |
| | Attachment - 37 |
| | Attachment - 38 |
| | Attachment - 39 |
| | Attachment - 40 |
| | Attachment - 41 |
| | Attachment - 42 |
| | Attachment - 43 |
| | Attachment - 44 |

Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51
Attachment - 52
Attachment - 53
Attachment - 54
Attachment - 55
Attachment - 56
Attachment - 57
Attachment - 58
Attachment - 59
Attachment - 60
Attachment - 61
Attachment - 62
Attachment - 63
Attachment - 64
Attachment - 65
Attachment - 66
Attachment - 67
Attachment - 68
Attachment - 69
Attachment - 70
Attachment - 71
Attachment - 72
Attachment - 73
Attachment - 74
Attachment - 75
Attachment - 76
Attachment - 77

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     77/548079

**MARK**: GUMMY BEAR

**CORRESPONDENT ADDRESS**:
    GUMMYBEAR INTERNATIONAL INC.
    GUMMYBEAR INTERNATIONAL INC.
    123 S RT 23
    HAMBURG, NJ 07419

**APPLICANT**:     Gummybear International Inc.

# *77548079*

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
   N/A
**CORRESPONDENT E-MAIL ADDRESS**:
   jsk1@radikal.com

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: 11/26/2008

 The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

## Section 2(d) – Likelihood of Confusion Refusal

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 3028169 and 3015335.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the enclosed registrations.  Please note the common ownership of the cited marks.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant.  *See* 15 U.S.C. §1052(d).  The court in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d).  *See* TMEP §1207.01.  However, not all of the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record.  *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant:  similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services.  *See In re Opus One, Inc.*, 60 USPQ2d 1812 (TTAB 2001); *In re Dakin's Miniatures Inc.* , 59 USPQ2d 1593 (TTAB 1999); *In re Azteca Rest. Enters., Inc.*, 50 USPQ2d 1209 (TTAB 1999); TMEP §§1207.01 *et seq.*

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer.  *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993).  Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant.  TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

### Similarity of the Marks

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation and commercial impression.  *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b).  Similarity in any one of these elements may be sufficient to find a likelihood of confusion.  *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *see* TMEP §1207.01(b).

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark.   *See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce* , 228 USPQ 689 (TTAB 1986), *aff'd sub nom. Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n* , 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized));  *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); *In re Collegian Sportswear Inc.*, 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); *In re Pellerin Milnor Corp.*, 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); *In re BASF A.G.*, 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §1207.01(b)(ii)-(iii).

Consumer confusion has been held likely for marks that do not physically sound or look alike but that convey the same idea, stimulate the same mental reaction, or may have the same overall meaning.  *Proctor & Gamble Co. v. Conway*, 419 F.2d 1332, 1336, 164 USPQ 301, 304 (C.C.P.A. 1970) (holding MR. STAIN likely to be confused with MR. CLEAN on competing cleaning products); *see Ralston Purina Co. v. Old Ranchers Canning*, 199 USPQ 125 (TTAB 1978) (holding TUNA O' THE FARM for canned chicken likely to be confused with CHICKEN O' THE SEA

for canned tuna); *Downtowner Corp. v. Uptowner Inns, Inc.*, 178 USPQ 105 (TTAB 1973) (holding UPTOWNER for hotel name likely to be confused with DOWNTOWNER for a hotel name); TMEP §1207.01(b).

The marks are compared in their entireties under a Trademark Act Section 2(d) analysis. *See* TMEP §1207.01(b). Nevertheless, one feature of a mark may be recognized as more significant in creating a commercial impression. Greater weight is given to that dominant feature in determining whether there is a likelihood of confusion. *In re Nat'l Data Corp.* , 753 F.2d 1056, 224 USPQ 749 (Fed. Cir. 1985); *Tektronix, Inc. v. Daktronics, Inc.*, 534 F.2d 915, 189 USPQ 693 (C.C.P.A. 1976); *In re J.M. Originals Inc.*, 6 USPQ2d 1393 (TTAB 1987); *see* TMEP §1207.01(b)(viii), (c)(ii).

Here, the dominant features of applicant's mark and registrant's mark, "GUMMY BEAR" and "GUMMY BEARS", are nearly identical in appearance and sound, and exactly identical in meaning. The marks are essentially phonetic equivalents and thus sound similar. Similarity in sound alone may be sufficient to support a finding of likelihood of confusion. *RE/MAX of Am., Inc. v. Realty Mart, Inc.*, 207 USPQ 960, 964 (TTAB 1980); *Molenaar, Inc. v. Happy Toys Inc.*, 188 USPQ 469, 471 (TTAB 1975); *see* TMEP §1207.01(b)(iv). There is no correct pronunciation of a trademark because it is impossible to predict how the public will pronounce a particular mark. *In re Great Lakes Canning, Inc.*, 227 USPQ 483, 484 (TTAB 1985); TMEP §1207.01(b)(iv); *see In re Energy Telecomm. & Elec. Assoc.*, 222 USPQ 350, 351 (TTAB 1983). The marks in question could clearly be pronounced the same; such similarity in sound alone may be sufficient to support a finding of likelihood of confusion. *See RE/MAX of Am., Inc. v. Realty Mart, Inc.*, 207 USPQ 960, 964 (TTAB 1980); *Molenaar, Inc. v. Happy Toys Inc.*, 188 USPQ 469, 471 (TTAB 1975); TMEP §1207.01(b)(iv).

The proposed mark, GUMMY BEAR, is a singular version of the cited mark, GUMMY BEARS. Trademarks and/or service marks consisting of the singular and plural forms of the same term are essentially the same mark. *Wilson v. Delaunay*, 245 F.2d 877, 878, 114 USPQ 339, 341 (C.C.P.A. 1957) (finding no material difference between the singular and plural forms of ZOMBIE such that the marks were considered the same mark); *In re Pix of Am., Inc.*, 225 USPQ 691, 692 (TTAB 1985) (noting that the pluralization of NEWPORT is "almost totally insignificant" in terms of likelihood of confusion among purchasers); *In re Sarjanian*, 136 USPQ 307, 308 (TTAB 1962) (finding no material difference between the singular and plural forms of RED DEVIL).

Consumers are generally more inclined to focus on the first word, prefix or syllable in any trademark or service mark. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005); *see also Mattel Inc. v. Funline Merch. Co.*, 81 USPQ2d 1372, 1374-75 (TTAB 2006); *Presto Prods., Inc. v. Nice-Pak Prods., Inc.*, 9 USPQ2d 1895, 1897 (TTAB 1988) ("it is often the first part of a mark which is most likely to be impressed upon the mind of a purchaser and remembered" when making purchasing decisions). The fact that the shared dominant features of the two marks, "GUMMY BEAR", is also the first features of the two marks makes the similarity even more significant in comparison of their commercial impressions.

When a mark consists of a word portion and a design portion, the word portion is more likely to be impressed upon a purchaser's memory and to be used in calling for the goods and/or services. Therefore, the word portion is normally accorded greater weight in determining likelihood of confusion. *In re Dakin's Miniatures, Inc.* , 59 USPQ2d 1593, 1596 (TTAB 1999); *In re Appetito Provisions Co.*, 3 USPQ2d 1553, 1554 (TTAB 1987); *Amoco Oil Co. v. Amerco, Inc.*, 192 USPQ 729, 735 (TTAB 1976); TMEP §1207.01(c)(ii). Further, the degrees of stylization of the font of registrant's mark and the bear design of applicant's mark are not sufficiently striking, unique or distinctive as to create different commercial impressions.

If the goods and/or services of the respective parties are "similar in kind and/or closely related," the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as would be required with diverse goods and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b). Such is the case here, as explained below.

### Relatedness of the Goods and/or Services

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i). Rather, they need only be related in some manner, or the conditions surrounding their marketing are such that they would be encountered by the same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source. *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); TMEP §1207.01(a)(i); *see, e.g., On-line Careline Inc. v. Am. Online Inc.*, 229 USPQ2d 1080, 1086-87, 56 USPQ2d 1471, 1475-76 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.* , 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984).

Here, applicant's goods and/or services, " Baby multiple activity toys; Bath toys; Bathtub toys; Battery operated action toys; Children's multiple activity toys; Children's multiple activity toys sold as a unit with printed books; Clockwork toys; Collectable toy figures; Drawing toys; Electronic learning toys; Gift baskets containing plush toys; Infant development toys; Infant toys; Inflatable bath toys; Inflatable toys; Modeled plastic toy figurines; Molded toy figures; Music box toys; Musical toys; Party favors in the nature of small toys; Play mats containing infant toys; Plush toys; Pop up toys; Positionable toy figures; Printing toys; Rubber character toys; Sandbox toys; Sketching toys; Soft sculpture plush toys;

Soft sculpture toys; Squeezable squeaking toys; Squeeze toys; Stuffed and plush toys; Stuffed toy animals; Stuffed toy bears; Stuffed toys; Talking electronic press-down toy; Talking toys; Toy and novelty face masks; Toy animals; Toy balloons; Toy boxes; Toy figures; Toy masks; Toy mobiles; Toy stamps; Toy watches; Toys, namely, children's dress-up accessories", are highly related to registrant's goods and/or services, "Toys and playthings, namely, board games, stuffed animals, infant toys, and musical toys", as they both include toys and could be offered by similar sources, in similar channels of trade, and to similar consumers.  Further, registrant has applied for a near identical mark for printed matter (U.S. Application No. 77547595) and appears to be affiliated with an applicant for the same near identical mark for video production (U.S. Application No. 77547410).  Both applications have been cited against the proposed mark in the advisory below.

Attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods and/or services as those of applicant and registrant in this case.  These printouts have probative value to the extent that they serve to suggest that the goods and/or services listed therein, namely jewelry, videos, candy, and printed goods, are of a kind that may emanate from a single source.  *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).

Any goods or services in the registrant's normal fields of expansion should be considered when determining whether the registrant's goods and/or services are related to the applicant's goods and/or services.  TMEP §1207.01(a)(v); *see In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581 1584 (TTAB 2007).  Evidence that third parties offer the goods and/or services of both the registrant and applicant suggest that it is likely that the registrant would expand their business to include applicant's goods and/or services.   In that event, customers are likely to believe the goods and/or services at issue come from or, are in some way connected with, the same source.  *In re 1st USA Realty Prof'ls* , 84 USPQ2d at 1584 n.4; *see* TMEP §1207.01(a)(v).  In this case, it would be reasonable for purchasers to believe that applicant's videos, printed matter, and candy are within registrant's logical zone of expansion, based on the relatedness of those goods to registrant's jewelry.

The fact that the goods or services of the parties differ is not controlling in determining likelihood of confusion.  The issue is not likelihood of confusion between particular goods or services, but likelihood of confusion as to the source of those goods or services.  *In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993); *Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01.

A determination of whether there is a likelihood of confusion is made solely on the basis of the goods and/or services identified in the application and registration, without limitations or restrictions that are not reflected therein.  *In re Dakin's Miniatures, Inc.* , 59 USPQ2d 1593, 1595 (TTAB 1999); TMEP §1207.01(a)(iii).  If the cited registration and the application describe the goods and/or services broadly and there are no limitations as to their nature, type, channels of trade or classes of purchasers, then it is presumed that the registration and the application encompass all goods and/or services of the type described, that they move in all normal channels of trade, and that they are available to all potential customers.  *In re Linkvest S.A.*, 24 USPQ2d 1716, 1716 (TTAB 1992); *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981); TMEP §1207.01(a)(iii).

Accordingly, applicant's mark is refused on grounds of likelihood of confusion under Trademark Act Section 2(d).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.  Applicant should note the following additional potential ground for refusal.

## Prior Pending Applications Potential Refusal Advisory

*Note:  This is merely an advisory section and not a requirement.*

Additionally, please be advised that potentially conflicting marks in prior-filed pending applications may present a bar to registration.

Information regarding pending Application Serial Nos. 77547410, 77547595, and 77547687 is enclosed.  The effective filing dates of the referenced applications precede the applicant's filing date.   There may be a likelihood of confusion under Trademark Act Section 2(d) between applicant's mark and the referenced marks.   If one or more of the referenced applications mature into a registration, registration may be refused in this case under Section 2(d).  37 C.F.R. §2.83; TMEP §§1208 *et seq*.  Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed applications.

If applicant believes that there is no potential conflict between this application and the earlier-filed applications, then applicant may present arguments relevant to the issue in a response to this Office action.  The election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

Upon receipt of applicant's response resolving the following requirement(s), action on this application will be suspended pending the disposition of Application Serial No(s). 77547410, 77547595, and 77547687.  37 C.F.R. §2.83(c); TMEP §§716.02(c), 1208.02(c).

## Filing Basis Clarification Requirement

The filing basis of the application is unclear.  An application must specify and meet the requirements of at least one filing basis.  37 C.F.R. §2.32(a)(5); TMEP §806.

An application may be filed based on any of the following:

(1)   **Use of the mark in commerce** under Trademark Act Section 1(a);

(2)   **A bona fide intention to use the mark in commerce** under Section 1(b);

(3)   A claim of **priority**, based on a **foreign application** filed within six months of the U.S. application, under Section 44(d); and/or

(4)   A **foreign registration** of a mark in the applicant's country of origin under Section 44(e).

15 U.S.C. §§1051(a)-(b), 1126(d)-(e); TMEP §806.01(a)-(d).

Therefore, applicant must (1) amend the application to specify clearly at least one filing basis, and (2) satisfy all the requirements for the basis or bases asserted.  TMEP §806.

Depending on the circumstances, applicant may be entitled to assert more than one basis for filing.  When claiming more than one basis, applicant must (1) satisfy all requirements for each basis claimed; (2) clearly indicate that it is claiming more than one basis; and (3) separately list each basis, followed by the goods or services to which that basis applies.  37 C.F.R. §2.34(b)(2); TMEP §806.02(a).

Although multi-basis applications are permitted, applicant cannot assert both use in commerce and intent to use for the same goods or services. 37 C.F.R. §2.34(b)(1); TMEP §806.02(b).

### Refusal to Register on Supplemental Register; Amendment to Principal Register Advisory

Applicant has applied for registration of its mark on the Supplemental Register.  However, applicant's mark is eligible for registration on the Principal Register.  A mark that is clearly eligible for registration on the Principal Register cannot be registered on the Supplemental Register.  *Daggett & Ramsdell, Inc. v. I. Posner, Inc.*, 115 USPQ 96 (Comm'r Pats. 1957); TMEP §815.01.  Applicant must amend the application to the Principal Register.

Pending a proper response, registration on the Supplemental Register is refused because the mark is eligible for registration on the Principal Register.  TMEP §815.01; *see* 15 U.S.C. §1091(a).

### Disclaimer Requirement

Applicant must disclaim all wording in the mark because it merely describes a feature, subject matter, use, purpose, and/or the nature of applicant's gummy bear goods.  *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a).

"GUMMY" is defined as "Having the texture or properties of gum; sticky and viscid".   "BEAR" is defined as "1a. Any of various usually omnivorous mammals of the family Ursidae that have a shaggy coat and a short tail and walk with the entire lower surface of the foot touching the ground. b. Any of various other animals, such as the koala, that resemble a true bear".  Please see attached dictionary definitions.

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements or combinations thereof.  15 U.S.C. §1056(a).  Under Trademark Act Section 2(e), the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods.  15 U.S.C. §1052(e).  Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic).  *See* TMEP §§1213, 1213.03.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark.  TMEP §1213.01(b).

A "disclaimer" is a statement that applicant does not claim exclusive rights to an unregistrable component of a mark.  TMEP §1213.  A disclaimer does not affect the appearance of the applied-for mark.  *See* TMEP §1213.10.

A disclaimer does not physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing.  TMEP §§1213, 1213.10.

The following cases further explain the disclaimer requirement:  *Dena Corp. v. Belvedere Int'l Inc* ., 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

The computerized printing format for the Office's  *Trademark Official Gazette* requires a standardized format for a disclaimer.  TMEP §1213.08(a)(i).  The following is the standard format used by the Office:

> No claim is made to the exclusive right to use "GUMMY BEAR" apart from the mark as shown.

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

### Color Claim and Color Location Statement Amendment Requirement

Applicant has submitted a color drawing, but has not provided the required color claim and color location statement that describes the locations of all colors appearing in the mark accurately.  Applications for color marks must include both a list of the colors that are claimed as a feature of the mark and a description of where the colors appear in the mark.  37 C.F.R. §2.52(b)(1); *see* TMEP §§807.07(a) *et seq.*  Generic color names must be used to describe the colors in the mark, e.g., magenta, yellow, turquoise.  TMEP §807.07(a)(i)-(a)(ii).

Applicant must submit both a color claim and color location statement using the following format, and may adopt the following suggested claim and statement, if accurate:

(1)   Color claim:  "The color(s) gray, black, blue, green, white, yellow, and red is/are claimed as a feature of the mark."; and

(2)   Color location statement:  "The  mark consists of the color(s) black, blue, green, white, yellow, and red, with the color gray appearing in the right arm, top right portion of the torso, the left armpit, the legs, and the right shoe of the bear design, the color black appearing in the eyebrows, mouth, tongue, nose, pupils, and borders of the eye irises of the bear design, the color blue appearing in the eye irises of the bear design, the color green appearing in the body of the bear design, the color white appearing in the eye whites, eye irises, teeth, light reflections, border of the tongue, shorts, and shoes of the bear design, the color yellow appearing in the shorts and shoes of the bear design, and the color red appearing in the lettering of the wording "GUMMIBAR"."

TMEP §807.07(a)(i)-(a)(ii).

### Identification of Goods and/or Services Amendment Requirement

The Office requires a degree of particularity necessary to identify clearly goods and/or services covered by a mark.  *See In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007).  Descriptions of goods and services in applications must be specific, explicit, clear and concise.  TMEP §1402.01; *see Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ 321, 322 (Comm'r Pats. 1954);  *In re Cardinal Labs., Inc.*, 149 USPQ 709, 711 (TTAB 1966).

The wording "Audio discs featuring Music, MP3s, Mpegs" and "Pre-recorded electronic media music, video" in the identification is indefinite.  Please see suggestions below.

The current identification reads as follows:

G & S: Class Status -- ACTIVE. IC 009.  US  021 023 026 036 038.  Audio discs featuring Music, MP3s, Mpegs; Audio recordings featuring Music; Digital materials, namely, CDs, DVDs featuring Music, Audio; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring Music, Video; Digital media, namely, CDs, DVDs featuring Music, Video; Downloadable audio files, multimedia files, text files, e-mails, written documents, audio material, video material and games featuring information in the form of downloadable short educational/training communications in the field of human resource development for the promotion of employee retention, career growth and increased productivity for employees and employers; Downloadable MP3 files, MP3 recordings, on-line discussion boards, webcasts and podcasts featuring music, audio books and news broadcasts; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to Music, video; Electronic game programs; Electronic game software; Electronic game software for cellular telephones; Electronic game software for handheld electronic devices; Electronic game software for wireless devices; Electronic interactive board games for use with external monitor; Electronic sound devices containing pre-recorded sounds for placement in toy vehicles; Fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for electronic devices, namely, MP3 players, mobile telephones, smart telephones, digital cameras, global positioning systems and personal digital assistants; Hand-held electronic games adapted for use with television receivers only; Hand-held units for playing electronic games for use with external display screen or monitor; Player-operated electronic controllers for electronic video game machines; Portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, image, and audio files; Pre-recorded electronic media music, video; Prerecorded audio cassettes featuring Music, Video; Prerecorded audio tapes featuring Music;

Prerecorded digital audio tape featuring Music; Receivers for telephone; Video game interactive hand held remote controls for playing electronic games

G & S: Class Status -- ACTIVE. IC 016.  US  002 005 022 023 029 037 038 050.  Autograph books; Baby books; Birthday books; Book covers; Book markers; Book marks; Book-cover paper; Brag books; Children's activity books; Children's books; Children's interactive educational books; Coloring books; Comic books; Composition books; Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles, teacher guides, manuals, posters and educational booklets in the field of language arts; Flip books; Memory books; Note books; Picture books; Printed greeting cards with electronic information stored therein; Printed music books; Protective covers for books; Role playing game equipment in the nature of game book manuals; Scrap books; Series of fiction books; Sketch books; Song books; Story books; Talking children's books; Wirebound books

G & S: Class Status -- ACTIVE. IC 028.  US  022 023 038 050.  Baby multiple activity toys; Bath toys; Bathtub toys; Battery operated action toys; Children's multiple activity toys; Children's multiple activity toys sold as a unit with printed books; Clockwork toys; Collectable toy figures; Drawing toys; Electronic learning toys; Gift baskets containing plush toys; Infant development toys; Infant toys; Inflatable bath toys; Inflatable toys; Modeled plastic toy figurines; Molded toy figures; Music box toys; Musical toys; Party favors in the nature of small toys; Play mats containing infant toys; Plush toys; Pop up toys; Positionable toy figures; Printing toys; Rubber character toys; Sandbox toys; Sketching toys; Soft sculpture plush toys; Soft sculpture toys; Squeezable squeaking toys; Squeeze toys; Stuffed and plush toys; Stuffed toy animals; Stuffed toy bears; Stuffed toys; Talking electronic press-down toy; Talking toys; Toy and novelty face masks; Toy animals; Toy balloons; Toy boxes; Toy figures; Toy masks; Toy mobiles; Toy stamps; Toy watches; Toys, namely, children's dress-up accessories

G & S: Class Status -- ACTIVE. IC 030.  US  046.  Candies; Candy; Candy bars; Candy cake decorations; Candy decorations for cakes; Candy for food; Candy mints; Candy with cocoa; Chocolate candies; Chocolates and chocolate based ready to eat candies and snacks; Gift baskets containing candy; Gummy candies; Ice candies; Peppermint candy; Sugarless candies

The following wording in the current identification is acceptable, because it is sufficiently definite and properly classified:

G & S: Class Status -- ACTIVE. IC 009.  US  021 023 026 036 038.  Audio discs featuring Music; Audio recordings featuring Music; Digital materials, namely, CDs, DVDs featuring Music, Audio; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring Music, Video; Digital media, namely, CDs, DVDs featuring Music, Video; Downloadable audio files, multimedia files, text files, e-mails, written documents, audio material, video material and games featuring information in the form of downloadable short educational/training communications in the field of human resource development for the promotion of employee retention, career growth and increased productivity for employees and employers; Downloadable MP3 files, MP3 recordings, on-line discussion boards, webcasts and podcasts featuring music, audio books and news broadcasts; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to Music, video; Electronic game programs; Electronic game software; Electronic game software for cellular telephones; Electronic game software for handheld electronic devices; Electronic game software for wireless devices; Electronic interactive board games for use with external monitor; Electronic sound devices containing pre-recorded sounds for placement in toy vehicles; Fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for electronic devices, namely, MP3 players, mobile telephones, smart telephones, digital cameras, global positioning systems and personal digital assistants; Hand-held electronic games adapted for use with television receivers only; Hand-held units for playing electronic games for use with external display screen or monitor; Player-operated electronic controllers for electronic video game machines; Portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, image, and audio files; Prerecorded audio cassettes featuring Music, Video; Prerecorded audio tapes featuring Music; Prerecorded digital audio tape featuring Music; Receivers for telephone; Video game interactive hand held remote controls for playing electronic games

G & S: Class Status -- ACTIVE. IC 016.  US  002 005 022 023 029 037 038 050.  Autograph books; Baby books; Birthday books; Book covers; Book markers; Book marks; Book-cover paper; Brag books; Children's activity books; Children's books; Children's interactive educational books; Coloring books; Comic books; Composition books; Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles, teacher guides, manuals, posters and educational booklets in the field of language arts; Flip books; Memory books; Note books; Picture books; Printed greeting cards with electronic information stored therein; Printed music books; Protective covers for books; Role playing game equipment in the nature of game book manuals; Scrap books; Series of fiction books; Sketch books; Song books; Story books; Talking children's books; Wirebound books [the entire class is acceptable]

G & S: Class Status -- ACTIVE. IC 028.  US  022 023 038 050.  Baby multiple activity toys; Bath toys; Bathtub toys; Battery operated action toys; Children's multiple activity toys; Children's multiple activity toys sold as a unit with printed books; Clockwork toys; Collectable toy figures; Drawing toys; Electronic learning toys; Gift baskets containing plush toys; Infant development toys; Infant toys; Inflatable bath toys; Inflatable toys; Modeled plastic toy figurines; Molded toy figures; Music box toys; Musical toys; Party favors in the

nature of small toys; Play mats containing infant toys; Plush toys; Pop up toys; Positionable toy figures; Printing toys; Rubber character toys; Sandbox toys; Sketching toys; Soft sculpture plush toys; Soft sculpture toys; Squeezable squeaking toys; Squeeze toys; Stuffed and plush toys; Stuffed toy animals; Stuffed toy bears; Stuffed toys; Talking electronic press-down toy; Talking toys; Toy and novelty face masks; Toy animals; Toy balloons; Toy boxes; Toy figures; Toy masks; Toy mobiles; Toy stamps; Toy watches; Toys, namely, children's dress-up accessories [the entire class is acceptable]

G & S: Class Status -- ACTIVE. IC 030. US 046. Candies; Candy; Candy bars; Candy cake decorations; Candy decorations for cakes; Candy for food; Candy mints; Candy with cocoa; Chocolate candies; Chocolates and chocolate based ready to eat candies and snacks; Gift baskets containing candy; Gummy candies; Ice candies; Peppermint candy; Sugarless candies [the entire class is acceptable]

Applicant may adopt the following identification of goods and/or services, if accurate:

G & S: Class Status -- ACTIVE. IC 009. US 021 023 026 036 038. Audio discs featuring Music, **MP3 {insert more definite description of MP3 goods, e.g., "players" and/or "files featuring {subject matter of MP3 files, e.g., "music"}"}** , **Mpeg {insert more definite description of MP3 goods, e.g., "players" and/or "files featuring {subject matter of MP3 files, e.g., "music"}"}** ; Audio recordings featuring Music; Digital materials, namely, CDs, DVDs featuring Music, Audio; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring Music, Video; Digital media, namely, CDs, DVDs featuring Music, Video; Downloadable audio files, multimedia files, text files, e-mails, written documents, audio material, video material and games featuring information in the form of downloadable short educational/training communications in the field of human resource development for the promotion of employee retention, career growth and increased productivity for employees and employers; Downloadable MP3 files, MP3 recordings, on-line discussion boards, webcasts and podcasts featuring music, audio books and news broadcasts; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to Music, video; Electronic game programs; Electronic game software; Electronic game software for cellular telephones; Electronic game software for handheld electronic devices; Electronic game software for wireless devices; Electronic interactive board games for use with external monitor; Electronic sound devices containing pre-recorded sounds for placement in toy vehicles; Fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for electronic devices, namely, MP3 players, mobile telephones, smart telephones, digital cameras, global positioning systems and personal digital assistants; Hand-held electronic games adapted for use with television receivers only; Hand-held units for playing electronic games for use with external display screen or monitor; Player-operated electronic controllers for electronic video game machines; Portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing text, data, image, and audio files; Pre-recorded electronic media **featuring** music, video; Prerecorded audio cassettes featuring Music, Video; Prerecorded audio tapes featuring Music; Prerecorded digital audio tape featuring Music; Receivers for telephone; Video game interactive hand held remote controls for playing electronic games

G & S: Class Status -- ACTIVE. IC 016. US 002 005 022 023 029 037 038 050. Autograph books; Baby books; Birthday books; Book covers; Book markers; Book marks; Book-cover paper; Brag books; Children's activity books; Children's books; Children's interactive educational books; Coloring books; Comic books; Composition books; Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles, teacher guides, manuals, posters and educational booklets in the field of language arts; Flip books; Memory books; Note books; Picture books; Printed greeting cards with electronic information stored therein; Printed music books; Protective covers for books; Role playing game equipment in the nature of game book manuals; Scrap books; Series of fiction books; Sketch books; Song books; Story books; Talking children's books; Wirebound books

G & S: Class Status -- ACTIVE. IC 028. US 022 023 038 050. Baby multiple activity toys; Bath toys; Bathtub toys; Battery operated action toys; Children's multiple activity toys; Children's multiple activity toys sold as a unit with printed books; Clockwork toys; Collectable toy figures; Drawing toys; Electronic learning toys; Gift baskets containing plush toys; Infant development toys; Infant toys; Inflatable bath toys; Inflatable toys; Modeled plastic toy figurines; Molded toy figures; Music box toys; Musical toys; Party favors in the nature of small toys; Play mats containing infant toys; Plush toys; Pop up toys; Positionable toy figures; Printing toys; Rubber character toys; Sandbox toys; Sketching toys; Soft sculpture plush toys; Soft sculpture toys; Squeezable squeaking toys; Squeeze toys; Stuffed and plush toys; Stuffed toy animals; Stuffed toy bears; Stuffed toys; Talking electronic press-down toy; Talking toys; Toy and novelty face masks; Toy animals; Toy balloons; Toy boxes; Toy figures; Toy masks; Toy mobiles; Toy stamps; Toy watches; Toys, namely, children's dress-up accessories

G & S: Class Status -- ACTIVE. IC 030. US 046. Candies; Candy; Candy bars; Candy cake decorations; Candy decorations for cakes; Candy for food; Candy mints; Candy with cocoa; Chocolate candies; Chocolates and chocolate based ready to eat candies and snacks; Gift baskets containing candy; Gummy candies; Ice candies; Peppermint candy; Sugarless candies

*See* TMEP §1402.01.

**Amendment Guidelines**

Identifications of goods and/or services can be amended only to clarify or limit the goods and/or services; adding to or broadening the scope of the goods and/or services is not permitted.  37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.  Therefore, applicant may not amend the identification to include goods and/or services that are not within the scope of the goods and/or services set forth in the present identification.

**For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.  *See* TMEP §1402.04.**

If applicant has any questions regarding this action or needs assistance in responding, applicant is encouraged to contact the undersigned.

> Tina M. Kuan
> /Tina M. Kuan/
> Trademark Examining Attorney
> Law Office 108
> Phone Number: 571-272-4110
> Fax Number: 571-273-4110

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Nov 26, 2008**                                   **78461792**

**DESIGN MARK**

**Serial Number**
78461792

**Status**
REGISTERED

**Word Mark**
GUMMY BEARS

**Standard Character Mark**
No

**Registration Number**
3015335

**Date Registered**
2005/11/15

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Street Players Holding Corp. CORPORATION CALIFORNIA 826 Majorca Place
Los Angeles CALIFORNIA 90049

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Bracelets, Charm Danglers, General Jewelry.  First Use: 2004/08/04.
First Use In Commerce: 2004/08/04.

**Colors Claimed**
The color(s) green, red, yellow, blue-ish purple. is/are claimed as a
feature of the mark.

**Part of Mark in Color**
The mark consists of green G, red U, blue-ish purple M, orange M,
green Y.  Green outline around white Bears.

**Filing Date**
2004/08/04

**Examining Attorney**
BORSUK, ESTHER A.

-1-



**Print: Nov 26, 2008**                              **78496998**

**DESIGN MARK**

**Serial Number**
78496998

**Status**
REGISTERED

**Word Mark**
GUMMY BEARS

**Standard Character Mark**
No

**Registration Number**
3028169

**Date Registered**
2005/12/13

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Street Players Holding CORPORATION CALIFORNIA 826 Majorca Place Los
Angeles CALIFORNIA 90049

**Goods/Services**
Class Status -- ACTIVE.  IC 028.  US  022 023 038 050.  G & S: Toys
and playthings, namely, board games, stuffed animals, infant toys, and
musical toys.  First Use: 2004/09/01.  First Use In Commerce:
2004/09/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS" APART FROM THE
MARK AS SHOWN.

**Colors Claimed**
The color(s) green ,red, orange, blue-ish purple is/are claimed as a
feature of the mark.

**Part of Mark in Color**
The mark consists of green G, red U, blue-ish purple M, orange M,
green Y. Green outline around white Bears.

-1-

**Print: Nov 26, 2008**                    **78496998**

**Filing Date**
2004/10/08

**Examining Attorney**
PINO, BRIAN



**Print: Nov 26, 2008**                    **78539707**

**DESIGN MARK**

**Serial Number**
78539707

**Status**
REGISTERED

**Word Mark**
THE LEMONADE STAND

**Standard Character Mark**
Yes

**Registration Number**
3366634

**Date Registered**
2008/01/08

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ZINDA, MICHAEL W. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE
STOUGHTON WISCONSIN 53589

**Owner**
ZINDA, GAYLE M. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE STOUGHTON
WISCONSIN 53589

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: RETAIL
STORE SERVICES, MAIL ORDER CATALOG SERVICES, TELEPHONE SHOP AT HOME
SERVICES AND ELECTRONIC RETAILING SERVICES VIA A COMPUTER ALL
FEATURING BOOKS, CANES, CLOTHING, HATS AND HEADWEAR, JEWELRY, PILLOWS,
AUDIO AND VIDEO TAPES, PERSONAL HYGIENE PRODUCTS AND THERAPEUTIC ITEMS
FOR CANCER PATIENTS AND SURVIVORS.  First Use: 2004/12/30.  First Use
In Commerce: 2004/12/30.

**Filing Date**
2004/12/29

**Examining Attorney**
GEARIN, AMY

-1-

**Print: Nov 26, 2008**                    **78539707**

**Attorney of Record**
ALLEN A. MEYER, JR. [MARYLAND STATE BAR]

# THE LEMONADE STAND

**Print: Nov 26, 2008**                              **78549940**

**DESIGN MARK**

**Serial Number**
78549940

**Status**
REGISTERED

**Word Mark**
SEEGODINALL

**Standard Character Mark**
Yes

**Registration Number**
3276518

**Date Registered**
2007/08/07

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Vian, Mark INDIVIDUAL UNITED STATES 22406 Hidden Ranch Rd. Auburn
CALIFORNIA 95602

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry, namely, charms, lockets, bracelets, rings, and earrings.
First Use: 2006/05/19.  First Use In Commerce: 2006/05/19.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Bumper stickers, note pads, printed paper signs, notebooks,
and calendars.  First Use: 2006/03/01.  First Use In Commerce:
2006/03/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing items,
namely, tee shirts, blouses, shirts, hats, and jackets.  First Use:
2005/12/01.  First Use In Commerce: 2005/12/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:

-1-

**Print: Nov 26, 2008**                    **78549940**

Magnets.  First Use: 2006/07/14.  First Use In Commerce: 2006/07/14.

**Filing Date**
2005/01/19

**Examining Attorney**
SISUN, SCOTT

**Attorney of Record**
Michael J. Thomas

Seegodinall

**Print: Nov 26, 2008**                                 **78569811**


**DESIGN MARK**

**Serial Number**
78569811

**Status**
REGISTERED

**Word Mark**
PINK LEMONADE PRESENTATIONS

**Standard Character Mark**
Yes

**Registration Number**
3349465

**Date Registered**
2007/12/04

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ZINDA, MICHAEL W. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE
STOUGHTON WISCONSIN 53589

**Owner**
ZINDA, GAYLE M. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE STOUGHTON
WISCONSIN 53589

**Goods/Services**
Class Status -- ACTIVE. IC 009. US 021 023 026 036 038. G & S:
PRE-RECORDED AUDIO AND VIDEO CASSETTES, COMPACT DISCS AND TAPES,
CD-ROMS AND PRE-RECORDED DVDS AND DIGITAL DISCS ALL FEATURING
INFORMATION ON DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE,
PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY,
AND CHARITABLE FUND RAISING ACTIVITIES. First Use: 2004/12/30. First
Use In Commerce: 2004/12/30.

**Goods/Services**
Class Status -- ACTIVE. IC 016. US 002 005 022 023 029 037 038 050.
 G & S: PRINTED MATTER, NAMELY, BOOKLETS, BROCHURES, HANDBOOKS,
JOURNALS, LEAFLETS, NEWSLETTERS, MAGAZINES AND TRAINING MANUALS ALL
FEATURING DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE,

**Print: Nov 26, 2008**                    **78569811**

PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES; CALENDARS; DIARIES; GREETING CARDS; POSTCARDS; SERIES OF NON-FICTION BOOKS IN THE FIELD OF DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STICKERS. First Use: 2004/12/30.  First Use In Commerce: 2004/12/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES, TELEPHONE SHOP AT HOME SERVICES AND ELECTRONIC RETAILING SERVICES VIA A COMPUTER, ALL FEATURING BOOKS, CANES, JEWELRY, PILLOWS, AUDIO AND VIDEO TAPES, PERSONAL HYGIENE PRODUCTS AND THERAPEUTIC ITEMS FOR CANCER PATIENTS AND SURVIVORS; BUSINESS CONSULTING SERVICES.  First Use: 2004/12/30. First Use In Commerce: 2004/12/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: EDUCATIONAL SERVICES, NAMELY, ARRANGING AND CONDUCTING CLASSES, CONFERENCES, DISCUSSION GROUPS, SEMINARS AND WORKSHOPS IN THE FIELD OF DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY AND CHARITABLE FUND RAISING ACTIVITIES; EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING LIVE MOTIVATIONAL AND EDUCATIONAL SPEAKERS IN THE FIELD OF DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES.  First Use: 2004/12/30.  First Use In Commerce: 2004/12/30.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESENTATIONS" APART FROM THE MARK AS SHOWN.

**Filing Date**
2005/02/17

**Examining Attorney**
GOLD, BARBARA

**Attorney of Record**
ALLEN A. MEYER, JR. [MARYLAND STATE BAR]

-2-

# PINK LEMONADE PRESENTATIONS

**Print: Nov 26, 2008**                                   **78601230**

**DESIGN MARK**

**Serial Number**
78601230

**Status**
REGISTERED

**Word Mark**
KALI KALI

**Standard Character Mark**
Yes

**Registration Number**
3532432

**Date Registered**
2008/11/11

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Luemme, Inc.  dba Kali Kali CORPORATION FLORIDA 12186 SW 128th Street
Miami FLORIDA 33186

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry, namely, precious and non-precious metal bracelets, necklaces,
earrings, rings.  First Use: 2004/06/01.  First Use In Commerce:
2005/07/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Bags, namely, purses, belt bag pouches, wallets, tote bags, travel
bags.  First Use: 2004/06/01.  First Use In Commerce: 2005/07/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, tops, shirts, t-shirts, polo shirts, camisoles, sweaters,
cardigans, shawls, wraparounds, jackets, coats, pants, shorts, skirts,
dresses, loungewear; gymwear, namely, leotards, jogging suits, tap
pants, tights, yoga pants, unitards, shorts, tank tops, t-shirts;
daywear, namely, blouses, shirts, pants, slacks, shirts, jackets,

-1-

**Print: Nov 26, 2008**                    **78601230**

coats, blazers, suits, cardigans, vests, boleros, dresses; swimwear,
namely, one piece bathing suits, two piece bathing suits; hosiery,
namely, socks, stockings, ankle socks, knee highs, pantyhose;
lingerie, namely, bikini underpants, thong underpants, boyleg
underpants, g-string underpants, hipster underpants, boxer underpants,
panties, briefs, bras, camisoles, camisettes, chemises, bralettes,
bustiers, corsets, shaper panties, negligees, underpants, girdles,
control briefs, merry widows, bra slips, briefs, bloomers, boy shorts,
peignoirs, shifts; scarves, hats, clothing belts.  First Use:
2004/06/01.  First Use In Commerce: 2005/07/15.

**Filing Date**
2005/04/04

**Examining Attorney**
MURRAY, DAVID

**Attorney of Record**
Werner H.  Stemer

Kali Kali

**Print: Nov 26, 2008**                              **78633000**

**DESIGN MARK**

**Serial Number**
78633000

**Status**
REGISTERED

**Word Mark**
CHIEF JOSEPH DAYS

**Standard Character Mark**
Yes

**Registration Number**
3532440

**Date Registered**
2008/11/11

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Joseph Chamber of Commerce DBA Chief Joseph Days Rodeo CORPORATION
OREGON P.O. Box 13 102 E. 1st St. Joseph OREGON 97846

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, shirts, jackets, pants, hats.  First Use: 1993/01/01.  First
Use In Commerce: 1993/01/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 021.  US  002 013 023 029 030 033 040 050.
 G & S: Beverage glassware.  First Use: 1993/01/01.  First Use In
Commerce: 1993/01/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
jewelry.  First Use: 1993/01/01.  First Use In Commerce: 1993/01/01.

**Name/Portrait Statement**
The name "CHIEF JOSEPH DAYS" does not identify a living individual.

**Filing Date**

-1-

**Print: Nov 26, 2008**                          **78633000**

2005/05/19

**Examining Attorney**
CATALDO, CAROLYN

# Chief Joseph Days

**Print: Nov 26, 2008**                    **78693569**

**DESIGN MARK**

**Serial Number**
78693569

**Status**
REGISTERED

**Word Mark**
VBLUE

**Standard Character Mark**
Yes

**Registration Number**
3535412

**Date Registered**
2008/11/18

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
A.V. Denim, Inc. DBA/ A&V Denim, Inc. CORPORATION NEW YORK 1407
Broadway Suite 3601 New York NEW YORK 10018

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S: Ankle
bracelets, belt buckles of precious metal for clothing, bolo ties with
precious metal tips, bracelets, bracelets of precious metal, brooches,
cigar and cigarette boxes of precious metal, cigarette cases made of
precious metal, cigarette holders of precious metal, cigarette
lighters of precious metal, clip earrings, clocks, costume jewelry,
cuff-links, diving watches, earrings, fancy keyrings of precious
metals, jewel chains, jewel pendants, jewelry boxes of precious metal,
jewelry cases of precious metal, jewelry caskets of precious metal,
jewelry chains, jewelry findings, jewelry for the head, jewelry pins
for use on hats, jewelry watches, key holders of precious metals, key
rings of precious metal, lapel pins, letter openers of precious metal,
match boxes of precious metal, match holders of precious metal,
mechanical and automatic watches, neck chains, necklaces, necktie
fasteners, ornamental lapel pins, ornamental pins, ornaments of
precious metal, pins being jewelry, pocket watches, purses and wallets
of precious metal, rings, tie bars, tie clips, tie fasteners, tie

-1-

pins, tie tacks, watch boxes, watch bracelets, watch cases, watch
chains, watches, watches containing an electronic game function,
watches containing a game function, watches for outdoor use.  First
Use: 2008/03/10.  First Use In Commerce: 2008/03/10.

## Goods/Services

Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Athletic bags, all purpose athletic bags, attache cases, backpacks,
baby backpacks, baby carriers worn on the body, all purpose sport
bags, barrel bags, beach bags, book bags, Boston bags, carry-on bags,
clutch bags, diaper bags, duffel bags, gym bags, leather shopping
bags, overnight bags, school book bags, school bags, shoulder bags,
textile shopping bags, tote bags, travel bags, traveling bags, garment
bags for travel, shoe bags for travel, billfolds, hat boxes for
travel, briefcase-type portfolios, briefcases, business card cases,
calling card cases, credit card cases, infants carriers worn on the
body, non-motorized collapsable luggage carts, document cases, key
cases, overnight cases, passport cases, cosmetic cases sold empty,
toiletry cases sold empty, vanity cases sold empty, change purses,
clutch bags, clutch purses, coin purses, drawstring pouches, fanny
packs, felt pouches, golf umbrellas, handbags, leather key fobs,
knapsacks, luggage, luggage tags, waist packs, parasols, pocketbooks,
briefcase-type portfolios, purses, rucksacks, suitcases, valises,
wallets.  First Use: 2008/03/10.  First Use In Commerce: 2008/03/10.

## Goods/Services

Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Anklets,
anoraks, balloon pants, bandannas, bandeaus, head bands, sweat bands,
neck bands, wrist bands, bathing suits, bathing trunks, bathrobes,
beach coverups, beachwear, bed jackets, money belts, belts, berets,
Bermuda shorts, cloth bibs, blazers, bloomers, blouses, blousons,
boas, body shapers, body suits, boleros, bonnets, bottoms, bow ties,
boxer shorts, bras, brassieres, breeches, briefs, bustiers, caftans,
camisoles, capes, caps, cardigans, cassocks, chaps, chemises, coats,
fur coats, leather coats, overcoats, rain coats, sport coats, suit
coats, top coats, collars, corselets, corsets, coveralls, coverups,
cravats, creepers, cuffs, culottes, cummerbunds, dickies, dresses,
dressing gowns, dungarees, dusters, evening gowns, foul weather gear
except for footwear, foundation garments, frocks, fur jackets, fur
stoles, gaberdines, gaiters, gauchos, gloves, golf shirts, gowns,
night gowns, greatcoats, gym shorts, gym suits, halter tops, hats,
head wear, hoods, hosiery, housecoats, infantwear, jackets, leather
jackets, wind resistant jackets, jerseys, jodhpurs, jogging suits,
jumpers, jumpsuits, kerchiefs, knee highs, knickers, knit shirts,
leggings, leotards, lingerie, loungewear, maillots, mantillas,
mantles, miniskirts, mittens, mufflers, muffs, muu muus, neckerchiefs,
neckties, neckwear, negligees, night shirts, overalls, pajamas,
pantaloons, panties, pants, sweat pants, tap pants, pantsuits,
pantyhose, pareu, parkas; pedal pushers, peignoirs, petticoats,
pinafores, play suits, pocket squares, polo shirts, ponchos,
pullovers, quilted vests, rain wear except footwear, robes, rompers,

**Print: Nov 26, 2008**                    **78693569**

sarongs, sashes, scarves, shawls, shifts, shirts, sport shirts, sweat
shirts, undershirts, shortalls, shorts, sweat shorts, singlets,
skirts, slacks, sleepwear, slips, smocks, socks, stockings, stoles,
suits, vested suits, warm-up suits, sun visors, suspenders, swaddling
clothes, sweaters, turtleneck sweaters, V-neck sweaters, sweatsocks,
swim trunks, swim wear, swimsuits, T-shirts, tailleurs, tangas,
tanktops, teddies, tennis wear, footwear, ties, tights, togas, tops,
toques, tracksuits, trousers, tunics, turbans, turtlenecks, tuxedos,
underclothes, undergarments, underpants, underwear, unitards, veils,
vests, visors, waistcoats, wraps, saris.  First Use: 2006/06/11.
First Use In Commerce: 2006/06/11.

**Filing Date**
2005/08/16

**Examining Attorney**
BLANE, SUZANNE

**Attorney of Record**
Andrew N. Spivak

VBLUE

**Print: Nov 26, 2008**                    **78758756**

**DESIGN MARK**

**Serial Number**
78758756

**Status**
REGISTERED

**Registration Number**
3455383

**Date Registered**
2008/06/24

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
ZINDA, MICHAEL W. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE
STOUGHTON WISCONSIN 53589

**Owner**
ZINDA, GAYLE M. INDIVIDUAL UNITED STATES 3294 BROOKLYN DRIVE STOUGHTON
WISCONSIN 53589

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: PRINTED MATTER, NAMELY, BOOKLETS, BROCHURES, HANDBOOKS,
JOURNALS, LEAFLETS, NEWSLETTERS, MAGAZINES AND TRAINING MANUALS ALL
FEATURING DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE,
PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY,
AND CHARITABLE FUND RAISING ACTIVITIES; CALENDARS; DIARIES; GREETING
CARDS; POSTCARDS; SERIES OF BOOKS IN THE FIELD OF DIET, EMOTIONAL
STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND
PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND
RAISING ACTIVITIES; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STICKERS.
First Use: 2005/11/22.  First Use In Commerce: 2005/11/22.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: CLOTHING,
NAMELY, APRONS, BANDANAS, DRESSES, FOOTWEAR, HATS, HOSIERY, JEANS,
PAJAMAS, PANTS, SHIRTS, SHORTS, SWEATERS, SWEATSHIRTS, T-SHIRTS,
UNDERWEAR; BEACH CLOTHES, NAMELY, BATHING SUITS; OUTERWEAR, NAMELY,
JACKETS; AND CLOTHING ACCESSORIES, NAMELY, BELTS, EAR MUFFS, MITTENS
AND GLOVES, NECKTIES, SCARVES AND VISORS.  First Use: 2005/11/22.

-1-

**Print: Nov 26, 2008**                               **78758756**

First Use In Commerce: 2005/11/22.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: RETAIL
STORE SERVICES, MAIL ORDER CATALOG SERVICES, AND ELECTRONIC RETAILING
SERVICES VIA A COMPUTER FEATURING BOOKS, CANES, CLOTHING, COSMETICS,
HATS AND HEAD COVERINGS, JEWELRY, PERSONAL HYGIENE PRODUCTS,
UNDERGARMENTS, PILLOWS, TAPES, THERAPY ITEMS, THERAPEUTIC PRODUCTS;
BUSINESS CONSULTING IN THE FIELD OF DIET, EMOTIONAL STRESSES,
EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS,
RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES.
First Use: 2005/11/22.  First Use In Commerce: 2005/11/22.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: EDUCATIONAL
AND INSTRUCTIONAL SERVICES, NAMELY, ARRANGING AND CONDUCTING CLASSES,
CONFERENCES, DISCUSSION GROUPS, SEMINARS AND WORKSHOPS IN THE FIELDS
OF DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL
CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY AND
CHARITABLE FUND RAISING ACTIVITIES; ENTERTAINMENT SERVICES, NAMELY,
LIVE SPEAKING ENGAGEMENTS IN THE FIELDS OF DIET, EMOTIONAL STRESSES,
EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS,
RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES;
COACHING SERVICES, IN THE FIELDS OF DIET, EMOTIONAL STRESSES,
EXERCISE, HEALTH, LIFESTYLE, PHYSICAL CHALLENGES AND PHYSICAL FITNESS,
RELATIONSHIPS, SPIRITUALITY, AND CHARITABLE FUND RAISING ACTIVITIES;
AND DISSEMINATION OF EDUCATIONAL LITERATURE OF OTHERS IN THE FIELDS OF
DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE, PHYSICAL
CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY AND
CHARITABLE FUND RAISING ACTIVITIES.  First Use: 2005/11/22.  First Use
In Commerce: 2005/11/22.

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
PRE-RECORDED AUDIO AND VIDEO CASSETTES; COMPACT DISCS AND TAPES;
CD-ROMS AND PRE-RECORDED DVDS AND DIGITAL DISCS ALL FEATURING
INFORMATION ON DIET, EMOTIONAL STRESSES, EXERCISE, HEALTH, LIFESTYLE,
PHYSICAL CHALLENGES AND PHYSICAL FITNESS, RELATIONSHIPS, SPIRITUALITY,
AND CHARITABLE FUND RAISING ACTIVITIES.  First Use: 2005/11/22.  First
Use In Commerce: 2005/11/22.

**Description of Mark**
The mark consists of  "BOY LEMON".

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2005/11/21

**Examining Attorney**

**Print: Nov 26, 2008**                    **78758756**

SWIFT, GILBERT

**Attorney of Record**
ALLEN A. MEYER, JR. [MARYLAND STATE BAR]



**Print: Nov 26, 2008**                              **78780485**

**DESIGN MARK**

**Serial Number**
78780485

**Status**
REGISTERED

**Word Mark**
TOTTEM

**Standard Character Mark**
Yes

**Registration Number**
3535457

**Date Registered**
2008/11/18

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ARRSO RESTAURANTS CO., LLC. LIMITED LIABILITY COMPANY FLORIDA 119 N.E.
39th STREET MIAMI FLORIDA 33137

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Precious metals and their alloys and goods in precious metals or
coated therewith not named in other classes, namely, jewelry, precious
stones, horological and chornometric instruments.  First Use:
2008/10/00.  First Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Goods made of paper or of cardboard, namely, bags or paper for
merchandise packaging, bags or boxes made of paper or cardboard.
First Use: 2008/10/00.  First Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Leather and imitations of leather, and goods made of leather and
imitations of leather not included in other classes, namely, animal
skins, hides, trunks and traveling bags, umbrellas, parasols and

-1-

**Print: Nov 26, 2008**                          **78780485**

walking sticks, whips, harnesses and saddlery.  First Use: 2008/10/00.
 First Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 020.  US  002 013 022 025 032 050.  G & S:
Furniture, picture frames and mirrors.  First Use: 2008/10/00.  First
Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 021.  US  002 013 023 029 030 033 040 050.
 G & S: Scouring sponges; household or kitchen utensils not of
precious metals or coated therewith, namely, spatulas, non-electric
eggbeaters, colanders, rolling pins, pan scrapers and corn skewers;
plastic storage containers for domestic use; combs; hair brushes,
dusting brushes; brush-making materials; steel-wool for cleaning;
unworked or semi-worked glass, excluding glass used in building.
First Use: 2008/10/00.  First Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, men's, women's and children's designer shirts, T-shirts,
pants, skirts, footwear, hats, caps, belts and scarves.  First Use:
2008/10/00.  First Use In Commerce: 2008/10/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 043.  US  100 101.  G & S: Restaurants,
namely, restaurant and bar services, and cocktail lounges; arena
services, namely, providing facilities for sports, concerts,
exhibitions and conventions.  First Use: 2008/10/00.  First Use In
Commerce: 2008/10/00.

**Filing Date**
2005/12/23

**Examining Attorney**
DUBOIS, SUSAN LESLIE

**Attorney of Record**
H. JOHN RIZVI

# TOTTEM

Print: Nov 26, 2008                          78888085

**DESIGN MARK**

**Serial Number**
78888085

**Status**
REGISTERED

**Word Mark**
MÄR MÄRCHEN AWAKENS ROMANCE

**Standard Character Mark**
No

**Registration Number**
3522651

**Date Registered**
2008/10/21

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
K.K. Shogakukan Production CORPORATION JAPAN Chiyoda-Ku Showa Building
6F 2-30 Kanda Jinbocho Tokyo JAPAN 101-8415

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry.  First Use: 2007/09/30.  First Use In Commerce: 2007/09/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Pre-recorded television programs featuring animated performances
recorded on video and audio discs, CD ROMs, compact discs, and DVDs.
First Use: 2007/04/24.  First Use In Commerce: 2007/04/24.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Publications, namely, graphic novels, fiction books, comic
books; posters.  First Use: 2005/04/01.  First Use In Commerce:
2005/04/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Men's, women's,

-1-

**Print: Nov 26, 2008**                         **78888085**

and children's clothing, namely, shirts and t-shirts.  First Use:
2007/03/01.  First Use In Commerce: 2007/03/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S:
Entertainment services, namely, production and distribution of
television programs in the fields of animated entertainment;
entertainment services, namely, distribution of animated audio-visual
works via the Internet and television; providing information online
regarding animated entertainment, and comics.  First Use: 2006/07/14.
First Use In Commerce: 2006/07/14.

**Lining/Stippling Statement**
The stippling is for shading purposes only.

**Description of Mark**
The mark consists of stylized wording "MÄR" where the "Ä" is a larger
element and "MÄRCHEN AWAKENS ROMANCE" is in smaller block letters
below the stylized wording and right justified.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Translation Statement**
The English translation of the German word MARCHEN in the mark is
"fairy tale".

**Transliteration Statement**
The non-Latin characters in the mark transliterate to "meru-hen" and
mean "fairy tale" in English.

**Filing Date**
2006/05/19

**Examining Attorney**
BRODY, DANIEL

**Attorney of Record**
Rosemary S. Tarlton



**Print: Nov 26, 2008**                           **78896094**

**DESIGN MARK**

**Serial Number**
78896094

**Status**
REGISTERED

**Registration Number**
3525903

**Date Registered**
2008/10/28

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
Speaking Out About Rape, Inc. NON-PROFIT CORPORATION FLORIDA 817a
Virginia Drive Orlando FLORIDA 32803

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry.  First Use: 2006/04/30.  First Use In Commerce: 2006/04/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, shirts, t-shirts, sweatshirts, tank tops, headwear, hats,
caps, pants, footwear, track suits.  First Use: 2004/01/15.  First Use
In Commerce: 2004/01/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: Charitable
fundraising services, namely, organizing and promoting fundraising
efforts surrounding skydiving events to promote awareness and
prevention of sexual assault; providing information about such
fundraising efforts surrounding such skydiving events by means of a
global computer information network.  First Use: 2003/01/15.  First
Use In Commerce: 2003/01/30.

**Description of Mark**
The mark consists of a stylized human figure gliding downward while
holding onto a fanciful representation of a parachute.

**Colors Claimed**

-1-

**Print: Nov 26, 2008**                              **78896094**

Color is not claimed as a feature of the mark.

**Filing Date**
2006/05/30

**Examining Attorney**
HELLA, AMY

**Attorney of Record**
Alan D. Barson, Esq.



**Print: Nov 26, 2008**                    **78911189**

**DESIGN MARK**

**Serial Number**
78911189

**Status**
REGISTERED

**Word Mark**
SCENA D'UNO

**Standard Character Mark**
No

**Registration Number**
3522676

**Date Registered**
2008/10/21

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Kuraudia Co., Ltd CORPORATION JAPAN 22-1 Minami Takada-cho Saiin
Ukyo-ku Kyoto-shi JAPAN 615-0041

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry, Bracelets, Brooches, Buckles of precious metal, Clocks and
watches, Cuff links, Earrings, Hat ornaments of precious metal,
Jewelry cases of precious metal, Jewelry boxes of precious metal,
Necklaces, Pendants, Ornamental pins, Personal ornaments of precious
metal, Pearls, Powder compacts of precious metal, Purses of precious
metal, Rings, Shoe ornaments of precious metal, Silver ornaments, Tie
clips, Tie pins, Trinkets, Watch bands, Medallions, Tiaras.  First
Use: 2001/10/01.  First Use In Commerce: 2001/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Bags, Pouches, Handbags, Attache cases, Backpacks, Briefcases,
Business card cases, Name card cases, Garment bags for travel, Pocket
wallets, Purses, not of precious metal, Shopping bags made of leather
or textile, Suitcases, Traveling bags, Traveling trunks, Valises,
Vanity cases sold empty, Hat boxes of leather, Key cases, Parasols,

-1-

**Print: Nov 26, 2008**                    **78911189**

Umbrellas, Canes.  First Use: 2001/10/01.  First Use In Commerce:
2001/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Formal
clothing, namely, cummerbunds, tuxedo shirts, Wedding dresses,
Tuxedos, Garters, Sock suspenders, Suspenders, Bands, Belts, Footwear,
Fancy clothes, namely evening gowns, evening dresses, women's
ceremonial dresses, Dresses, Specially designed athletic clothing,
namely, athletic uniforms, Specially designed athletic footwear, Caps,
Headwear, Scarves, Shawls, Suits, Shirts, Skirts, Socks, Camisoles,
Corsets, Petticoats, Masquerade costumes, Veils, Gloves.  First Use:
2001/10/01.  First Use In Commerce: 2001/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 026.  US  037 039 040 042 050.  G & S:
Hair ornaments, Barrettes, False hair, Artificial flowers, Artificial
flowers of textile, Artificial flowers of paper, Corsage, Ribbons,
Hair ribbons, Hair nets, Hair bands, Hair pins and grips, Brooches for
clothing, Buttons, Shoe ornaments not of precious metal, Hat ornaments
not of precious metal.  First Use: 2001/10/01.  First Use In Commerce:
2001/10/01.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Translation Statement**
The foreign wording in the mark translates into English as SCENE OF
ONE.

**Filing Date**
2006/06/19

**Examining Attorney**
ENGEL, MICHAEL

**Attorney of Record**
Diana Michelle Sobo

-2-

*Scena D'uno*

**Print: Nov 26, 2008**                                **78920019**

**DESIGN MARK**

**Serial Number**
78920019

**Status**
REGISTERED

**Word Mark**
DENVER BRONCOS

**Standard Character Mark**
Yes

**Registration Number**
3237249

**Date Registered**
2007/05/01

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
PDB Sports, Ltd. DBA Denver Broncos LIMITED PARTNERSHIP COLORADO 13655
Broncos Parkway Englewood COLORADO 80112

**Goods/Services**
Class Status -- ACTIVE. IC 014. US  002 027 028 050. G & S:
Jewelry, watches, clocks, pins being jewelry, earrings, necklaces,
bracelets, charms, precious metal money clips, tie pins, rings being
jewelry, collectible coins, coins of precious metal, pendants and key
chains made of precious metal. First Use: 1980/09/30. First Use In
Commerce: 1980/09/30.

**Goods/Services**
Class Status -- ACTIVE. IC 028. US  022 023 038 050. G & S: Toys
and sporting goods, namely, plush toys, stuffed toy animals, play
figures, golf balls, golf bags, golf clubs, golf club covers,
footballs, toy banks, board games relating to football, Christmas tree
ornaments, toy and decorative windsocks, toy cars and trucks, billiard
balls, dart boards, playing cards and miniature replica helmets.
First Use: 1970/09/30. First Use In Commerce: 1970/09/30.

**Goods/Services**

-1-

**Print: Nov 26, 2008**                          **78920019**

Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Football helmets, telephones, cell phone covers, cell phone straps,
magnetic coded charge cards, decorative magnets, audio tapes,
pre-recorded videotapes and DVDs featuring the sport of football,
computer game software and disks, mouse pads and video game
cartridges.  First Use: 1970/09/30.  First Use In Commerce:
1970/09/30.

**Prior Registration(s)**
0921748;0921750;1807452;AND OTHERS

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DENVER" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2006/06/29

**Examining Attorney**
LEIPZIG, MARC

**Attorney of Record**
Paula M. Guibault

# DENVER BRONCOS

**Print: Nov 26, 2008**                          **78920110**

**DESIGN MARK**

**Serial Number**
78920110

**Status**
REGISTERED

**Registration Number**
3239474

**Date Registered**
2007/05/08

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
PDB Sports, Ltd. DBA Denver Broncos LIMITED PARTNERSHIP COLORADO 13655
Broncos Parkway Englewood COLORADO 80112

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Football helmets, telephones, cell phone covers, cell phone straps,
magnetic coded charge cards, decorative magnets, pre-recorded
videotapes and DVDs featuring the sport of football, computer game
software and disks, mouse pads and video game cartridges.  First Use:
1997/09/15.  First Use In Commerce: 1997/09/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry, watches, clocks, pins, earrings, necklaces, bracelets,
charms, precious metal money clips, tie pins, rings, collectible
coins, commemorative non-monetary precious metal coins, pendants and
key chains made of precious metal.  First Use: 1997/09/15.  First Use
In Commerce: 1997/09/15.

**Prior Registration(s)**
2175702;2177555;2177559;AND OTHERS

**Description of Mark**
The mark consists of a stylized design of a horse head.

**Filing Date**
2006/06/29

-1-

**Print: Nov 26, 2008**                    **78920110**

**Examining Attorney**
BULLOFF, TOBY

**Attorney of Record**
Paula M. Guibault



**Print: Nov 26, 2008**                    **78967190**

**DESIGN MARK**

**Serial Number**
78967190

**Status**
REGISTERED

**Word Mark**
TENNESSEE TITANS

**Standard Character Mark**
Yes

**Registration Number**
3261094

**Date Registered**
2007/07/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Tennessee Football, Inc. CORPORATION DELAWARE 800 South Gay Street,
Suit 2021 Knoxville TENNESSEE 37929

**Goods/Services**
Class Status -- ACTIVE. IC 009. US 021 023 026 036 038. G & S:
Football helmets, magnetic coded charge cards, decorative magnets,
audio tapes and CD's, pre-recorded videotapes and DVD's featuring the
sport of football, computer game software and disks, mouse pads and
video game cartridges. First Use: 1999/09/00. First Use In Commerce:
1999/09/00.

**Goods/Services**
Class Status -- ACTIVE. IC 014. US 002 027 028 050. G & S:
Jewelry, watches, clocks, pins, earrings, necklaces, charms,
collectible coins, coins of precious metal, pendants and key chains
made of precious metal. First Use: 1999/09/00. First Use In
Commerce: 1999/09/00.

**Prior Registration(s)**
2439028;2439029;2493049;AND OTHERS

-1-

**Print: Nov 26, 2008**                    **78967190**

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TENNESSEE" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2006/09/05

**Examining Attorney**
BHANOT, KAPIL

**Attorney of Record**
David M. Proper

# TENNESSEE TITANS

**Print: Nov 26, 2008**                    **78967246**

**DESIGN MARK**

**Serial Number**
78967246

**Status**
REGISTERED

**Word Mark**
T

**Standard Character Mark**
No

**Registration Number**
3264909

**Date Registered**
2007/07/17

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Tennessee Football, Inc. CORPORATION DELAWARE 800 South Gay Street,
Suite 2021 Knoxville TENNESSEE 37929

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Football helmets, magnetic coded charge cards, decorative magnets,
audio tapes, pre-recorded videotapes and DVD's featuring the sport of
football, computer game software and disks, mouse pads and video game
cartridges.  First Use: 1999/09/00.  First Use In Commerce:
1999/09/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
Jewelry, watches, clocks, pins, earrings, necklaces, charms,
collectible coins, coins of precious metal, pendants and key chains
made of precious metal.  First Use: 1999/09/00.  First Use In
Commerce: 1999/09/00.

**Prior Registration(s)**
2390403;2392185;2392186;AND OTHERS

-1-

**Print: Nov 26, 2008**                        **78967246**

**Description of Mark**
The mark consists of a stylized design of a circle with a stylized
letter T, stars and flames.

**Filing Date**
2006/09/05

**Examining Attorney**
BHANOT, KAPIL

**Attorney of Record**
David M. Proper



**Print: Nov 26, 2008**                    **78978447**

**DESIGN MARK**

**Serial Number**
78978447

**Status**
REGISTERED

**Word Mark**
STYLE WITH A CONSCIENCE

**Standard Character Mark**
Yes

**Registration Number**
3534204

**Date Registered**
2008/11/18

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Fair Indigo, LLC LIMITED LIABILITY COMPANY WISCONSIN 610 S. Wisconsin
St. Mineral Point WISCONSIN 53565

**Goods/Services**
Class Status -- ACTIVE. IC 018. US  001 002 003 022 041. G & S:
Handbags, luggage, all-purpose carrying bags, backpacks and athletic
bags. First Use: 2006/09/18. First Use In Commerce: 2006/09/18.

**Goods/Services**
Class Status -- ACTIVE. IC 025. US  022 039. G & S: Clothing,
namely, shirts, T-shirts, sweaters, sweatshirts, pullovers, coats,
vests, pants, shorts, bandanas, scarves, belts, ties, rainwear, swim
suits, swim trunks, shoes, and headwear, namely, caps and hats. First
Use: 2006/09/18. First Use In Commerce: 2006/09/18.

**Goods/Services**
Class Status -- ACTIVE. IC 035. US  100 101 102. G & S: Retail
store services, mail order retail store services, and online retail
store services for apparel, clothing accessories, handbags, and
jewelry. First Use: 2006/09/18. First Use In Commerce: 2006/09/18.

-1-

**Print: Nov 26, 2008**                     **78978447**

**Filing Date**
2006/03/23

**Examining Attorney**
BENMAMAN, ALICE

**Attorney of Record**
Erin R. Ogden

# STYLE WITH A CONSCIENCE

**Print: Nov 26, 2008**                    **78979286**

**DESIGN MARK**

**Serial Number**
78979286

**Status**
REGISTERED

**Word Mark**
WILD PLANET

**Standard Character Mark**
No

**Registration Number**
3354500

**Date Registered**
2007/12/11

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Wild Planet Entertainment, Inc. CORPORATION CALIFORNIA 225 Bush Street
13th Floor San Francisco CALIFORNIA 94104

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: T-shirts, hats,
sweatshirts, sweatpants, shorts, socks, night gowns, bathrobes,
slippers, pajamas, jackets, athletic shoes, sneakers, a hooded
sweatshirt, jacket or outer coat with speakers mounted into the hood
and wired to the chest pocket of the sweatshirt, jacket or outer coat
that holds a separately sold sound output device, such as a CD player,
minidisk player or other music storage device.  First Use: 2004/07/15.
 First Use In Commerce: 2004/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 011.  US  013 021 023 031 034.  G & S:
Ornamental electrical devices in the form of a lighting unit or lamp,
flashlights, flashlights capable of displaying messages, field lights,
miniature light-emitting diode lights, electronic kit consisting of a
fan, lamp, radio and power supply.  First Use: 2004/07/15.  First Use
In Commerce: 2004/10/01.

-1-

**Print: Nov 26, 2008**                    **78979286**

## Goods/Services

Class Status -- ACTIVE.  IC 028.  US  022 023 038 050.  G & S: Toys
and playthings, namely, action figures and accessories therefor,
electronic action toys, aero-dynamic disk for playing catching games,
toy musical instruments, playground balls, toy construction blocks,
board games, toy science kits, toy chemistry sets that include
chemical supplies and instructions, and electronic kits containing
small electronic devices and instructions for creating electronic
toys, dolls and doll accessories, kites, costume masks, toy mobiles,
model airplanes, observation toys, namely, toy telescopes, toy
microscopes, toy periscopes, toy binoculars, and combination toy
telescopes/microscopes, construction/puzzle toys with sculptured
pieces, water toys, namely, water projecting, squirting and floating
toys and toy barometers; toy explorer sets which contain magnifying
glasses and plastic toys for narrative viewing; toy listening devices
consisting of an amplifier and headphones used for listening to birds,
insects and other natural sounds, toy gloves with plastic items
attached used for playing make-believe games, toy communication
devices consisting of small wireless two-way radios, toy bug
collecting kits consisting of paraphernalia for collecting insects;
toy flashlights, toy planetariums, toy canteens, toy battery belt, toy
microphone/loudspeaker, toy construction sets; toy watches and toy
lanterns; hobby craft sets for use by children to make jewelry and
tile art, glow-in-the-dark toys, toy kaleidoscopes, toy carry-all
belts, non-metallic knives with toy tools, combination toy plastic
knives with tools sold as a unit, toy radios, toy headphones, an
interactive toy consisting of a liquid filled container with buttons
to press for interactive functions containing toy characters and
accessories, an interactive toy consisting of a toy character in a
sealed dome with buttons to press for interactive functions, character
toys, inflatable bath toys, plush toys, stuffed dolls and animals,
Christmas tree ornaments, puzzles, mechanical toys, toy balls, toy
jewelry, toy dishes including toy plates, toy cups, toy mugs and toy
bowls, floating waterproof toy FM radio with sound effects that can be
heard above and below water, and accessories therefore, namely, a toy
underwater speaker, toy periscopes for use under water, toy electronic
savings bank, a toy beaded curtain with capability to record messages,
and ball, electrical and electronic toys, namely, toy motion alarms;
radio and voice control toy robots, toy vehicles, toy banks, toy
clocks, toy calculators; toy telephones, and toy desk accessories with
sound effects, namely toy pencils, toy lamps, toy pens, toy staplers,
toy staple removers, toy pencil holders, toy tape dispensers, and toy
letter openers; toy jewelry boxes; toy electronic beaded curtain that
moves with lights, sound and music; toy music boxes; toy
walkie-talkies with FM radio, toy gliders, kaleidoscopes, carry-all
belts, toy canteens and field lights, water toys, namely pump action
water sprayers, toy electronic door alarm, toy recording device with
playback that speeds up or slows down the recording, children's
multiple activity toys, a toy small single lens magnifier with green
night vision light, a toy alarm sensitive to movement, and a toy
listening device with ear bud connected to a handheld device

-2-

amplifying sounds, all with cases clipping onto included belt, sold as
a unit, inflatable toy FM radio with headphones, toy fan, toy lamp,
toy radio and power supply, sold as a unit, child's personal toy music
studio mixer for mixing and creating songs, toy FM clock radio with
capability to record a personalized alarm message, toy binoculars with
lights, toy exploration utility belts, toy metal detectors, toy
telescopes, toy cameras, toy camping gear, combination toy backpacks
containing toy compasses, toy flashlights, and water bottles sold as a
unit, outdoor water toys and games consisting of masks, snorkels, dive
balls, underwater dive and search games, pool games, swimming fish
games, water projecting devices and yard toys and yard games such as
tag, sliding games, running games, jumping games, racing, dodging, and
hiding games, a small toy that contains a toy flashlight, toy flip-out
magnifying lens that works with toy tweezers and a toy karabiner style
clip, toy radio transmitters and receivers, small toy bicycle and
attached figure that are propelled across the floor using a pull cord,
an action skill game for use in the water, toy listening device that
is disguised as a CD player with ear buds for listening and pen and
notepad for note taking sold as a unit, toy mini paper shredder with
hidden drawer containing notepad and ink pen used to write message and
red screen or red light to reveal message, toy safe that is disguised
as a book with toy removable motion sensor alarm, with alarm and
programmable individual access code, inflatable toys for use in the
water, a toy electronic game featuring a toy remote sound receiving
device and a toy one way walkie-talkie, sold as a unit, toy magnifying
glasses, cloth or plastic toy carrying cases, toy fingerprinting kits,
toy electronic listening devices, toy boxes with hidden compartments,
toy rings and watches, and toy badges, toy message kit, comprising
edible paper and ink and message launcher with disks into which
messages fit, board games, electronic games, role playing toys and
games, toy spy kit, namely, toy walkie-talkies, spy scopes and
magnifying glasses, toy fingerprinting kits, blacklight flashlights,
toy one-way and two-way radios, toy listening devices, toy carrying
cases, toy boxes with hidden compartments, spy detection devices
consisting of toy motion sensors, toy electronic listening devices,
toy magnifying glasses, toy watches, toy radios and toy walkie-talkie
radios, toy cameras, pens for writing encoded messages and decoding
devices, radio control vehicles, two-way, hands-free toy walkie-talkie
with a clip to attach to a backpack or belt; headset walkie-talkie,
toys and playthings, namely a toy listening device with ear bud
connected to a handheld device amplifying sounds with case clipping
onto included belt, toys and playthings, namely two toy tracking pods
paired with a toy radar-like device that indicates the distance the
user is from the pods, toy electronic game featuring an early warning
system comprised of portable motion sensors and light-up display that
permits user to follow movement within a specified area, toy digital
spy watch with world time, message coder, and finger activated sensor,
toy motion sensor and recording device that plays a recorded message
when the sensor is triggered, toy mini wrist-mounted camera which
takes real 35mm photos, soft inflatable batons with an electronic
sensor that counts the number of hits received, to be used in a safe,

physical game of agility and skill, a game that employs a set of two
toy arm pads with built-in sensors that register the number of times
they are hit during the game, electric and non-electric role playing
toys, role playing games, hand held units for playing electronic role
playing games, electronic educational game machines for children, toy
watches, toy gloves with small plastic items attached used for playing
make-believe games, toy science kits containing utensils, beakers,
flasks, and stirrers; flying toys, and toys that are propelled, toy
speakers that are mounted into the hood of a hooded sweatshirt, jacket
or outer coat and wired to the chest pocket of the sweatshirt, jacket
or outer coat that holds a separately sold toy sound output device,
such as a toy CD player, toy minidisk player or other toy music
storage device, writing instrument toy, toy wallet with built-in
recording device and three gadget ID cards in the nature of a light
card, a scope card and a magnifying card, toys and playthings, namely
a set of four toy devices including a toy sound recorder, toy pop up
scope, toy watch, and toy light-emitting diode light that snap on to a
specially designed zipper, sold as a unit, toy binoculars with real
35mm camera, game consisting of two tracking pods paired with a
handheld radar-like device that indicates the distance the user is
from the pods; motion sensor and recording device that plays a
recorded message when the sensor is triggered, inflatable batons with
an electronic sensor that counts the number of hits received, game
that employs a set of two arm pads with built-in sensors that register
the number of times they are hit; toy coin banks.  First Use:
2004/07/15.  First Use In Commerce: 2004/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S: Alarm
clocks incorporating FM radios with capability to record a
personalized alarm message, watches and jewelry, watches containing an
electronic game function and accessories therefor.  First Use:
2004/07/15.  First Use In Commerce: 2004/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Tote bags, wallets, backpacks, fanny packs, school bags, all purpose
sports bags and duffle bags.  First Use: 2004/07/15.  First Use In
Commerce: 2004/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Coloring books, comic books, sticker books, calendars, trading
cards, pencils, pens, stationery, note pads, notebooks, activity kits,
printed instructional, educational, and teaching materials in the area
of inventions by children, children's story books and junior
novelization books, all featuring scenes, events and depictions from
applicant's toy products, printed cards for use in trading card
collectable game, printed paper, namely, fake identification cards,
fake badges, play money, play business cards, and play passports and
paper tissues, modeling compounds, crayons, chalk, markers, books and

-4-

**Print: Nov 26, 2008**                            **78979286**

publications, namely, children's activity books, and paint and paper
craft kits, pens for writing encoded messages and decoding devices
consisting of printed keys used to decipher encoded messages.  First
Use: 2004/07/15.  First Use In Commerce: 2004/10/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Educational software for children in the nature of action and
adventure games, computer programs for pre-recorded games, children's
video game programs, video disks, and video tapes with pre-recorded
animated cartoons, cinematographic films presenting children's
adventure stories, cassette tape players, radios, [ combination radio
cassette tape players and cassette tape recorders, ] radios
incorporating clocks, cassette tape players and cassette tape
recorders incorporating clocks and radios, compact disc players, DVD
players, coin sorters, baby room monitors, ornamental remote control
electric light switches, electronic beaded curtain that moves with
lights, sound and music, binoculars, telescopes, periscopes,
walkie-talkies, headphones, FM radio incorporating alarm clocks with
capability to record a personalized alarm message, 35 mm cameras,
photographic cameras, floating waterproof FM radio with sound effects
that can be heard above and below water, motion sensor that sounds an
alarm when an object crosses over it, miniature sound recorder,
message recorder in the form of an electronic beaded curtain,
electronic kit consisting of radio, power supply, fan and lamp, studio
mixer for mixing and creating songs, swim masks and snorkels,
electronic speakers that are mounted into the hood of a hooded
sweatshirt, jacket or outer coat and wired to the chest pocket of the
sweatshirt, jacket or outer coat that holds a separately sold sound
output device, such as a CD player, minidisk player or other music
storage device, miniature sound recorder.  First Use: 2004/07/15.
First Use In Commerce: 2004/10/01.

**Description of Mark**
The mark consists of a red and orange oval in a swirl pattern with the
words Wild Planet in white and black superimposed over it and a small
stylized drawing of a planet in yellow and purple.

**Colors Claimed**
The colors red, orange, white, black, yellow and purple are claimed as
a feature of the mark.

**Filing Date**
2005/03/24

**Examining Attorney**
BORSUK, ESTHER A.

**Attorney of Record**
Lori Krafte

-5-



**Print: Nov 26, 2008**                               **77547410**

**DESIGN MARK**

**Serial Number**
77547410

**Status**
NON-FINAL ACTION - MAILED

**Word Mark**
GUMMY BEARS

**Standard Character Mark**
Yes

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Street Kids Entertainment CORPORATION CALIFORNIA 826 Majorca Place Los
Angeles CALIFORNIA 90049

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Animation
production services; Audio and video recording services; Audio
recording and production; Book publishing; Cable television
programming; Children's entertainment and amusement centers, namely,
interactive play areas; Composition of music for others; Concert
booking; Conducting entertainment exhibitions in the nature of
television shows; Distribution of motion picture films; Distribution
of radio programs for others; Distribution of television programming
to cable television systems; Distribution of television programs for
others; Dubbing; Editing of radio and television programmes; Editing
or recording of sounds and images; Entertainment in the nature of an
amusement park ride; Entertainment in the nature of an on-going
special variety, news, music or comedy show featuring Gummy Bears
characters broadcast over television, satellite, audio, and video
media; Entertainment in the nature of on-going television programs in
the field of children's entertainment; Entertainment in the nature of
visual and audio performances, and musical, variety, news and comedy
shows; Entertainment in the nature of Gummy Bears animated television
series; Entertainment services in the nature of an amusement park
attraction, namely, a themed area; Entertainment services in the
nature of an amusement park show; Entertainment services in the nature
of on-going television programs in the field of children's
entertainment; Entertainment services, namely providing a web site

-1-

featuring photographic, audio, video and prose presentations featuring
Gummy Bears; Entertainment services, namely providing a web site
featuring photographic, video and prose presentations featuring Gummy
Bears; Entertainment services, namely, a multimedia program series
featuring comedy, action and adventure distributed via various
platforms across multiple forms of transmission media; Entertainment
services, namely, an on-going series featuring Gummy Bears provided
through cable television, network television, webcasts, podcasts,
radio broadcasts; Entertainment services, namely, non-downloadable
ringtones, pre-recorded music, video and graphics presented to mobile
communications devices via a global computer network and wireless
networks; Entertainment services, namely, personal appearances by a
Gummy Bears character; Entertainment services, namely, production of
special effects including model-making services, computer-generated
imagery and computer-generated graphics for the production of motion
pictures, videos, and movie trailers; Entertainment services, namely,
providing a television program in the field of Gummy Bears via a
global computer network; Entertainment services, namely, providing a
web site featuring musical performances, musical videos, related film
clips, photographs, and other multimedia materials; Entertainment
services, namely, providing an on-line computer game; Entertainment
services, namely, providing on-line computer games; Entertainment
services, namely, providing on-line reviews of Gummy Bears;
Entertainment services, namely, providing podcasts in the field of
Gummy Bears; Entertainment services, namely, providing webcasts in the
field of Gummy Bears; Entertainment services, namely, the presentation
of live Christmas musical productions; Entertainment, namely, a
continuing children's show broadcast over television, satellite,
audio, and video media; Entertainment, namely, live music concerts;
Entertainment, namely, production of television shows; Fan clubs; Film
and video film production; Film and video production; Film and video
tape film production; Film distribution; Film production; Film rental;
Motion picture film production; Motion picture films and films for
television featuring children's entertainment; Motion picture rental;
Motion picture song production; Music video production; On-line
journals, namely, blogs featuring pre-school through third grade;
Party planning; Post-production editing services in the field of
music, videos and films; Preparing subtitles for movies; Presentation
of live show performances; Presentation of musical performance;
Production and distribution of independent motion pictures; Production
and distribution of motion pictures; Production and distribution of
radio programs; Production and distribution of television shows and
movies; Production of cable television programs; Production of closed
caption television programs; Production of DVDs, videotapes and
television programs featuring Gummy Bears; Production of films;
Production of radio and television programmes; Production of radio and
television programs; Production of radio or television programs;
Production of radio programmes; Production of radio programs;
Production of sound and image recordings on sound and image carriers;
Production of sound and music video recordings; Production of sound
recordings; Production of television and radio programmes; Production

-2-

**Print: Nov 26, 2008**                              **77547410**

of television programs; Production of video and computer game
software; Production of video and creation of visual effects for
others for use in DVDs, television programs and on web sites;
Production of video cassettes; Production of video discs and tapes;
Production of visual effects for videos, DVDs, television and for
internet web sites; Providing a computer game that may be accessed
network-wide by network users; Providing after school educational
programs for children in grades pre-school through third grade;
Providing facilities for movies, shows, plays, music or educational
training; Providing facilities for producing video, cinema and
photography productions; Provision of non-downloadable films and
television programmes via a video-on-demand service; Publication of an
e-zine; Publication of books; Publication of books, magazines,
almanacs and journals; Publication of books, of magazines, of
journals, of newspapers, of periodicals, of catalogs, of brochures;
Publication of brochures; Publication of electronic newspapers
accessible via a global computer network; Publication of magazines;
Publication of texts, books, magazines and other printed matter;
Publication of comic books; Publishing of books and reviews;
Publishing of books, magazines; Record master production; Record
production; Rental of motion picture films; Rental of motion pictures;
Rental of motion pictures and of sound recordings; Special effects
animation services for film and video; Television and radio
programming; Television production; Television program syndication;
Television programming; Television scheduling; Television show
production; Theatrical and musical floor shows provided at
discotheques and nightclubs; Video tape film production; Videotape
production.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2008/08/14

**Examining Attorney**
SLOAN, CYNTHIA

-3-

# Gummy Bears

**Print: Nov 26, 2008**                    **77547595**

## DESIGN MARK

**Serial Number**
77547595

**Status**
NEW APPLICATION - ASSIGNED TO EXAMINER

**Word Mark**
GUMMY BEARS

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Street Players Holding CORPORATION CALIFORNIA 826 Majorca Place Los
Angeles CALIFORNIA 90049

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: A series of books and written articles in the field of Gummy
Bears; Address books; Address books and diaries; Address labels;
Address stamps; Adhesive labels; Adhesive note pads; Adhesive note
paper; Adhesive tape dispensers for household or stationery use;
Adhesive tapes for stationery or household purposes; Adhesive tapes
for stationery purposes; Adhesive-backed photographs; Albums for
stickers; Announcement cards; Appliques in the form of decals; Art
pads; Art paper; Arts and craft clay kits; Arts and craft paint kits;
Autograph books; Babies' diapers of paper; Baby books; Ball pens; Ball
point pens; Baseball cards; Bibs of paper; Binder clips; Binders;
Birthday books; Blackboard erasers; Blackboards; Blackboards and scrap
books; Blackboards, drawing boards and easels; Blank cards; Blank
journal books; Blank journals; Blank note cards; Blank or partially
printed paper labels; Blank or partially printed postcards; Blank
paper notebooks; Blank writing journals; Book covers; Book markers;
Book marks; Book-cover paper; Booklets in the field of Gummy Bears;
Bookmarkers; Bookmarks; Books in the field of memory training
activities sold as a unit with two and three dimensional positionable
figures; Books in the field of Gummy Bears; Bottle wrappers of
cardboard or paper; Boxes of paper; Brag books; Bumper stickers; Burp
pads of paper; Calendar desk pads; Calendars; Calendars and diaries;
Cardboard boxes; Cards bearing universal greetings; Cards, namely,

-1-

Print: Nov 26, 2008                77547595

greeting cards, note cards; Caricatures; Cartoon prints; Cartoon
strips; Chalk; Chalk and blackboards; Chalk boards for school and home
use; Chalk erasers; Chalk sticks; Chalks; Children's activity books;
Children's books; Children's interactive educational books; Children's
storybooks; Christmas cards; Coasters made of paper; Color pencils;
Colored craft and art sand; Coloring books; Colour pencils; Coloured
pens; Comic books; Comic strips; Comic strips appearing in newspapers
and magazines; Comic strips' comic features; Commemorative stamp
sheets; Composition books; Craft paper; Crayons; Crepe paper;
Crossword puzzles; Decals; Decorations for pencils; Decorative paper
centerpieces; Decorative pencil-top ornaments; Decorative stickers for
helmets; Desk calendars; Desk sets; Diaries; Dispensers for adhesive
tapes for stationery or household purposes; Disposable diapers;
Disposable napkins; Disposable pads for diaper changing; Disposable
swim pants for children and infants; Disposable training pants; Dry
erase writing boards and writing surfaces; Dry transfer characters;
Educational publications, namely, educational learning cards, flash
cards, activity cards, workbooks, textbooks, activity books, story
books, puzzle books, printed puzzles, teacher guides, manuals, posters
and educational booklets in the field of Gummy Bears; Envelopes;
Envelopes for stationery use; Erasers; Extensions and attachments for
pencils; Fabric gift bags; Face towels of paper; Felt marking pens;
Felt pens; Felt tip markers; Felt writing pens; Felt-tip pens;
Fingerprint kits; Flags and pennants of paper; Flash cards; Flip
books; Folders; Food wrappers; General purpose plastic bags; Gift
books featuring Gummy Bears; Gift boxes; Gift cards; Gift wrap paper;
Gift wrapping paper; Glue for stationery or household purposes; Glue
for stationery or household use; Glue sticks stationery or household
use; Greeting cards; Greetings cards and postcards; Guest books;
Halloween goodie bags of paper or plastic; Hand towels of paper;
Handkerchiefs of paper; Highlighter pens; Highlighting markers;
Highlighting pens; Holders for adhesive tapes; Holiday cards;
Illustrated notepads; Illustration boards; Illustration paper;
Impression stamps; Invitation cards; Laminated paper; Loose leaf
binders; Loose leaf paper; Lunch bags; Magnetic boards; Markers;
Marking chalk; Memo pads; Memory books; Merchandise bags; Metallic
gift wrap; Metallic gift wrapping paper; Metallic paper party
decorations; Mini photo albums; Modeling clay; Modeling clay for
children; Modeling materials and compounds for use by children;
Modelling clay; Mounted posters; Murals; Music sheets; Musical
greeting cards; Napkin paper; Newspaper cartoons; Newspaper comic
strips; Note books; Note cards; Note pad holders; Note pads; Note
paper; Note papers; Notebook paper; Notebooks; Notepads; Occasion
cards; Office paper stationery; Packaging containers of paper;
Packaging, namely, blister cards; Paint applicator rollers; Paint
applicators; Paint applicators in the nature of sponges; Paint boxes
and brushes; Paint brushes; Paint rollers; Paint stick markers; Paint
stirrers; Paint stirrers and paddles; Paint trays; Paintbrushes;
Painting sets for children; Painting tablets; Paper; Paper baby bibs;
Paper badges; Paper bags; Paper bags and sacks; Paper bags for
packaging; Paper banners; Paper bows for gift wrap; Paper boxes for

storing greeting cards; Paper cake decorations; Paper clip holders;
Paper clips; Paper containers; Paper diapers; Paper display boxes;
Paper emblems; Paper flags; Paper folders; Paper food wrap; Paper for
bags and sacks; Paper gift bags; Paper gift tags; Paper gift wrap;
Paper gift wrap bows; Paper gift wrapping ribbons; Paper hand-towels;
Paper handkerchiefs; Paper handtowels; Paper hang tags; Paper hole
punches; Paper identification tags; Paper labels; Paper mache
figurines; Paper mats; Paper name badges; Paper napkins; Paper note
tablets; Paper notebooks; Paper pads for changing diapers; Paper party
bags; Paper party decorations; Paper party favors; Paper patches for
clothing; Paper pennants; Paper place mats; Paper ribbons; Paper
shopping bags; Paper staplers; Paper staples; Paper stationery; Paper
table cloths; Paper table linens; Paper tags; Paper take-out cartons
for food; Paper towels; Paper washcloths; Party goodie bags of paper
or plastic; Party ornaments of paper; Paste for handicraft, for
stationery or household purposes (banjaku-nori); Paste for stationery
or household purposes; Pastel crayons; Pastels; Pen and pencil cases;
Pen and pencil cases and boxes; Pen cases; Pen or pencil holders;
Pencil boxes; Pencil cases; Pencil or pen boxes; Pencil ornaments;
Pencil sharpeners; Pencils; Pencils for painting and drawing; Pennants
of paper; Pens; Pens for marking; Personalized coloring books for
children; Personalized paper place mats; Personalized writing
journals; Photo storage boxes; Photograph albums; Pictorial prints;
Picture books; Picture postcards; Pictures; Place cards; Place mats of
paper; Plastic adhesives for household or domestic use; Plastic bags
for disposable diapers; Plastic disposable diaper bags; Plastic gift
wrap; Plastic or paper bags for household use; Plastic sandwich bags;
Plastic sheets for writing, printing, and marking; Plastic shopping
bags; Plastic transparencies; Plastic trash bags; Plastic wrap; Pocket
calendars; Post cards; Postcards; Postcards and greeting cards;
Postcards and picture postcards; Posters; Posters made of paper;
Presentation boards; Printed calendars; Printed certificates; Printed
certificates for sports and/or entertainment fans; Printed
certificates in the field of sports and/or entertainment; Printed
emblems; Printed greeting cards with electronic information stored
therein; Printed invitations; Printed music books; Printed paper
labels; Printed periodicals in the field of Gummy Bears; Prints in the
nature of Gummy Bears; Protective covers for books; Push pins; Rubber
erasers; Rubber stamp; Rubber stamps; Ruled paper; Sandwich bags;
Scented drawer liners; School supply kits containing various
combinations of selected school supplies, namely, writing instruments,
pens, pencils, mechanical pencils, erasers, markers, crayons,
highlighters , folders, notebooks, paper, protractors, paper clips,
pencil sharpeners, writing grips, glue and book marks; School writing
books; Scrap books; Scrapbook albums; Scrapbooks; Scratch pads;
Scribble pads; Sheet music; Sketch books; Sketch pads; Sketchbooks;
Small blackboards; Social note cards; Song books; Stamp albums; Stamp
pad inks; Stamp pads; Staplers; Staples; Stationery; Stationery boxes;
Stationery writing paper and envelopes; Stencil cases; Stencil plates;
Stencils; Stick markers; Sticker albums; Stickers; Stickers; Stickers
and decalcomanias; Stickers and sticker albums; Stickers and

-3-

**Print: Nov 26, 2008**                          **77547595**

transfers; Stories in illustrated form; Table cloths of paper; Table
linens of paper; Table mats of paper; Table napkins of paper; Talking
children's books; Tear-off calendars; Telephone calling cards, not
magnetically encoded; Temporary tattoos; Three-ring binders;
Thumbtacks; Tissue paper; Trading card milk bottle caps; Trading
cards; Trivia cards; Unmounted posters; Wall calendars; Water colours;
Watercolours; Wire-bound notebooks; Wrapping paper; Writing pads;
Writing paper; Writing tablets; iron-on transfers.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2008/08/14

**Examining Attorney**
CROWLEY, SEAN

-4-

# Gummy Bears

**Print: Nov 26, 2008**                              **77547687**

**DESIGN MARK**

**Serial Number**
77547687

**Status**
NEW APPLICATION - ASSIGNED TO EXAMINER

**Word Mark**
GUMMY BEAR YUMMY'S

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Street Players Holding CORPORATION CALIFORNIA 826 Majorca Place Los
Angeles CALIFORNIA 90049

**Goods/Services**
Class Status -- ACTIVE.  IC 030.  US  046.  G & S: Cereal-based snack
foods; Chewing gum; Chewing gums; Chocolate bars; Chocolate candies;
Cookie dough; Cookie mixes; Cookies; Cookies and crackers; Corn
flakes; Crackers; Cup cakes; Dessert puddings; Dried pasta; Edible
cake decorations; Edible decorations for cakes; Edible fruit ices;
Edible ices; Flavored and sweetened gelatins; Flavored ices; Flavored,
sweetened gelatin desserts; Flavoring syrup; Frosting mixes;
Frostings; Frozen confectionery; Frozen confections; Frozen
confections, namely, freezer pops; Frozen dessert consisting of fruit
and cream or cream substitutes; Frozen yogurt; Fruit flavourings,
except essences; Fruit ice; Fruit ice bar; Fruit ices; Fruit jellies;
Fruit pies; Gelato; Gift baskets containing candy; Grain-based snack
foods; Granola; Granola snacks; Granola-based snack bars; Gummy
candies; Honey; Ice cream; Ice cream sandwiches; Ice cream substitute;
Ice creams; Ice for refreshment; Ice milk; Ice milk bars; Ice-cream;
Ice-cream cakes; Ices and ice creams; Icing; Icing mixes; Instant
pudding mixes; Italian ice; Lollipops; Macaroni; Macaroni and cheese;
Marshmallow; Marshmallow topping; Marshmallows; Milk chocolate; Milk
shakes; Mixes for bakery goods; Mixes for making baking batters;
Muffin mixes; Muffins; Oatmeal; Pancake syrup; Pasta; Pizzas; Prepared
pasta; Processed cereal-based food to be used as a breakfast food,
snack food or ingredient for making other foods; Processed cereals;
Puddings; Ready-to-eat cereals; Rice-based snack foods; Shakes; Shaved

-1-

**Print: Nov 26, 2008**                                    **77547687**

ice confections; Sherbet; Sherbets; Snack cakes; Snack mix consisting
primarily of crackers, pretzels, candied nuts and/or popped popcorn;
Sorbet; Sorbets; Spaghetti; Sugar-free chewing gum; Sugarfree sweets;
Sugarless candies; Sugarless chewing gum; Sugarless sweets; Sweets;
Table syrup.  First Use: 2008/08/14.  First Use In Commerce:
2008/08/14.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2008/08/14

**Examining Attorney**
CROWLEY, SEAN

# Gummy Bear Yummy's



http://www.bartleby.com/61/33/G0313300.html          11/26/2008 01:34:41 PM



**1.** Consisting of or containing gum. **2.** Covered or clogged with or as if with gum. **3.** Having the texture or properties of gum; sticky and viscid.

OTHER FORMS: **gum′mi·ness** —NOUN

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ gummous                                                                    gum plant ›

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



http://www.bartleby.com/61/46/B0134600.html          11/26/2008 01:35:56 PM



**3a.** One, such as an investor, that sells securities or commodities in expectation of falling prices. **b.** A pessimist, especially regarding business conditions. **4.** *Slang* Something that is difficult or unpleasant: *The final exam was a bear.* **5.** *Slang* A highway patrol officer.

ADJECTIVE:    Characterized by falling prices: *a bear market.*

ETYMOLOGY:    Middle English *bere*, from Old English *bera*. See **bher-**³ in Appendix I. Sense 3, probably from proverb *To sell the bear's skin before catching the bear.*

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹   bear¹                                                                    Bear, Mount   ›

Google    [                    ]   [ Search ]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com

**Learn Audio Recording**
Learn music production in high-end recording studios by pro engineers
www.audiorecordingschool.com

Ads by Google

| | |
|---|---|
| **To:** | Gummybear International Inc. (jsk1@radikal.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77548079 - GUMMY BEAR - N/A |
| **Sent:** | 11/26/2008 2:13:32 PM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE
### USPTO OFFICE ACTION HAS ISSUED ON 11/26/2008 FOR
### APPLICATION SERIAL NO. 77548079

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link
http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77548079&doc_type=OOA&mail_date=20081126 (or copy and paste this URL into the address field of your browser), or visit **http://tmportal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 11/26/2008.

**Do NOT hit "Reply"** to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at **http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**.  Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**