# EXHIBIT 7

# Exhibit 7 - Purchase order

