UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUMMYBEAR INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SOONOVA, LLC, ANHUI RON.VE.XIN INTERNATIONAL TRADE CO., LTD., etc. LISTED ON SCHEDULE A<br><br>    Defendants. | Case No.: 3:25cv-04832 |

   I, Christopher John Baton, being duly sworn according to law, do depose and state as follows:

   1.   I am over the age of eighteen (18) years and am competent to provide this testimony. I have personal knowledge of the facts set forth herein.

   2.   I am the defendant in this action and am fully familiar with the facts and circumstances of this matter.

   3.   I submit this affirmation in support of defendant's motion to dismiss.

   4.   I affirm this <u>30th</u> day of <u>September</u>, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

   5.   I am the CEO of Defendant Everymarket, Inc.

   6.   Everymarket, Inc. owns and operates an online store at https://everymarket.com. Everymarket, Inc. is a corporation incorporated in New York with its principal place of business in Missouri.

1

7.  Totally one unit of the product at issue in this litigation was sold and shipped to New York.

8.  The product at issue in this case was a Verceco-branded doll product manufactured and distributed by a third party with which Everymarket, Inc. had a "dropshipping" relationship. This means that if one of the products had sold, Everymarket, Inc. would have obtained the product from the third-party Amazon retailer named "Verceco" Store and then would have shipped the product to the consumer. Again, one unit of the product at issue was ever sold and that single unit was purchased by the Plaintiff's counsel.

9.  As soon as Everymarket, Inc. received notice of Plaintiff's alleged infringement claim, it immediately took down each listing.

10. Everymarket, Inc. does not manufacture any goods or products of the involved product in New York or the U.S.

11. Everymarket, Inc. does not have any stock of the involved product in New York or the U.S.

**FURTHER AFFIANT SAITH NOT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 30, 2025

_____
CHRISTOPHER JOHN BATON