| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-11-10 18:18:40 EST |
| Mark: | GUMMY BEAR |



| | | | |
|---|---|---|---|
| US Serial Number: | 77548079 | Application Filing Date: | Aug. 15, 2008 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | DEAD/APPLICATION/Withdrawn/Abandoned<br><br>The owner of the trademark application withdrew (e.g. abandoned) the application and the application is no longer active. |
| Amended to Principal Register: | Yes | Date Amended to Current Register: | Apr. 02, 2009 |
| Status: | Abandoned because the applicant filed an express abandonment. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| Status Date: | Jun. 05, 2009 | | |
| Date Abandoned: | Jun. 04, 2009 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | GUMMY BEAR |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of the color(s) gray, black, blue, green, white, yellow and red, with the color gray appearing in the right arm, top right portion of the torso, the left armpit, the legs, and the right shoe of the bear design, the color black appearing in the eyebrows, mouth, tongue, nose, pupils, and borders of the eye irises of the bear design, the color blue appearing in the eye irises of the bear design, the color green appearing in the body of the bear design, the color white appearing in the eye whites, eye irises, teeth, light reflections, border of the tongue, shorts, and shoes of the bear design, the color yellow appearing in the shorts and shoes of the bear design, and the color red appearing in the lettering of the wording "GUMMY BEAR". |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) gray, black, blue, green, white, yellow and red is/are claimed as a feature of the mark. |
| Disclaimer: | "GUMMY BEAR" |
| Design Search Code(s): | 03.01.14 - Bears other than pandas or teddy bears; Black bears; Grizzly bears; Koala bears; Koalas; Polar bears<br>03.01.26 - Costumed bears and those with human attributes<br>09.03.02 - Coveralls; Exercise clothes, shorts; Gym shorts; Jeans; Knickers; Overalls; Overalls; Pants; Shorts; Slacks; Sweatpants; Trousers<br>09.07.02 - Athletic shoes; Boots, ski; Exercise shoes; Gym shoes; Roller skates; Skates; Ski boots |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | (Based on Use; first use anywhere and in commerce: July 2007) Downloadable audio and video files, multimedia files and text files; |

|  |  |
|---|---|
| | (Based on Use; first use anywhere and in commerce: November 2007) Audio recordings and discs featuring music; (Based on Use; first use anywhere and in commerce: November 2007) Digital materials, namely, CDs and DVDs and digital audio and video discs featuring music and video animation prerecorded audio and video cassettes; (Based on Intent to Use) Video game interactive hand held remote controls for playing electronic games; electronic game software; electronic sound devices containing pre-recorded sounds for placement in toys, digital cameras; karaoke players, on-line discussion boards, webcasts and podcasts featuring music, fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for electronic devices |
| **International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** ACTIVE | |
| **First Use:** Jul. 2007 | **Use in Commerce:** Jul. 2007 |

| | |
|---|---|
| **For:** | (Based on Intent to Use) Baby bottles and pacifiers |
| **International Class(es):** 010 - Primary Class | **U.S Class(es):** 026, 039, 044 |
| **Class Status:** ACTIVE | |

| | |
|---|---|
| **For:** | (Based on Use; first use anywhere and in commerce: June 2008) Posters and stickers; (Based on Intent to Use) Autograph books; Baby books; Birthday books; Book marks; Brag books; Children's books; Coloring books; Comic books; Composition books; Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, puzzle books, printed puzzles, teacher's guides, manuals, posters and educational booklets in the field of language arts; Printed greeting cards with electronic information stored therein; Protective covers for books; Role playing game equipment in the nature of game book manuals; Song and music books |
| **International Class(es):** 016 - Primary Class | **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** ACTIVE | |
| **First Use:** Jun. 2008 | **Use in Commerce:** Jun. 2008 |

| | |
|---|---|
| **For:** | (Based on Intent to Use) Men's, women's and children's clothing |
| **International Class(es):** 025 - Primary Class | **U.S Class(es):** 022, 039 |
| **Class Status:** ACTIVE | |

| | |
|---|---|
| **For:** | (Based on Intent to Use) Toys and playthings namely, Bathtub toys; Battery operated action toys; Children's multiple activity toys; molded plastic and metal toy action figures; Inflatable toys; Plush and stuffed toys; Drawing and Sketching toys; Toy with internal audio; Toy and novelty face masks; Toy balloons; Toy boxes; Toy mobiles; Toy watches; electronic learning toys; dress up accessories |
| **International Class(es):** 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |
| **Class Status:** ACTIVE | |

| | |
|---|---|
| **For:** | (Based on Intent to Use) Candy, cookies and crackers |
| **International Class(es):** 030 - Primary Class | **U.S Class(es):** 046 |
| **Class Status:** ACTIVE | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | Yes | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Gummybear International Inc. |
| **Owner Address:** | 123 South Rt 23<br>Hamburg, NEW JERSEY UNITED STATES 07419 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** NEW JERSEY |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Virginia R. Richard, | **Docket Number:** | 85755 |

**Correspondent**

**Correspondent Name/Address:** VIRGINIA R. RICHARD,
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NEW YORK UNITED STATES 10166-4193

**Phone:** 212-294-6700

**Domestic Representative**

**&nbspDomestic Representative Name:** Winston & Strawn LLP

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 05, 2009 | ABANDONMENT NOTICE MAILED - EXPRESS ABANDONMENT | |
| Jun. 05, 2009 | ABANDONMENT - EXPRESS MAILED | |
| Jun. 04, 2009 | TEAS EXPRESS ABANDONMENT RECEIVED | |
| Apr. 03, 2009 | NON-FINAL ACTION MAILED | |
| Apr. 03, 2009 | NON-FINAL ACTION WRITTEN | |
| Mar. 12, 2009 | AMENDMENT FROM APPLICANT ENTERED | |
| Mar. 12, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 12, 2009 | ASSIGNED TO LIE | |
| Mar. 11, 2009 | PAPER RECEIVED | |
| Nov. 26, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 26, 2008 | NON-FINAL ACTION E-MAILED | |
| Nov. 26, 2008 | NON-FINAL ACTION WRITTEN | |
| Nov. 24, 2008 | ASSIGNED TO EXAMINER | |
| Aug. 20, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Aug. 19, 2008 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | MAI,TINA HSIN | **Law Office Assigned:** | LAW OFFICE 108 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 108 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Apr. 03, 2009 |