Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,028,169
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



STREET PLAYERS HOLDING (CALIFORNIA CORPORATION)
4203 REDWOOD AVE,#102
LOS ANGELES, CA 90066

FOR: TOYS AND PLAYTHINGS, NAMELY, BOARD GAMES, STUFFED ANIMALS, INFANT TOYS, AND MUSICAL TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN ,RED, ORANGE, BLUE-ISH PURPLE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF GREEN G, RED U, BLUE-ISH PURPLE M, ORANGE M, GREEN Y. GREEN OUTLINE AROUND WHITE BEARS.

SER. NO. 78-496,998, FILED 10-8-2004.

BRIAN PINO, EXAMINING ATTORNEY