UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :

GUMMYBEAR INTERNATIONAL, INC.,       :

                              Plaintiff,           :           25-CV-4832 (JMF)

               -v-                             :           <u>ORDER</u>

SOONOVA, LLC, et al.,                          :

                              Defendants.      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant EveryMarket, Inc. and Defendant IBSpot's new motions to dismiss, *see* ECF Nos. 85, 86, Defendant EveryMarket, Inc.'s earlier motion to dismiss filed at ECF No. 58 is hereby DENIED as moot.  Plaintiff shall file any opposition to the new motions, in the form of a single, consolidated brief, not to exceed 12,250 words, *see* Local Civil Rule 7.1(c), by **December 5, 2025**.  Defendants' replies, if any, are due by **December 12, 2025**.

       The Clerk of Court is directed to terminate ECF No. 58.

       SO ORDERED.

Dated: November 14, 2025
       New York, New York                        _____
                                                          JESSE M. FURMAN
                                                     United States District Judge