UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GUMMYBEAR INTERNATIONAL, INC.,  :
:
                    Plaintiff,  :
:       25-CV-4832 (JMF)
     -v-  :
:           ORDER
SOONOVA, LLC, et al.,  :
:
                  Defendants.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 14, 2025, Defendants Harbrot Toys Co., Ltd, PPWOUU a/k/a XiangYangShiZhenJiaMaoYiYouXianGongSi (756HUYTG Brand), Piviwn a/k/a chengdoushihonghengchangchanggongyipinyouxiango ngsi (Xhtang Brand), and Sharp Cow a/k/a Shenzhenshi anuosikejiyouxiangongsi (FTZOIIYV Brand) filed a motion to modify the preliminary injunction. *See* ECF No. 90. Plaintiff shall file a response, not to exceed seven pages, no later than **November 24, 2025**. No reply may be filed absent prior leave of Court.

       SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                            JESSE M. FURMAN
                                                   United States District Judge