UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
GUMMYBEAR INTERNATIONAL, INC.,                                        :
                                                                      :
                          Plaintiff,                                  :
                                                                      :                25-CV-4832 (JMF)
            -v-                                                       :
                                                                      :                ORDER
SOONOVA, LLC, et al.,                                                 :
                                                                      :
                          Defendants.                                 :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants Harbrot Toys Co., Ltd, PPWOUU, Pivwin, and Sharp Cow are hereby GRANTED leave to file a reply in support of their motion to modify the preliminary injunction. Defendants should file a single consolidated brief that also includes their opposition, if any, to Plaintiff's cross-motion for a prejudgment attachment and/or posting of security costs, *see* ECF No. 102; *see also* ECF No. 103, no later than **December 17, 2025**. Plaintiff may file a reply in support of their cross-motion by **December 23, 2025**.

      SO ORDERED.

Dated: December 10, 2025
     New York, New York

_____
JESSE M. FURMAN
United States District Judge