

December 12, 2025

<u>LETTER MOTION FOR EXTENSION</u>

<u>VIA ECF</u>
Honorable Jesse M. Furman
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Gummybear International, Inc. v. Soonova LLC, et al., 1:25-cv-04832***

Dear Judge Furman,

Anderson & Associates Law, P.C. ("A&A") represents Defendants IBSpot.com Inc. and Everymarket, Inc. (collectively, "Defendants") in the above-captioned matter. Counsel writes this letter motion to respectfully move this Court to grant Defendants an extension of the current deadline of December 12, 2025 to respond to Plaintiff's opposition to Defendants' motion to dismiss.

This is Defendants' first request for an extension. Defendants were unsuccessful in obtaining Plaintiff's consent because the Plaintiff was unable to be reached by Plaintiff's counsel. Defendants respectfully request this Court treat this letter as constituting a motion for the relief requested. The Plaintiff respectfully requests an extension of 31 days, through and including January 12, 2026, by which to respond to the Plaintiff's opposition to Defendants' motion to dismiss.

It is understood that, pursuant to 2(D) of Individual Rules Practices in Civil Cases ("Judge's Rules"), absent an emergency, any request for extension shall be made 48 hours before the deadline. Defendants sincerely apologize for the inconvenience this may cause.

Defendants seek this extension for the fact that Counsel for defendants is currently managing overlapping briefing obligations and ongoing matters in this case, and, therefore, additional time is necessary in order to prepare a complete and thoughtful reply addressing the issues raised in Plaintiff's opposition.

Accordingly, the Defendants respectfully submit this letter motion to request this Court grant a 31-day extension of time to respond to Plaintiff's opposition to Defendants' motion to dismiss, through and including January 12, 2026.

Dated: December 12, 2025

Respectfully submitted,

/s/ *Yen-Yi Anderson*
**ANDERSON &**
**ASSOCIATES LAW, P.C.**
347 W 36th St. #1003,
New York, NY 10018
(646) 201-9117 - Telephone
(646) 439-4396 – Fax
y.anderson@aalawpc.com

*Attorney for Defendants*