UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                              :

GUMMYBEAR INTERNATIONAL, INC.,      :

                            :

            Plaintiff,        :

                            :        25-CV-4832 (JMF)

      -v-                   :

                            :        ORDER

SOONOVA, LLC, et al.,           :

                            :

            Defendants.     :

                            :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **November 18, 2025**, Defendant Soonova, LLC was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 106. To date, Defendant has failed to appear in this action. No later than **December 22, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: December 15, 2025
       New York, New York

                                    JESSE M. FURMAN
                              United States District Judge