# KAGEN, CASPERSEN & BOGART PLLC
### ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

551 MADISON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10022
(212) 880-2045
(646) 304-7879 (FACSIMILE)

March 4, 2026

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24B
New York, NY 10007-1312

> **Re:** ***Gummybear International, Inc.***
> **Case No.: 25-cv-4832**

Dear Judge Furman:

Plaintiff Gummybear International, Inc. ("Plaintiff") writes to supplement the March 2, 2026 status report based upon information provided by the NTD Law firm in China regarding its service of process efforts.

For the convenience of the Court, Plaintiff attaches hereto Schedule A which contains a detailed summary of the NTD Law Firm's service of process efforts in China. In Schedule A, the NTD Law firm reports that:

1) **Completed Service of Process**: The following four Defendants were successfully served: Defendant 3 (Jinhua Hairong Import and Export Co., Ltd.); Defendant 13 (Yiwu Ali Toy Co., Ltd.); Defendant 46 (Guangzhou Zhongli Amusement Equipment Group Co., Ltd); and Defendant 64 (Dongguan Guotong Toys Company, Limited).

2) **Refused to Accept Service of Process:** Defendant 7 (Shenzhen Lechi Creative Industrial Co., Ltd.) and Defendant 9 (Shenzhen Toysking Industrial Co., Ltd.) refused to accept service of process of the legal papers that local court personnel attempted to deliver. These two defendants confirmed that service of process was attempted at the proper legal address but nevertheless refused to sign the Acknowledgement of Service upon advice from the Defendants' legal representative.

3) **Erroneous Registered Address**: For the following three Defendants, service of process was unsuccessful at the officially registered address with Market Supervision and Administration because the Defendants were not actually located at their registered addresses: Defendant 14 (Wuhan Xibao Purchase Electronic Commerce Company, Ltd.); Defendant 43 (Shenzhen Jun Ye Trading Co., Ltd.); and Defendant 65 (Shenzhen Tianzhiheng Trading Company Limited).

KAGEN, CASPERSEN & BOGART PLLC

<div align="right">Honorable Jesse M. Furman<br>March 4, 2026<br>Page 2</div>

4) **<u>Service of Process Efforts Pending</u>:** For twenty three (23) Defendants, Plaintiffs are still waiting to hear from China's Central Authority on whether service of process has been effectuated.

Plaintiff respectfully submits that Plaintiff's service of process of the Complaint should be deemed effective upon those Defendants that refused to accept service of the Complaint from the Central Authority and the local courts. These Defendants had prior knowledge of the Complaint's contents when refusing service. Consistent with this Court's directives, Plaintiff previously sent the pleadings via electronic mail to each Defendant and to all relevant e-commerce platforms and payment processors. The purposes of the Hague Convention are not advanced by requiring Plaintiff to incur more attorney's fees and service of process costs to attempt to serve companies that are deliberately evading service with full knowledge of the lawsuit.

Additionally, Plaintiff submits that its service of process via electronic mail upon those Defendants that provided incomplete, inaccurate or false registered addresses should also be deemed complete and valid. These Defendants also had knowledge of the lawsuit based on Plaintiff's sending the pleadings via electronic mail to each Defendant and to all relevant e-commerce platforms and payment processors (who acted to freeze accounts, remove infringing listings, and to notify their customers of the TRO as well). The "Hague Convention does not apply, however, 'where the address of the person to be served with the document is not known.'" *ABC v. DEF*, 2024 U.S. Dist. LEXIS 229046, at *2-3 (S.D.N.Y. Nov. 12, 2024) (quoting Hague Convention, Art. 1). An address is "'not known' if the plaintiff exercised reasonable diligence in attempting to discover a physical address for service of process and was unsuccessful in doing so." *Id*. at *3 (citation omitted).

To preserve judicial economy, Plaintiff proposes submitting a comprehensive declaration from the NTD Law Firm regarding Plaintiff's service of process efforts once more information is known about Plaintiff's efforts to serve the additional twenty-three Defendants that the Central Authority is still attempting to serve.

<div style="margin-left: 40%;">Respectfully submitted,<br><br>/s/ Russell Bogart<br>Russell Bogart</div>

Attachment

# SCHEDULE A

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Defendant # | Defendant Business Name in English and Chinese | Status | Business Address from E-commerce Platform | Registered Address from AMR Records |
| 2-3 | 2 | Anhui Ron.Ve.Xin International Trade Co., Ltd. 安徽荣维鑫国际贸易有限公司 | Pending. | Luying Village, Shiliang Town, Tianchang, Anhui, China (Mainland) | Luying Village, Shiliang Town, Tianchang, Anhui Province, China 天长市石梁镇陆营村 |
| 4-5 | 3 | Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo 金华市海容进出口有限公司 | The documents have been served. | Room 1039, Zone 3, Cross-Border Park, 328 Wang Road, Jinhua, Zhejiang, China | Room 1039, 10th Floor, Zone 3, Cross-border Park, No. 328 Wangdao Road, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province, China 浙江省金华市义乌市北苑街道望道路328号跨界园三区10楼1039室 |
| 6-7 | 4 | Shanghai Cheeron Industrial Co., Ltd. 上海亿恒工艺品有限公司 | Pending. | Room 802, Rainbow Business Building, No. 18, West Gate Road, Huinan Town, Shanghai, China | Room 122, Building 1, No. 3421 Shangnan Road, Pudong New Area, Shanghai, China 浦东新区上南路3421号1幢122室 |
| 8-9 | 5 | Shenzhen Douluo E-Commerce Co., Ltd. 深圳斗罗电子商务有限公司 | Pending. | 415-1, Building 1, Zhenxing Yungu, No. 233, Bulong Road (Buji Section), Shuijing Community, Jihua Street, Shenzhen, Guangdong, China | 415-1, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, China 深圳市龙岗区吉华街道水径社区上水径布龙路（布吉段）233号振兴云谷1栋415-1 |
| 10-11 | 6 | Shenzhen Ji Mi Technology Co., Ltd. 深圳市吉觅科技有限公司 | Pending. | 7a506, Phase 2, Manjinghua Xiyueli, Longgang Street, Shenzhen, Guangdong, China | 415-2, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, China 深圳市龙岗区吉华街道水径社区上水径布龙路（布吉段）233号振兴云谷1栋415-2 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 12 | | Shenzhen Lechi Creative Industrial Co., Ltd. | The documents have not been served. The recipient refuses to accept the documents. | | Room 301, Factory Building (G1) , No. 173 Gushu 1st Road, Guxing Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, China |
| 13 | 7 | 深圳市乐驰创意实业有限公司 | The legal representative of the company was not working at the factory. When an employee called the legal representative, the latter confirmed that the service address of defendant 7 and defendant 9 was the aforementioned factory, but refused to sign the acknowledgment of service. | Room 301, Factory Building, No. 173 Gushu 1st Road, Guxing Community, Xixiang Street, Shenzhen, Guangdong, China | 深圳市宝安区西乡街道固兴社区固戍一路173号厂房（G1）301 |
| 14 / 15 | 8 | Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory深圳市莱文环宇科技有限公司 | Pending. | 4 / F, Building B, No.48, Baonan Road, Nanlian Sixth Industrial Zone, Longgang Street, Shenzhen, Guangdong, China | 4th Floor, Building B, No. 48 Baonan Road, Nanlian Sixth Industrial Zone, Longgang Street, Longgang District, Shenzhen, Guangdong Province, China 深圳市龙岗区龙岗街道南联第六工业区宝南路48号B栋4楼 |
| 16 | | Shenzhen Toysking Industrial Co., Ltd. | The documents have not been served. The recipient refuses to accept the | | Room 301, Factory Building (G1) , No. 173 Gushu 1st Road, Guxing Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, China |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 17 | 9 | 深圳市富驰实业有限公司 | documents.<br><br>The legal representative of the company was not working at the factory. When an employee called the legal representative, the latter confirmed that the service address of the company was the aforementioned factory, but refused to sign the acknowledgment of service. | 1011 Baotong Building, No. 215 Baomin 1st Road, Wenhui Community, Xin'an Street, Shenzhen, Guangdong, China | 深圳市宝安区西乡街道固兴社区固戍一路173号厂房（G1）301 |
| 18<br>19 | 10 | Shenzhen Tuoyi Electronic Commerce Co., Ltd.<br><br>深圳拓一电子商务有限公司 | Pending. | 415-1, Building 1, Zhenxing Yungu, No. 233 Bulong Road, Shuijing Community, Jihua Street, Shenzhen, Guangdong, China | Room 505, Building 1, Zhenxing Yungu, No. 233 Bulong Road (Buji Section), Shuijing Community, Jihua Street, Longgang District, Shenzhen, Guangdong Province, China<br><br>深圳市龙岗区吉华街道水径社区上水径布龙路(布吉段)233号振兴云谷1栋505 |
| 20<br>21 | 11 | Suzhou Shengbei Electronic Technology Co., Ltd.<br><br>苏州生贝电子科技有限公司 | Pending. | Zhongshan Garden, Luxin Avenue, Suzhou, Jiangsu, China | Room 607 A43, Building 1, Lejiahui Business Plaza, Suzhou High tech Zone, Jiangsu Province, China<br><br>苏州市高新区乐嘉汇商务广场1幢607室A43 |
| 22<br>23 | 12 | Yangzhou Guan Yue Houseware Co., LTD.<br><br>扬州观月家居用品有限公司 | Pending. | Room 601, 6th Floor, Building 1, No. 20 Xiaoguanqiao Road, Yangzhou, Jiangsu, China | Room 601, 6th Floor, Building 1, No. 20 Xiaoguanqiao Road, Hanjiang District, Yangzhou, Jiangsu Province, China<br><br>扬州市邗江区小官桥路20号1#楼6楼601室 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | 13 | Yiwu Ali Toy Co., Ltd.<br><br>义乌市阿力玩具有限公司 | The documents have been served. | Floor 1, Unit 1, Building 31, Honghua Community, Houzhai Street, Jinhua, Zhejiang, China | Floor 1, Unit 1, Building 31, Honghua Community, Houzhai Street, Yiwu , Jinhua, Zhejiang Province , China<br>浙江省金华市义乌市后宅街道洪华小区31栋1单元1楼 |
| | 14 | Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader)<br><br>武汉市熙宝购电子商务有限公司 | The documents have not been served. There is no such company at the address provided.<br><br>After an on-site visit and inquiry with the property management of the building, the judge's assistant and clerk found that the entity to be served was not operating at the designated address, and the service could not be completed. | No. 06 New Factory Building, Floor 20, Building 1, Phase II, Industrial Project No. 2, Huanglongshan South Road, Buddha Ridge Street, Wuhan East Lake New Technology Development Zone, Jiangxia District, Wuhan City, Hubei Province, China (Optics Valley Optoelectronic Information Industry Innovation and Entrepreneurship Base) -15 | No. 06 New Factory Building, Floor 20, Building 1, Phase II, Industrial Project No. 2, Huanglongshan South Road, Buddha Ridge Street, Wuhan East Lake New Technology Development Zone, Jiangxia District, Wuhan City, Hubei Province, China (Optics Valley Optoelectronic Information Industry Innovation and Entrepreneurship Base) -15<br><br>武汉东湖新技术开发区佛祖岭街黄龙山南路2号工业项目（光谷光电信息产业创新创业基地）二期1栋20层06新型厂房号-15 |
| | 15 | Yiwu Xiaoya e-commerce firm a/k/a KANICE Store<br><br>义乌市筱雅电子商务商行 | Pending. | Room 406, 305 huangyangmei road, happiness community, beiyuan street, yiwu city, jinhua city, zhejiang province | Room 406, No. 305 Huangyangmei Road, Xingfu Community, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province<br><br>浙江省金华市义乌市北苑街道幸福社区黄杨梅路305号406室 |
| | 16 | Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader)<br>义乌市浴跃电子商务有限公司 | Pending. | null unit 1, building 29, Jizhai District 2, Yiwu City, Jinhua City, Zhejiang Province 301 | Room 301, Unit 1, Building 29, Jizhai District 2, Yiwu City, Jinhua City, Zhejiang Province, China<br><br>浙江省金华市义乌市北苑街道季宅二区29栋1单元301 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | 17 | Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader)<br>郑州盼恩商贸有限公司 | Pending. | Cn 2111, Floor 21, Unit 1, Building 5, Nanzhaozhuang Street North, Qili Yan, West Road, Erqi District, Zhengzhou City, Henan Province | Room 2111, 21st Floor, Unit 1, Building 5, Nanzhaozhuang Street North, Qiliyan West Road, Erqi District, Zhengzhou City, Henan Province, China<br><br>郑州市二七区齐礼阎西路南赵庄街北5号楼1单元21层2111 |
| | 18 | haikouyexingchendianzishangwuyouxiangongsi (Tumpety store on Amazon)<br>海口叶星晨电子商务有限公司 | Pending. | 钰翔花园<br><br>4栋101号<br>海口市<br>龙华区<br>海南省<br>570100<br>CN | No. 101, Building 4, Yuxiang Garden, Longhua District, Haikou City, Hainan Province, China<br><br>海南省海口市龙华区钰翔花园4栋101号 |
| | 27 | Yangzhou Round Toy Co., Ltd<br>扬州远德商贸有限公司 | Pending. | Hanjiang North Rd 999, The Town of West Lake, Hanjiang District, Yangzhou, Jiangsu, China 225008 | 138-2 Shugang East Road, Yangzhou City, Jiangsu Province, China<br>扬州市蜀岗东路138－2号 |
| | 28 | Dongguan Jun Ou Toys Co., Ltd.<br>东莞市俊欧玩具有限公司 | Pending. | No. 3, Ma'an Road, Chashan Town, Dongguan, Guangdong, China | No. 3 Ma'an Road, Chashan Town, Dongguan , Guangdong Province, China<br><br>广东省东莞市茶山镇马鞍路3号 |
| | 38 | lelepai a/k/a Shenzhenshilelepaikejiyouxiangongsi (Eioyumy Brand)<br><br>深圳市乐乐拍科技有限公司 | Pending. | Shenzhenshi Longgangqu Pinghujiedao Liangantianshequ Pingandadao309haodong4A414, Shenzhen, GD 518000 | 4A414, Building 1, No. 309 Ping'an Avenue, Liang'antian Community, Pinghu Street, Longgang District, Shenzhen, Guangdong Province, China<br>深圳市龙岗区平湖街道良安田社区平安大道309号1栋4A414 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | 42 | Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store | Pending. | 609, Block C, Huafeng Smart Innovation Port, Gushu 2nd Road, Gushu Community, Xixiang street, Bao'an district, shenzhen city, guangdong province, china | Room 609, Block C, Huafeng Smart Innovation Port, Gushu Second Road, Gushu Community, Xixiang Street, Bao'an District, Shenzhen, Guangdong Province, China |
| | | 深圳市速升跨境贸易有限公司 | | | 深圳市宝安区西乡街道固戍社区固戍二路华丰智慧创新港C座609 |
| | 43 | Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104339520 Store on Aliexpress 深圳市珺烨贸易有限公司 | The documents have not been served. There is no such company at the address provided. There was only one room on the 2nd floor of the building with its glass door locked. The company name on the wall was "Kandao Technology". No one was working there, and no contact telephone number was found at the entrance. Inquiries were made at the Property Management Office. The property staff replied that Shenzhen Jun Ye Trading Co., Ltd. appeared to be a shell/affiliated company without signing any contract with the property management office. No information or contact details of the company could be found. Court staff dialed the telephone number 18025345523 listed on the Acknowledgment of Service on site, and the number was indicated to be non-existent. | CN 205-1, building M-7, zhonggang building, malingling industrial zone, manlingling community, yuehai street, nanshan district, shenzhen city, guangdong province | 205-1, Building M-7, Zhonggang Building, Maqueling Industrial Zone, Maling Community, Yuehai Street, Nanshan District, Shenzhen, Guangdong Province, China. 205-1, Building M-7, Zhonggang Building, Sparrow Ridge Industrial Zone, Maling Community, Yuehai Street, Nanshan District, Shenzhen 深圳市南山区粤海街道麻岭社区麻雀岭工业区中钢大厦M-7栋205-1 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | 44 | Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress<br><br>佛山市麦谷电子商务有限公司 | Pending. | Cn Room 9, Building 801, No. 6, Phase I, West Union East U Valley, Shilong North Road, Guicheng Street, Nanhai District, Foshan City, Guangdong Province | Room 801-9, Building 6, East U Valley Phase I, Shilong North Road West, Guicheng Street, Nanhai District, Foshan City, Guangdong Province, China<br><br>佛山市南海区桂城街道石龙北路西联东U谷一期6号楼801室之九 |
| | 45 | Foshan **Fengshou** Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress<br><br>佛山市枫收电子商务有限公司 | Pending. | Cn Room 801, Building 6, Phase I, West Union East U Valley, Shilong North road, Guicheng street, nanhai district, foshan city, guangdong province | Room 801, Building 6, East U Valley Phase I, Shilong North Road West, Guicheng Street, Nanhai District, Foshan City, Guangdong Province, China<br><br>佛山市南海区桂城街道石龙北路西联东U谷一期6号楼801室之八 |
| | 46 | Guangzhou ZhongliAmusement Equipment Co., Ltd<br><br>广州中利游乐设备有限公司<br><br>Guangzhou Zhongli Amusement Equipment Group Co., Ltd | The documents have been served. | NOT PROVIDED | Guangzhou Zhongli Amusement Equipment **Group** Co., Ltd<br><br>Room 03, 13th Floor, Gaosheng Plaza Office Building 3, No. 163 Yingbin Avenue, Huadu District, Guangzhou, Guangdong Province, China<br><br>广州市花都区迎宾大道163号高晟广场写字楼3楼13层03室 |
| | 56 | Florasun a/k/a Xuanqinghuyu(quanzhou)wen huachuanmeiyouxiangongsi<br><br>萱晴互娱（泉州）文化传媒有限公司 | Pending. | NOT PROVIDED | Xuanqinghuyu (quanzhou) Cultural Media Co., Ltd.<br><br>Room 701, Building 7, Baixin Yujiang Dijing Moon Bay, 1333 Binjiang Road, Jinjiang, Fujian Province, China |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 62 | | | | | 福建省晋江市滨江路1333号百信御江帝景月亮湾7幢701室 |
| 63 | 57 | Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store | Pending. | CN, Room 602, No. 3, Lane 5, Jiexianyuan, Dongguan City, Guandong Province, Chang 'an Town, 441901119 | Room 602, No. 3, Lane 5, Jiexia Nanyuan, Chang'an Town, Dongguan City, Guangdong Province, China |
| 64 | | 东莞市普乐曼玩具有限公司 | | | 广东省东莞市长安镇界下南苑五巷3号602房 |
| 65 | 58 | Yiwu Allo Trading Co., Ltd | Pending. | Room 8602, No. 88, Qiushi Road, Beiyuan Street, Jinhua, Zhejiang, China | Room 2022, Chouzhou Building, Cross border Park, No. F8 Xinke Road, Choujiang Street, Yiwu City, (Zhejiang) Pilot Free Trade Zone, China |
| 66 | | 义乌市奥罗贸易有限公司 | | | 中国（浙江）自由贸易试验区金华市义乌市稠江街道新科路F8号跨界园稠州大厦2022室 |
| 67 | 63 | SHENZHEN LONGGANG DISTRICT FUJINGRUI TOY PROCESSING FACTORY | Pending. | No. 104 Liyuan Street, Pinghu Community, Pinghu Street, Guangdong, China | 2nd Floor, Building 5, Qiushuiling Industrial Zone, Egongling, Pinghu Street, Longgang District, Shenzhen, Guangdong Province, China |
| 68 | | 深圳市龙岗区福景瑞玩具加工厂 | | | 深圳市龙岗区平湖街道鹅公岭求水岭工业区5栋二楼 |
| 69 | 64 | DONGGUAN GUOTONG TOYS COMPANY, LIMITED | The documents have been served. | Room 101, No. 51, Jixiang North Road, Chashan Town, Dongguan, Guangdong Province, China | Room 101, No. 51, Xiangxiang North Road, Chashan Town, Dongguan City, Guangdong Province, China |
| 70 | | 东莞市国同玩具有限公司 | | | 广东省东莞市茶山镇茶山吉祥北路51号101室 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 71 | 65 | SHENZHEN TIANZHIHENG TRADING COMPANY LIMITED, A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD.<br><br>深圳市天知恒商贸有限公司 | The documents have not been served. There is no such company at the address provided.<br><br>Acess to the building was denied due to access control, so the staff of the Court went to the Village Party-Mass Service Center to verify the information. Room 501, No. 33, Shekou Haiwan New Village a residential building, no company is operating at this address, and the person to be served is unknown to them. Prior to the on-site visit, the staff of Court called mobile number 18823877119 several times but no one answered. As the person to be served could not be located at the address, service in this case has failed. | Room 501, No. 33, Shekou Haowan New Village, Haowan Community, Shekou Subdistrict, Nanshan District, Shenzhen, Guangdong Province, China | Room 501, No. 33, Shekou Haiwan New Village, Haiwan Community, Shekou Street, Nanshan District, Shenzhen, Guangdong Province, China<br><br>深圳市南山区蛇口街道海湾社区蛇口海湾新村33号501 |
| 73 74 75 | 66 | FANRK SHOP, A/K/A HAIKOUYEXINGCHENDIANZISHANGWUYOUXIANGONGSI<br>海口叶星晨电子商务有限公司 | Pending. | 钰翔花园4栋101号海口市龙华区<br><br>海南省570100 CN | No. 101, Building 4, Yuxiang Garden, Longhua District, Haikou City, Hainan Province<br><br>海南省海口市龙华区钰翔花园4栋101号 |