**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Gummybear International, Inc.,

                                        **Plaintiff,**

                    **-against-**

Soonova, LLC et al.,

                                        **Defendants.**

**1:25-cv-04832 (JMF) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, March 17, 2026, at 11:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. The parties should send any documents they would like Judge Aaron to review in advance of the conference by 5:00 p.m. on Monday, March 16, 2026.

**SO ORDERED.**

Dated:        New York, New York
              March 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge