# KAGEN, CASPERSEN & BOGART PLLC
### ATTORNEYS ADMITTED IN NEW YORK, NEW JERSEY AND CALIFORNIA

551 MADISON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10022
(212) 880-2045
(646) 304-7879 (FACSIMILE)

April 30, 2026

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24B
New York, NY 10007-1312

> **Re:    *Gummybear International, Inc.***
> **Case No.: 25-cv-4832**

Dear Judge Furman:

Pursuant to Your Honor's September 19, 2025 Order, Plaintiff Gummybear International, Inc. ("GBI" or "Plaintiff") submits this status letter to update the Court on service of the Summons and Complaint, proposed next steps in the case, and related matters.

## Soonova, LLC

Plaintiff filed a motion for a Default Judgment against Soonova, LLC ("Soonova") (ECF No. 128).  On February 11, 2026, Plaintiff advised the Court that Heedong Chae, Esq. from the Lucem, P.C. law firm in California represented that he has been retained by Soonova and its principal Yong Woo Lee (ECF No. 133).  Plaintiff understands that Soonova and Mr. Lee claim that the true counterfeiters fraudulently opened a storefront and payment account with Walmart in Soonova's name and that Soonova had no knowledge of or participation in the sale of counterfeit dolls.  Walmart's general counsel's office asked Plaintiff to afford it an opportunity to investigate Soonova's claim before Plaintiff seeks testimony and documents from Walmart.

## Pending Motions

There are three pending motions.  First, Defendant IBSpot, Inc. moved to dismiss the Second Amended Complaint on November 11, 2025 (D.E. 85).  Second, Defendant EveryMarket, Inc. moved to dismiss the Second Amended Complaint on November 12, 2025 (D.E. 88).  Plaintiff submitted a consolidated opposition to these two motions on December 5, 2025 (DE 104).  On December 29, 2025, EveryMarket and IBSpot submitted a consolidated reply brief (DE 115).  On January 13, 2026, Plaintiff submitted a letter requesting to strike improper argument contained in Defendants' consolidated reply brief (ECF No. 124). The Court's January 14, 2026 Order stated that it would "decide whether and to what extent to consider the arguments at issue when deciding the underlying motion" (ECF No. 126).

This Court has granted Soonova's motions to extend its time to respond to the complaint and/or to oppose the default judgment motion until Walmart completes its investigation.

KAGEN, CASPERSEN & BOGART PLLC

**Service of Process Upon Foreign Defendants**

As previously reported, Plaintiff has retained Wang Hongxin from the Beijing NTD Law Office to assist in effectuating service of process in Mainland China upon thirty-two defendants that Ms. Hongxin was able to properly identify.  The NTD Law firm has reported that: i) service of process has been completed regarding seven Defendants; ii) service of process efforts are still pending regarding nine Defendants; iii) service of process efforts failed regarding fourteen Defendants because the address was erroneous or fake; iv) service of process failed with respect to two Defendants that refused to accept service of process from the Chinese Court officials.  Plaintiff has annexed hereto a Schedule A which indicates the status of Plaintiff's service of process efforts in China on thirty-two (32) Defendants.

The NTD Law firm has provided attestations obtained from the Chinese Ministry of Justice regarding the completed and failed service of process attempts.  As these attestations are written in Chinese, Plaintiff will ask the NTD Law firm to provide a declaration interpreting these attestations and confirming for the Court whether service of process was completed for each of the thirty-two Defendants.  When the pending service efforts are completed, Plaintiff will ask the Court to deem service of process effectuated upon those Defendants that: i) provided erroneous addresses to e-commerce platforms and in Chinese governmental records (Group C); and ii) obstructed service of process efforts by Chinese officials.

Respectfully submitted,

/s/ Russell Bogart
Russell Bogart

KAGEN, CASPERSEN & BOGART PLLC

## SCHEDULE A

**Group A: Service of Process Completed**:

1. Defendant Number 2 - Anhui Ron.Ve.Xin International Trade Co., Ltd.
2. Defendant Number 3 - Jinhua Hairong Import and Export Co., Ltd. a/k/a Belo Tempo
3. Defendant Number 8 - Shenzhen Levin Plush Toys Co., Ltd. a/k/a Levin Plush Toys Factory
4. Defendant Number 13 - Yiwu Ali Toy Co., Ltd.
5. Defendant Number 38 - lelepai a/k/a Shenzhenshilelepaikejiyouxiangongsi (Eioyumy Brand)
6. Defendant Number 46 - Guangzhou Zhongli Amusement Equipment Group Co., Ltd
7. Defendant Number 64 - DONGGUAN GUOTONG TOYS COMPANY, LIMITED

**Group B: Service of Process Efforts Pending**:

1. Defendant Number 4 - Shanghai Cheeron Industrial Co., Ltd.
2. Defendant Number 11 - Suzhou Shengbei Electronic Technology Co., Ltd.
3. Defendant Number 15 – Yiwu Xiaoya e-commerce firm a/k/a KANICE Store
4. Defendant Number 16 – Yiwu Yuyue Electronic Commerce Co., Ltd. a/k/a Luoyser LYCG Plush-Toy Store (Trader)
5. Defendant Number 17 - Zhengzhou Panen Trading Co., Ltd. a/k/a Happy Time Store Store (Trader)
6. Defendant Number 28 - Dongguan Jun Ou Toys Co., Ltd.
7. Defendant Number 42 - Shenzhen Susheng Cross-border Trade Co., Ltd. a/k/a Disney Monopoly Store
8. Defendant Number 56 - Florasun a/k/a Xuanqinghuyu(quanzhou)wenhuachuanmeiyouxiangongsi
9. Defendant Number 58 - Yiwu Allo Trading Co., Ltd

**Group C:  Service of Process Was Not Completed Because the Defendants' address is Phony, Erroneous or Cannot Be Located**:

1. Defendant Number 5 - Shenzhen Douluo E-Commerce Co., Ltd.
2. Defendant Number 6 - Shenzhen Ji Mi Technology Co., Ltd.
3. Defendant Number 10 - Shenzhen Tuoyi Electronic Commerce Co., Ltd.
4. Defendant Number 12 - Yangzhou Guan Yue Houseware Co., LTD.
5. Defendant Number 14 - Wuhan Xibao Purchase Electronic Commerce Company, Ltd. a/k/a Houzime Store (Trader)
6. Defendant Number 18 - haikouyexingchendianzishangwuyouxiangongsi (Tumpety store on Amazon)
7. Defendant Number 27 - Yangzhou Round Toy Co., Ltd

KAGEN, CASPERSEN & BOGART PLLC

8. Defendant Number 43 - Shenzhen Jun Ye Trading Co., Ltd. a/k/a Shop1104339520 Store on Aliexpress

9. Defendant Number 44 - Foshan Maigu Electronic Commerce Co., Ltd. a/k/a Shop1103939481 Store and Shop1103953201 Store on Aliexpress

10. Defendant Number 45 - Foshan Fengshou Electronic Commerce Co., Ltd. a/k/a Shop1104033050 Store on Aliexpress

11. Defendant Number 57 - Dongguan Pulman Toys Co., Ltd a/k/a Puleman07 Store

12. Defendant Number 63 - SHENZHEN LONGGANG DISTRICT FUJINGRUI TOY PROCESSING FACTORY

13. Defendant Number 65 - SHENZHEN TIANZHIHENG TRADING COMPANY LIMITED, A/K/A SHENZHEN TIANZHIHENG TRADING CO. LTD.

14. Defendant Number 66 - FANRK SHOP, A/K/A HAIKOUYEXINGCHENDIANZISHANGWUYOUXIANGONGSI

**Group D: Service of Process Cannot Be Completed Because the Defendant Refused to Accept Service of Process By the Chinese Governmental Officials**:

1. Defendant Number 7 - Shenzhen Lechi Creative Industrial Co., Ltd.
2. Defendant Number 9 - Shenzhen Toysking Industrial Co., Ltd.