UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                      :
GUMMYBEAR INTERNATIONAL, INC.,                                        :
                                                                      :
                                Plaintiff,                            :          25-CV-4832 (JMF)
                                                                      :
            -v-                                                       :          ORDER
                                                                      :
SOONOVA, LLC, et al.,                                                 :
                                                                      :
                                Defendants.                           :
                                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 19, 2026, counsel for Defendants Harbrot Toys Co., Ltd, PPWOUU A/K/A XiangYangShiZhenJiaMaoYiYouXianGongSi (756HUYTG Brand), Piviwn a/k/a chengdoushihonghengchangchanggongyipinyouxiango ngsi (Xhtang Brand), Sharp Cow a/k/a Shenzhenshi anuosikejiyouxiangongsi (FTZOIIYV Brand), Tong Jin, filed a motion to withdraw as Defendants' counsel. *See* ECF No. 153. By **May 26, 2026**, Plaintiff's counsel shall serve a copy of this Order on his/her/their clients, and by **May 27, 2026**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4. Any opposition to the motion to withdraw shall be filed by **May 28, 2026**; any reply shall be filed by **June 2, 2026**. Unless and until the Court grants the motion, Tong Jin remains counsel of record for Defendants.

Defendants, however, should note that as corporate entities, they may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, if the Court grants the motion to withdraw and new counsel fails to appear on behalf of Defendants, default judgment may be entered against them. *See, e.g., Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). If Defendants have secured new counsel, new counsel should promptly enter a notice of appearance to ensure a smooth transition of counsel and avoid a default judgment in the event that the motion to withdraw is granted.

        SO ORDERED.

Dated: May 21, 2026
        New York, New York                         _____
                                                        JESSE M. FURMAN
                                                     United States District Judge