UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

GUMMYBEAR INTERNATIONAL, INC.,      :
                                             :

                Plaintiff,        :
                                           :        25-CV-4832 (JMF)

      -v-                     :
                                           :          ORDER

SOONOVA, LLC, et al.,             :
                                           :

              Defendants.     :
                                           :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 21, 2026 Order, ECF No. 154, Plaintiff's counsel was required to file proof of service of that Order on their clients on the docket by May 27, 2026. To date, Plaintiff's counsel has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 29, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: May 28, 2026
      New York, New York                         _____
                                           JESSE M. FURMAN
                                     United States District Judge