UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                         :

GUMMYBEAR INTERNATIONAL, INC.,       :

                         :

           Plaintiff,        :

                         :         25-CV-4832 (JMF)

     -v-                   :

                         :          ORDER

SOONOVA, LLC et al.,             :

                         :

          Defendants.     :

                         :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     For reasons the Court will explain orally at the conference referenced below, the motions to dismiss filed by Defendants IBSpot and EveryMarket, Inc. (the "Moving Defendants") are DENIED.  *See* ECF Nos. 85, 86.  Unless and until the Court orders otherwise, the Moving Defendants shall answer the Second Amended Complaint within **three weeks of the date of this Opinion and Order**.  *See* Fed. R. Civ. P. 12(a)(4)(A).  In addition, the initial pretrial conference, previously adjourned, is hereby reinstated and RESCHEDULED for **July 29, 2026**, at **10:30 a.m.**  The parties are reminded that, no later than the **Thursday before the conference**, they must submit a joint status letter and proposed Case Management Plan.

     The parties should join the conference by calling (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key, then followed by the pound (#) key again when prompted for an attendee ID number. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. In accordance with those Rules, counsel shall, **at least twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.

     The Clerk of Court is directed to terminate ECF Nos. 85, 86, and 88.

     SO ORDERED.

Dated: June 26, 2026
     New York, New York                                   
                                     JESSE M. FURMAN
                                     United States District Judge