LUCEM

Lucem, PC | 801 S. Figueroa St., Suite 2000 | Los Angeles, CA 90017
Tel: 213.387.3630 | Fax: 213.863.6332 | www.lucemlaw.com

July 28, 2026

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24B
New York, NY 10007-1312

**RE:** ***Gummybear International, Inc. v. Soonova, LLC, et al.***
**Case No.: 25-cv-4832**

Dear Judge Furman:

Plaintiff Gummybear International, Inc. and Defendants Soonova LLC and Yong Woo Lee, by and through their undersigned counsel, jointly submit this letter to advise the Court that they have reached an agreement regarding Plaintiff's pending Motion for Default Judgment against Defendant Soonova LLC.

Accordingly, Plaintiff hereby withdraws its Motion for Default Judgment against Defendant Soonova LLC (Dkt. 128). Plaintiff also consents to vacatur of the Clerk's Certificate of Default entered against Defendant Soonova LLC (Dkt. 127). The parties therefore respectfully request that the Court terminate Plaintiff's Motion for Default Judgment as moot, set aside the Clerk's Certificate of Default as to Defendant Soonova LLC pursuant to Federal Rule of Civil Procedure 55(c), and permit Defendant Soonova LLC to respond to the Second Amended Complaint on or before August 10, 2026.

Defendant Yong Woo Lee's deadline to respond to the Second Amended Complaint has already been set for August 10, 2026 (Dkt. 168), and the parties are not requesting any modification of that deadline.

A proposed order is submitted for the Court's convenience.

Respectfully submitted,

/s/ Russell Bogart
Russell Bogart, Esq.
Counsel for Plaintiff Gummybear International, Inc.

/s/ Heedong Chae
Heedong Chae, Esq.
Counsel for Defendants Soonova LLC and Yong Woo Lee

Application GRANTED. Plaintiff's motion for a default judgment, ECF No. 128, is hereby DENIED as moot. The Clerk of Court is directed to terminate ECF Nos. 128 and 179.

SO ORDERED.

July 29, 2026