UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUMMYBEAR INTERNATIONAL, INC.,

Plaintiff,

-v-

SOONOVA, LLC, et al.,

Defendants.

25-CV-4832 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of the deficiency notices issued concerning ECF Nos. 205, 206, and 207, the Court provides the following clarifications for Plaintiff:

- The case caption in the Third Amended Complaint ("TAC") must include the correctly spelled name of every Defendant whom Plaintiff still intends to sue in this action. Plaintiff may not use "et al." in the TAC caption — in this respect, the case caption in the TAC will **not** match the case caption the Court uses in its Orders. Please disregard the Court's contrary prior instruction provided in its November 4, 2026 Order. *See* ECF No. 204 at 3. (All other aspects of the Court's November 4, 2026 Order remain in effect).

- Plaintiff must remove the word "Corrected" from the title "Third Amended Complaint" in the TAC itself.

- When filing the TAC via CM/ECF, Plaintiff must select each Defendant named in the TAC when prompted to select the parties against whom the TAC is being filed.

Plaintiff shall file a Third Amended Complaint that complies with these instructions **no later than November 18, 2026.** If Plaintiff has any questions or problems, counsel should contact the ECF Help Desk.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge